Official Form 6 – Statistical Summary (12/07)

# United States Bankruptcy Court

# District of Delaware

In re  MEC Pennsylvania Racing Services, Inc.          Case No.09-12091

Chapter 11

## SUBJECT TO GLOBAL NOTES AND SPECIFIC NOTES TO THESE SCHEDULES

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A  –  Real Property | YES | 1 | $0 | | |
| B  –  Personal Property | YES | 25 | $7,333,911 | | |
| C  –  Property Claimed as Exempt | NO | - | | | |
| D  –  Creditors Holding Secured Claims | YES | 3 | | $0 | |
| E  –  Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 4 | | $0 | |
| F  –  Creditors Holding Unsecured Nonpriority Claims | YES | 9 | | $3,070,241 | |
| G  –  Executory Contracts and Unexpired Leases | YES | 7 | | | |
| H  –  Codebtors | YES | 2 | | | |
| I  –  Current Income of Individual Debtor(s) | NO | - | | | N/A |
| J  –  Current Expenditures of Individual Debtor(s) | NO | - | | | N/A |
| Total ▸ | | 51 | $7,333,911 | $3,070,241 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

### MEC Pennsylvania Racing Services, Inc.
### Case Number 09-12091

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING DEBTOR'S SCHEDULES AND STATEMENTS

### GENERAL

On March 5, 2009, Magna Entertainment Corp. ("MEC") and certain its affiliates filed voluntary petitions with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") pursuant to chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). On June 16, 2009 (the "Petition Date"), MEC Pennsylvania Racing Services, Inc. (the "Debtor" and, collectively with MEC and its aforementioned affiliates, the "Debtors"), a wholly owned subsidiary of MEC, filed a voluntary petition with the Bankruptcy Court pursuant to chapter 11 of the Bankruptcy Code. The Debtors' chapter 11 cases have been consolidated for the purpose of joint administration under Case No. 09-10790. The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to section 1107(a) and 1108 of the Bankruptcy Code.

The Schedules of Assets and Liabilities (collectively, the "Schedules") and the Statements of Financial Affairs (collectively, the "Statements" and, together with the Schedules, the "Schedules and Statements") filed by the Debtors in these jointly administered chapter 11 cases were prepared, pursuant to section 521 of chapter 11 of title 11 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure, by management of the Debtors, with the assistance of the Debtors' court-appointed advisors, and are unaudited. While the Debtors' management has made every reasonable effort to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances, based on information that was available to it at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and Statements, and inadvertent errors or omissions may have occurred. Because the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that these Schedules and Statements are complete. The Debtors reserve all rights to amend the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, or classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to these chapter 11 cases, including, but not limited to, issues involving substantive consolidation, equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers.

The Schedules and Statements have been signed by Blake S. Tohana, Executive Vice President and Chief Financial Officer of MEC, the parent company of the Debtor. Accordingly, in reviewing and signing the Schedules and Statements, Blake S. Tohana necessarily relied upon the efforts, statements, and representations of the Debtors' other personnel and professionals. Blake S. Tohana has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors, classification of such amounts, and their addresses.

These Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding the Debtors' Schedules and Statements (the "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.

### Basis of Presentation
For financial reporting purposes, prior to the Petition Date, the Debtors, along with certain non-Debtor affiliates and their non-Debtor subsidiaries, prepared consolidated financial statements that were audited annually. Because not all of the direct and indirect subsidiaries of MEC are Debtors in these chapter 11 cases, combining the assets and liabilities set forth in the Schedules and Statements of the Debtors would result in amounts that would be substantially different from financial information regarding MEC and its subsidiaries that would be prepared on a consolidated basis under Generally Accepted Accounting Principles ("GAAP"). Therefore, these Schedules and Statements do not purport to represent financial statements prepared in accordance with GAAP nor are they intended to fully reconcile to the financial statements prepared by the Debtors. Unlike the consolidated financial statements, these Schedules and Statements reflect the assets and liabilities of each separate Debtor, except where otherwise indicated. Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements.

### Amendment
Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend and/or supplement the Schedules and Statements from time to time as is necessary and appropriate.

### Confidential or Sensitive Information
There may be instances in which certain information in the Schedules and Statements intentionally has been redacted due to the nature of an agreement between a Debtor and a third party, concerns about the confidential or commercially sensitive nature of certain information, or concerns for the privacy of an individual. The alterations will be limited to only what is necessary to protect the Debtor or third party and will provide interested parties with sufficient information to discern the nature of the listing.

### Causes of Action
Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, but not limited to, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets. The Debtors reserve all of their rights with respect to any claims, causes of action, or avoidance actions they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of actions, or avoidance actions or in any way prejudice or impair the assertion of such claims.

<u>**MEC Pennsylvania Racing Services, Inc.**</u>
**Case Number 09-12091**

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING DEBTOR'S SCHEDULES AND STATEMENTS

**Recharacterization**
The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements. However, due to the complexity and size of the Debtors' business, the Debtors may have improperly characterized, classified, categorized, or designated certain items. The Debtors thus reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate as additional information becomes available.

**Claim Description**
Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated, or "disputed" does not constitute an admission by the Debtors that such claim or amount is not "contingent," "unliquidated," or "disputed." The Debtors reserve all of their rights to dispute, or to assert offsets or defenses to, any claim reflected on their Schedules or Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated, or "disputed." Moreover, the Debtors reserve all of their rights to amend their Schedules and Statements as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

**Unliquidated Claim Amounts**
Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated."

**Undetermined Amounts**
The description of an amount as "undetermined" is not intended to reflect upon the materiality of such amount.

**Bankruptcy Court Orders**
Pursuant to certain orders of the Bankruptcy Court entered in the Debtors' chapter 11 cases, the Debtors were authorized (but not directed) to pay, among other things, certain prepetition claims of employees, taxing authorities, horsemen, and certain other prepetition creditors. Accordingly, these liabilities may have been or may be satisfied in accordance with such orders and therefore generally are not listed in the Schedules and Statements.

**Valuation**
It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations of all of their assets. Accordingly, unless otherwise indicated, net book values as of the Petition Date are reflected on the Schedules and Statements. Exceptions to this include operating cash and certain other assets. Operating cash is presented at bank balances as of the Petition Date. Certain other assets, such as investments in subsidiaries and other intangible assets, are listed at undetermined amounts, as the net book values may differ materially from fair market values. Amounts ultimately realized may vary from net book value (or whatever value was ascribed) and such variance may be material. Accordingly, the Debtors reserve all of their rights to amend or adjust the value of each asset set forth herein. In addition, the amounts shown for total liabilities exclude items identified as "unknown" or "undetermined" and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

**Dates**
The information provided herein, except as otherwise noted, represents the asset and liability data of the Debtor as of June 16, 2009, the Petition Date.

**Specific Notes**
These General Notes are in addition to the specific notes set forth in the Schedules and Statements of the individual Debtor entities. The fact that the Debtors have prepared a Global Note with respect to a particular Schedule or Statement and not as to others does not reflect and should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any or all of the Debtors' remaining Schedules or Statements, as appropriate. Disclosure of information in one Schedule, one Statement, or an exhibit or attachment to a Schedule or Statement, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or attachment.

**Liabilities**
The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change. The Debtors reserve the right to amend the Schedules and Statements as they deem appropriate in this regard.

<u>**MEC Pennsylvania Racing Services, Inc.**</u>
**Case Number 09-12091**

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING DEBTOR'S SCHEDULES AND STATEMENTS

**Excluded Assets and Liabilities**
The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including goodwill, pension assets, deferred compensation, accrued salaries, employee benefit accruals, accrued accounts payable, and deferred gains. The Debtors also have excluded rejection damage claims of counterparties to executory contracts and unexpired leases that have been or may be rejected, to the extent such damage claims may exist. In addition, certain immaterial assets and liabilities may have been excluded. Pursuant to certain Bankruptcy Court orders, the Debtors have been granted authority to pay certain prepetition obligations to, among others, employees, horsemen and taxing authorities. Accordingly, these liabilities may have been or may be satisfied in accordance with such orders and therefore may not be listed in the Schedules and Statements.

**Leases**
The Debtors have not included in the Schedules and Statements the future obligations of any capital or operating leases.

**Contingent Assets**
The Debtors believe that they may possess certain claims and causes of action against various parties. Additionally, the Debtors may possess contingent claims in the form of various avoidance actions they could commence under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws. The Debtors, despite reasonable efforts, may not have set forth all of their causes of action against third parties as assets in their Schedules and Statements. The Debtors reserve all of their rights with respect to any claims, causes of action, or avoidance actions they may have and nothing contained in these Global Notes or the Schedules and Statements shall be deemed a waiver of any such claims, avoidance actions, or causes of action or in any way prejudice or impair the assertion of such claims.

The Debtors may also possess contingent and unliquidated claims against affiliated entities (both Debtor and non-Debtor) for various financial accommodations and similar benefits they have extended from time to time, including contingent and unliquidated claims for contribution, reimbursement and/or indemnification arising from, among other things, (i) letters of credit, (ii) notes payable and receivable, (iii) surety bonds, (iv) guaranties, (v) indemnities, and (vi) warranties. Additionally, prior to the relevant Petition Date, each Debtor, as plaintiff, may have commenced various lawsuits in the ordinary course of its business against third parties seeking monetary damages. Refer to each Statement, item 4(a)(i), for lawsuits commenced prior to the relevant Petition Date in which the Debtor was a plaintiff.

**Intercompany Transactions**
Prior to the Petition Date, MEC and its direct and indirect subsidiaries routinely engaged in intercompany transactions resulting in intercompany accounts payable and receivable. The respective intercompany accounts payable and receivable as of the Petition Date have not been finalized. Accordingly, all such intercompany account balances are not listed in the Schedules. The Debtors may supplement the Schedules with the intercompany account balances at a later date.

**Guaranties and Other Secondary Liability Claims**
The Debtors have used reasonable efforts to locate and identify guaranties and other secondary liability claims (collectively, "Guaranties") in each of their executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements. Where such Guaranties have been identified, they have been included in the relevant Schedule G for the Debtor or Debtors affected by such Guaranties. The Debtors, however, believe that certain Guaranties embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted. Thus, the Debtors reserve all of their rights to amend the Schedules to the extent that additional Guaranties are identified.

**Intellectual Property Rights**
Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

**Estimates**
To prepare and file the Schedules on or around the Petition Date, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities.

**Fiscal Year**
The Debtor's fiscal year ends on December 31.

**Currency**
Unless otherwise indicated, all amounts are reflected in U.S. dollars.

**Property and Equipment**
Unless otherwise indicated, owned property and equipment are stated at net book value. The Debtors may lease furniture, fixtures, and equipment from certain third party lessors. Any such leases are set forth in the Schedules and Statements. Nothing in the Schedules and Statements is or shall be construed as an admission as to the determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all of their rights with respect to same.

<u>**MEC Pennsylvania Racing Services, Inc.**</u>
**Case Number 09-12091**

---

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING DEBTOR'S SCHEDULES AND STATEMENTS**

**Claims of Third-Party Related Entities**
While the Debtors have made every effort to properly classify each claim listed in the Schedules as being either disputed or undisputed, liquidated or unliquidated, and contingent or noncontingent, the Debtors have not been able to fully reconcile all payments made to certain third parties and their related entities on account of the Debtors' obligations to same.

**Interest in Subsidiaries and Affiliates**
MEC directly or indirectly owns all or part of the subsidiaries and affiliates that are also Debtors. In addition, MEC indirectly owns all or part of numerous subsidiaries and affiliates that are not Debtors. Interests in subsidiaries arise from stock ownership or from interests in partnerships. Each Debtor's Schedule B-13, Schedule B-14 and Statement 18b contains a listing of the current capital structure of MEC and its Debtor and non-Debtor affiliates and includes ownership interests in the related affiliates and partnerships of each corporate affiliate.

**Umbrella Or Master Agreements**
Contracts listed in the Schedules and Statements may be umbrella or master agreements that cover relationships with some or all of the Debtors. Where relevant, such agreements have been listed in the Schedules and Statements only of the Debtor that signed the original umbrella or master agreement.

**Insiders**
The Debtors have attempted to include all payments made over the 12 months preceding the Petition Date to any individual or entity deemed an "insider." For these purposes, "insider" is defined as (1) an individual or entity owning 5% or greater of any class of MEC common stock, (2) a member of the Board of Directors or as an officer appointed by the Board of Directors, or (3) an entity related to an insider. The listing of a party as an "insider," however, is not intended to be nor should be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved.

**Payments**
The financial affairs and business of the Debtors are complex. Prior to the Petition Date, the Debtors participated in a consolidated cash management system through which certain payments were made by one entity on behalf of another. As a result, certain payments in the Schedules and Statements may have been made prepetition by one entity on behalf of another entity through the operation of the consolidated cash management system.

**Totals**
All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: MEC Pennsylvania Racing Services, Inc.                    Case No. 09-12091

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, or both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

☒ Check this box if debtor has no real property to report on this Schedule A

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  | Total ▶ | $ 0 |  |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

In re: MEC Pennsylvania Racing Services, Inc.                    Case No. 09-12091

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do no disclose the child's name. See, 11 U.S.C.§ 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand | | See Attached Exhibit B-1 | | $543,373 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | See Attached Exhibit B-2 | | $5,712,975 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | See Attached Exhibit B-3 | | $6,365 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: MEC Pennsylvania Racing Services, Inc.                                        Case No. 09-12091

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | See Attached Exhibit B-9 | | Undetermined |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C.§ 503(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C.§ 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13 Stock and interests in incorporated and unincorporated businesses. Itemize. | | See Attached Exhibit B-13 | | Undetermined |
| 14. Interests in partnerships or joint ventures. Itemize. | | See Attached Exhibit B-14 | | Undetermined |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | | See Attached Exhibit B-16 | | $983,807 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | See Attached Exhibit B-18 | | Undetermined |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: MEC Pennsylvania Racing Services, Inc.       Case No. 09-12091

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings and supplies. | | See Attached Exhibit B-28 | | 0 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See Attached Exhibit B-29 | | 0 |
| 30. Inventory. | | See Attached Exhibit B-30 | | $87,391 |
| 31. Animals. | X | | | |
| 32. Crops – growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: MEC Pennsylvania Racing Services, Inc.                                  Case No. 09-12091

## SCHEDULE B – PERSONAL PROPERTY
### (Continuation Sheet)

| | | | | |
|---|---|---|---|---|
| 34. Farm supplies, chemicals and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____ Continuation sheets attached          Total ▶          $7,333,911

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**MEC Pennsylvania Racing Services, Inc.**
**Case Number 09-12091**

## SPECIFIC NOTES REGARDING SCHEDULE B

**Schedule B-29 – Business Equipment**
Certain of the Debtor's machinery, fixtures, equipment, and supplies used in business are not capitalized in some situations. These assets are not listed herein.

The Debtor uses certain machinery fixtures and equipment in connection with certain services it provides to the owner of the Meadows Racetrack pursuant to a racing services agreement. That agreement provides that these fixed assets will revert to the owner of the Meadows Racetrack at the end of the agreement's term. Accordingly, these fixed assets are listed as having a net book value of zero.

**Schedule B-28 – Office Equipment**
Certain of the Debtor's office equipment, furnishings, and supplies are not capitalized in some situations. These assets are not listed herein.

The Debtor uses certain office equipment in connection with certain services it provides to the owner of the Meadows Racetrack pursuant to a racing services agreement. That agreement provides that these fixed assets will revert to the owner of the Meadows Racetrack at the end of the agreement's term. Accordingly, these fixed assets are listed as having a net book value of zero.

**Schedule B-23 Licences, Franchises, etc.**
Schedule G also sets forth numerous licensing agreements, which either may be in addition to, or duplicative of, the licenses set forth in this Schedule B-23. The inclusion of any license agreement in both Schedules B and G should not be deemed to be an indication or admission of the existence of multiple agreements. Similarly, the exclusion of any license agreement from either Schedule B or Schedule G should not be deemed determinative of whether the license is an executory contract or simply a grant of property rights. The Debtors expressly reserve the right to recharacterize these agreements, as appropriate, upon further review. The information provided in response to Item B-23 (if any) does not include the Debtor's general business licenses.

**Schedule B-14 – Partnerships/JV Interests**
See Schedule Exhibit B-14 for additional businesses the Debtor was a parent of or owned a significant interest in.

**MEC Pennsylvania Racing Services Inc.**
**Case Number:  09 12091**

**Exhibit B-1**
**Cash on Hand - Petty Cash**

| Type of Cash & Location | Net Book Value |
|---|---|
| On-Track Money Room Cash | $187,631 |
| New Castle Money Room Cash | 60,805 |
| Harmar Money Room Cash | 59,509 |
| Moon Money Room Cash | 45,959 |
| West Mifflin Money Room Cash | 59,940 |
| New Castle Petty Cash | 108 |
| Harmar Petty Cash | 72 |
| Moon Petty Cash | 163 |
| West Mifflin Petty Cash | 115 |
| Admin  Petty Cash | 251 |
| New Castle ATM Cash | 23,720 |
| Harmar ATM Cash | 55,600 |
| Moon ATM Cash | 21,760 |
| West Mifflin ATM Cash | 27,740 |
| | $543,373 |

**MEC Pennsylvania Racing Services Inc.**
**Case Number:  09 12091**

**Exhibit B-2**
**Checking, savings or other financial accounts, CDs, etc.**

| Bank Name | Address | 06/16/09 Bank Balance |
|---|---|---|
| The Bank of New York Mellon | Room 154-1320, Mellon Client Service Center<br>500 Ross Street<br>Pittsburgh, Pennsylvania  15262 | $2,148,153 |
| The Bank of New York Mellon | Room 154-1320, Mellon Client Service Center<br>500 Ross Street<br>Pittsburgh, Pennsylvania  15262 | 2,720,000 |
| Wells Fargo | Commercial Banking Office<br>1000 Lakes Drive, Suite 250<br>West Covina, California  91790 | 288,822 |
| Dollar Bank | Corporate Banking<br>Three Gateway Center, Eleven South<br>Pittsburgh, Pennsylvania  15222 | 556,000 |

$5,712,975

**MEC Pennsylvania Racing Services Inc.**
**Case Number:  09 12091**

**Exhibit B-3**

**Security Deposits**

| Vendor Name | Address | 06/16/09 Balance |
|---|---|---|
| D Fuchs | 800 Bursca Drive, Suite 802, Bridgeville, PA 15017 | $6,365 |

MEC Pennsylvania Racing Services Inc.
Case Number: 09 12091

Exhibit B-9
Interest in Insurance Policies

| Insurance Carrier | Policy Description |
|---|---|
| ACE INA EXCESS AND SURPLUS INSURANCE SERVICES - PPL G23900415001 | Environmental Liability (SLRD) |
| ALLIED WORLD ASSURANCE COMPANY - C009248/003 | Sixth Excess D&O |
| AMERICAN HOME ASSURANCE - 1259908 | Fiduciary |
| AMERICAN HOME ASSURANCE - 1259910 | Crime |
| AMERICAN HOME ASSURANCE - 3913633 | Directors' and Officers' Liability |
| AMERICAN HOME ASSURANCE COMPANY - US 7582388CDN 4729163 | Property Insurance - Primary Property |
| CHUBB INSURANCE COMPANY OF CANADA - 8208-1897 | Media Liability |
| CONTINENTAL CASUALTY COMPANY - 267912570 | First Excess D&O |
| FACOTRY MUTUAL INSURANCE COMPANY - SU322 | Boiler and Machinery Insurance-Boiler and Machinery Insurance |
| FACTORY MUTUAL INSURANCE COMPANY - SU322 | Property Insurance - Excess Property |
| GREAT AMERICAN INSURANCE COMPANY - CDX1338591 | Fifth Excess D&B |
| HARTFORD FIRE INSURANCE - DA0219788-08 | Business Automobile-Second Excess D&O |
| LEXINGTON INSURANCE COMPANY - 1172871 | First Excess Liability |
| LIBERTY MUTUAL INSURANCE COMPANY - TX1-B71-100755-018 | Storage Tax Liability |
| LIBERTY MUTUAL INSURANCE COMPANY - WC1-B71-072827-038 | U.S. Workers' Compensation and Employers' Liability |
| LLOYD'S OF LONDON - FD0806164 | Third Excess D&O |
| LLOYD'S OF LONDON - NAV-0303-1838-033108 | Fourth Excess D&O |
| NATIONAL UNION FIRE INS CO OF PITTSBURGH (AIG) - SRG9103422 | Jockey Acciden: A (On Track) Gulfstream, Remington Par, Lone Star Park. Portland Meadows, Thistledown. Palm Meadows |
| NATIONAL UNION FIRE INS CO OF PITTSBURGH (AIG) - SRG9103423 | Jockey Accident: B (Catastrophic) Santa Anita Park, Golden Gate Fields, Laurel Park, Pimlico Race Course, Oak Tree Racing |
| NATIONAL UNION FIRE INSURANCE COMPANY (AIG) - 6114747 | Second Excess Liability |
| NATIONAL UNIONAON REED STENHOUSE/TORONTO - SRG009103422 | Commercial Insurance Premium Finance and Security Agreement |
| NATIONAL UNIONAON REED STENHOUSE/TORONTO - SRG009103423 | Commercial Insurance Premium Finance and Security Agreement |
| WESTCHESTER FIRE INSURANCE COMPANY - G21979963003 | Primary Umbrella Liability |
| ZURICH AMERICAN INSURANCE COMPANY - BAP 9302182-06 | Business Automobile - U.S. |
| ZURICH AMERICAN INSURANCE COMPANY - GLO 9302183-06 | Commercial General Liability - U.S.A. and Rest of World |
| ZURICH INSURANCE COMPANY OF CANADA - 8830854 | Commercial General Liability - Canada |
| ZURICH INSURANCE COMPANY OF CANADA - 9800528 | Business Automobile - Canada |
| VAN GUNDY INSURANCE/CHUBB INSURANCE 64779457-809 | On-track Driver/Trainer Accident |
| HARNESS HORSEMAN INTERNATIONAL - 8502AG080560-12 | Fire and Disaster Accident |

MEC Pennsylvania Racing Services Inc.
Case Number: 09 12091

Exhibit B-13
Stocks and interests in incorporated and unincorporated business

| Debtor | Entity | Ownership | TIN | Description |
|---|---|---|---|---|
| X | Magna Entertainment Corp. (Delaware) "MEC" | | 98-0208374 | Parent |
| | MEC Oregon Racing, Inc. (Delaware) | 100.0000% | 52-2322731 | Racing Operations |
| X | The Santa Anita Companies, Inc. (Delaware) | 100.0000% | 52-2136180 | Racing Operations |
| X | Los Angeles Turf Club, Incorporated (California) | 100.0000% | 95-2316200 | Racing Operations |
| | Southern California Off-Track Wagering Incorporated (California) | 17.0000% | | Racing Operations |
| | Bay Meadows Catering (California) | 100.0000% | 94-1595240 | Racing Operations |
| | Bay Meadows Operating Company LLC (Delaware) | 100.0000% | 75-2714047 | Racing Operations |
| X | Pacific Racing Association (California) | 100.0000% | 94-1585367 | Racing Operations |
| | Northern California Off-Track Wagering, Incorporated (California) | 25.0000% | | Racing Operations |
| | SLRD Thoroughbred Training Center, Inc. (Delaware) | 100.0000% | 33-0854507 | Racing Operations |
| X | Remington Park, Inc. (Oklahoma) | 100.0000% | 34-1582024 | Racing Operations |
| | MEC Texas Racing, Inc. (Delaware) | 100.0000% | 98-0365728 | Racing Operations |
| | MEC Lone Star, LP (Delaware) | 100.0000% | 98-0370489 | Racing Operations |
| | MEC Texas Concessions, LLC (Texas) | 100.0000% | 98-0374287 | Racing Operations |
| | Lone Star Sales Pavilion, LLC (Texas) | 50.0000% | 75-2822497 | Racing Operations |
| | Texas Thoroughbred Sales Pavilion, Ltd. (Texas) | 50.0000% | 75-2822498 | Racing Operations |
| | Racetrack Holdings, Inc. (Delaware) | 100.0000% | 98-0365730 | Racing Operations |
| | MEC Lone Star, LP (Delaware) | 100.0000% | 98-0370489 | Racing Operations |
| | Michigan Racing, Inc. (Delaware) | 100.0000% | 75-3076628 | Racing Operations |
| | MI Racing Inc. (Delaware) | 100.0000% | 52-2214706 | Racing Operations |
| X | Thistledown, Inc. (Ohio) | 100.0000% | 34-0875742 | Racing Operations |
| | MEC Pennsylvania Racing Services, Inc. (Delaware) | 100.0000% | 84-1709924 | Racing Operations |
| | Maryland Racing, Inc. (Delaware) | 100.0000% | 75-3076627 | Racing Operations |
| | Maryland Turf Caterers (Maryland) | 100.0000% | 52-1801289 | Racing Operations |
| | MTC Cecil County, Inc. (Maryland) | 100.0000% | 52-2209686 | Racing Operations |
| | MJC RACING (2007) LLC (Delaware) | 100.0000% | 83-0507070 | Racing Operations |
| X | Pimlico Racing Association, Inc. (Maryland) | 100.0000% | 52-1494527 | Racing Operations |
| | Maryland Ventures LLC (Maryland) | 0.0001% | 47-0912708 | Inactive |

**MEC Pennsylvania Racing Services Inc.**
Case Number: 09 12091

**Exhibit B-13**
**Stocks and interests in incorporated and unincorporated business**

| Debtor | Entity | Ownership | TIN | Description |
|---|---|---|---|---|
| X | The Maryland Jockey Club of Baltimore City (Maryland) | 100.0000% | 52-0403840 | Racing Operations |
| | Maryland Ventures LLC (Maryland) | 49.9999% | 47-0912708 | Inactive |
| X | Maryland Jockey Club, Inc. | 50.0000% | 52-1563124 | Inactive |
| | Race Track Payroll Account, Inc. | 50.0000% | 52-1550164 | Racing Operations |
| | Maryland Thoroughbred Purse Account, Inc. | 50.0000% | 52-1550242 | Racing Operations |
| X | Southern Maryland Racing, Inc. (Maryland) | 100.0000% | 52-1329850 | Racing Operations |
| X | Southern Maryland Agricultural Association, (Maryland, JV) | 49.5000% | 52-1309661 | Racing Operations |
| | New Maryland OTB Facilities, LLC | 40.0000% | 52-2255031 | Racing Operations |
| | Maryland OTB Facilities, LLC | 40.0000% | 52-2210547 | Racing Operations |
| X | Laurel Racing Assoc., Inc. (Maryland) | 100.0000% | 52-1370505 | Racing Operations |
| X | Laurel Racing Association Limited Partnership (Maryland) | 50.0000% | 52-1370504 | Racing Operations |
| | Maryland Ventures LLC (Maryland) | 50.0000% | 47-0912708 | Inactive |
| X | Maryland Jockey Club, Inc. | 50.0000% | 52-1563124 | Racing Operations |
| | Race Track Payroll Account, Inc. | 50.0000% | 52-1550164 | Racing Operations |
| | Maryland Thoroughbred Purse Account, Inc. | 50.0000% | 52-1550242 | Racing Operations |
| X | Prince George's Racing, Inc. (Maryland) | 100.0000% | 52-1036493 | Racing Operations |
| | Southern Maryland Agricultural Association, Inc | 50.0000% | 52-1309681 | Inactive |
| X | Southern Maryland Agricultural Association, (Maryland, JV) | 50.5000% | 52-1309661 | Racing Operations |
| | Southern Maryland Agricultural Association, Inc | 50.0000% | 52-1309681 | Inactive |
| | New Maryland OTB Facilities, LLC | 40.0000% | 52-2255031 | Racing Operations |
| | Maryland OTB Facilities, LLC | 40.0000% | 52-2210547 | Racing Operations |
| X | Laurel Racing Association Limited Partnership (Maryland) | 50.0000% | 52-1370504 | Racing Operations |
| | Maryland Ventures LLC (Maryland) | 49.9999% | 47-0912708 | Inactive |
| X | Maryland Jockey Club, Inc. | 50.0000% | 52-1563124 | Racing Operations |
| | Race Track Payroll Account, Inc. | 50.0000% | 52-1550164 | Racing Operations |
| | Maryland Thoroughbred Purse Account, Inc. | 50.0000% | 52-1550242 | Racing Operations |
| X | Prince George's Racing, Inc. (Maryland) | 100.0000% | 52-1036493 | Racing Operations |
| | Southern Maryland Agricultural Association, Inc | 50.0000% | 52-1309681 | Inactive |
| X | Southern Maryland Agricultural Association, (Maryland, JV) | 50.5000% | 52-1309661 | Racing Operations |
| X | Southern Maryland Agricultural Association, Inc | 50.0000% | 52-1309681 | Inactive |

MEC Pennsylvania Racing Services Inc.
Case Number: 09 12091

Exhibit B-13
Stocks and interests in incorporated and unincorporated business

| Debtor | Entity | Ownership | TIN | Description |
|---|---|---|---|---|
| | New Maryland OTB Facilities, LLC | 40.0000% | 52-2255031 | Racing Operations |
| | Maryland OTB Facilities, LLC | 40.0000% | 52-2210547 | Racing Operations |
| X | GPRA Thoroughbred Training Center, Inc. (Delaware) | 100.0000% | 98-0342326 | Racing Operations |
| | Palm Meadows Estates, LLC (Delaware) | 100.0000% | 98-0398683 | Racing Operations |
| X | Gulfstream Park Racing Association Inc. (Florida) | 100.0000% | 59-0526292 | Racing Operations |
| | Orchid Concessions, Inc. (Florida) | 100.0000% | 65-1035087 | Racing Operations |
| X | GPRA Commercial Enterprises Inc. (Florida) | 100.0000% | 47-0956156 | Racing Operations |
| | The Village at Gulfstream Park, LLC | 50.0000% | 13-4324206 | Racing Operations |
| | Aurora Hospitality Services, Inc. (Delaware) | 100.0000% | 98-0360942 | Specialty Services |
| | FEX Straw Manufacturing Inc. (Delaware) | 100.0000% | 98-0374289 | Specialty Services |
| | MEC Developments, Inc. (Delaware) | 100.0000% | 98-0355924 | Specialty Services |
| | MEC Services Corp. (Delaware) | 100.0000% | 98-0388469 | Specialty Services |
| | 1180482 Ontario Inc. (Ontario) | 100.0000% | | Specialty Services |
| | 40000 Delaware Inc. (Delaware) | 100.0000% | 98-0514303 | Inactive |
| | MEC Content Holdco LLC (Delaware) | 100.0000% | | Media Operations / Account Wagering |
| | TrackNet Media Group LLC (Delaware) | 50.0000% | 20-8805151 | Media Operations / Account Wagering |
| | MEC HRTV Holdco LLC (Delaware) | 100.0000% | | Media Operations / Account Wagering |
| | HRTV, LLC (Delaware) | 50.0000% | 20-8855693 | Media Operations / Account Wagering |
| | MEC Global Wagering Solutions LLC (Delaware) | 100.0000% | 98-0541421 | Media Operations / Account Wagering |
| X | MEC Maryland Investments, Inc. (Delaware) | 100.0000% | 98-0404657 | Media Operations / Account Wagering |
| X | 30000 Maryland Investments LLC (Delaware) | 100.0000% | 98-0511704 | Media Operations / Account Wagering |
| X | AmTote International Inc. (Delaware) | 100.0000% | 52-1751143 | Media Operations / Account Wagering |
| | AmTote Canada Inc. (Ontario) | 100.0000% | | Media Operations / Account Wagering |
| | AmTote Australasia, Pty. Limited (New South Wales, Australia) | 99.0000% | | Media Operations / Account Wagering |
| | Racetrack Television Network, LLC (Delaware) | 33.3000% | 02-0573573 | Media Operations / Account Wagering |
| | Racing World Limited (UK) | 33.3300% | | Media Operations / Account Wagering |
| | MEC Media Distribution Corp. (Delaware) | 100.0000% | 98-0373391 | Media Operations / Account Wagering |
| | MEC MEDIA TELEVISIONHOLDINGS INC. (FKA: Horse Racing TV, Inc.) (Delaware) | 100.0000% | 98-0373392 | Media Operations / Account Wagering |
| | XpressBet, Inc. (Delaware) | 100.0000% | 98-0360972 | Media Operations / Account Wagering |
| | Parimax, Inc. (Delaware) | 100.0000% | 98-0540846 | Media Operations / Account Wagering |

**MEC Pennsylvania Racing Services Inc.**
Case Number: 09 12091

Exhibit B-13
Stocks and interests in incorporated and unincorporated business

| Debtor | Entity | Ownership | TIN | Description |
|--------|--------|-----------|-----|-------------|
| X | MEC Dixon, Inc. (Delaware) | 100.0000% | 52-2317005 | Real Estate Holdings / Development |
| | MEC Holdings Canada Corp. | 100.0000% | 81-0548640 | Specialty Services |
| | 690346 Ontario Inc. (Ontario) | 100.0000% | | Real Estate Holdings / Development |
| | 805062 Ontario Limited (Ontario) | 100.0000% | | Real Estate Holdings / Development |
| | Adena Meadows II Limited (Ontario) | 100.0000% | | Inactive |
| | Santa Anita Commercial Enterprises, Inc. (Delaware) | 100.0000% | 98-0540845 | Real Estate Holdings / Development |
| | Santa Anita Associates LLC (Delaware) | 50.0000% | 06-0609002 | Real Estate Holdings / Development |
| | MEC Holdings (USA) Inc. (Delaware) | 100.0000% | 98-0208494 | Real Estate Holdings / Development |
| | MEC Land Holdings (California) Inc. (California) | 100.0000% | 94-3277410 | Real Estate Holdings / Development |
| | MEC Land Holdings (Oregon), LLC (Delaware) | 100.0000% | 45-0508466 | Real Estate Holdings / Development |
| | OTL, Inc. (New York) | 100.0000% | 52-2214458 | Inactive |
| | DLR, Inc. (New York) | 100.0000% | 98-0220035 | Inactive |
| | Sunshine Meadows Racing, Inc. (Delaware) | 100.0000% | 98-0374288 | Real Estate Holdings / Development |
| | MEC Projektenwicklungs AG (Austria) | 100.0000% | | Europe |
| | FEX OKO-Faserverarbeitungs GmbH (Austria) | 100.0000% | | Europe |
| | MEC Grundstucksentwicklungs GmbH (Austria) | 100.0000% | 98-0374290 | Europe |
| | MEC Sport and Entertainment Holding GmbH (Austria) | 100.0000% | 98-0441664 | Europe |
| | MEC Sport and Entertainment GmbH (Austria) | 100.0000% | 98-0427783 | Europe |
| | MEC Racing Holding GmbH (Austria) | 100.0000% | 98-0427782 | Europe |
| | MEC Magna Racing Veranstaltungs GmbH (Austria) | 100.0000% | 98-0455868 | Europe |
| | Fontana Beteligungs GmbH (Austria) | 100.0000% | | Europe |
| | Fontana Restaurant GmbH (Austria) | 100.0000% | | Europe |
| | MEC N.Y. Acquisitions, Inc. (Delaware) | 100.0000% | 98-0359188 | Inactive |
| | MEC N.Y. OTB, Inc. (Delaware) | 100.0000% | 98-0360949 | Inactive |
| | MEC (N.Y.) Racing, Inc. (New York) | 80.0000% | 98-0340412 | Inactive |
| | New Jersey Racing, Inc. (Delaware) | 100.0000% | 98-0418919 | Inactive |
| | Sport Broadcasting, Inc. (Delaware) | 100.0000% | 94-3338675 | Inactive |
| | MKC Acquisition Company (Oregon) | 100.0000% | 93-1240880 | Inactive |

**MEC Pennsylvania Racing Services Inc.**
**Case Number: 09 12091**

**Exhibit B-14**
**Interests in partnerships or joint ventures**

| Debtor | Entity | Ownership | TIN | Description |
|---|---|---|---|---|
| X | Magna Entertainment Corp. (Delaware) "MEC" | | 98-0208374 | Parent |
| | MEC Oregon Racing, Inc. (Delaware) | 100.0000% | 52-2322731 | Racing Operations |
| X | The Santa Anita Companies, Inc. (Delaware) | 100.0000% | 52-2136180 | Racing Operations |
| X | Los Angeles Turf Club, Incorporated (California) | 100.0000% | 95-2316200 | Racing Operations |
| | Southern California Off-Track Wagering Incorporated (California) | 17.0000% | | Racing Operations |
| | Bay Meadows Catering (California) | 100.0000% | 94-1595240 | Racing Operations |
| | Bay Meadows Operating Company LLC (Delaware) | 100.0000% | 75-2714047 | Racing Operations |
| X | Pacific Racing Association (California) | 100.0000% | 94-1585367 | Racing Operations |
| | Northern California Off-Track Wagering, Incorporated (California) | 25.0000% | | Racing Operations |
| | SLRD Thoroughbred Training Center, Inc. (Delaware) | 100.0000% | 33-0854507 | Racing Operations |
| X | Remington Park, Inc. (Oklahoma) | 100.0000% | 34-1582024 | Racing Operations |
| | MEC Texas Racing, Inc. (Delaware) | 100.0000% | 98-0365728 | Racing Operations |
| | MEC Lone Star, LP (Delaware) | 100.0000% | 98-0370489 | Racing Operations |
| | MEC Texas Concessions, LLC (Texas) | 100.0000% | 98-0374287 | Racing Operations |
| | Lone Star Sales Pavilion, LLC (Texas) | 50.0000% | 75-2822497 | Racing Operations |
| | Texas Thoroughbred Sales Pavilion, Ltd. (Texas) | 50.0000% | 75-2822498 | Racing Operations |
| | Racetrack Holdings, Inc. (Delaware) | 100.0000% | 98-0365730 | Racing Operations |
| | MEC Lone Star, LP (Delaware) | 100.0000% | 98-0370489 | Racing Operations |
| | Michigan Racing, Inc. (Delaware) | 100.0000% | 75-3076628 | Racing Operations |
| | MI Racing Inc. (Delaware) | 100.0000% | 52-2214706 | Racing Operations |
| X | Thistledown, Inc. (Ohio) | 100.0000% | 34-0875742 | Racing Operations |
| | MEC Pennsylvania Racing Services, Inc. (Delaware) | 100.0000% | 84-1709924 | Racing Operations |
| | Maryland Racing, Inc. (Delaware) | 100.0000% | 75-3076627 | Racing Operations |
| | Maryland Turf Caterers (Maryland) | 100.0000% | 52-1801289 | Racing Operations |
| | MTC Cecil County, Inc. (Maryland) | 100.0000% | 52-2209686 | Racing Operations |
| | MJC RACING (2007) LLC (Delaware) | 100.0000% | 83-0507070 | Racing Operations |
| | Pimlico Racing Association, Inc. (Maryland) | 100.0000% | 52-1494527 | Racing Operations |
| X | Maryland Ventures LLC (Maryland) | 0.0001% | 47-0912708 | Inactive |
| X | The Maryland Jockey Club of Baltimore City (Maryland) | 100.0000% | 52-0403840 | Racing Operations |
| | Maryland Ventures LLC (Maryland) | 49.9999% | 47-0912708 | Inactive |

MEC Pennsylvania Racing Services Inc.
Case Number: 09 12091

Exhibit B-14
Interests in partnerships or joint ventures

| Debtor | Entity | Ownership | TIN | Description |
|---|---|---|---|---|
| X | Maryland Jockey Club, Inc. | 50.0000% | 52-1563124 | Inactive |
| | Race Track Payroll Account, Inc. | 50.0000% | 52-1550164 | Racing Operations |
| | Maryland Thoroughbred Purse Account, Inc. | 50.0000% | 52-1550242 | Racing Operations |
| X | Southern Maryland Racing, Inc. (Maryland) | 100.0000% | 52-1329850 | Racing Operations |
| X | Southern Maryland Agricultural Association, (Maryland, JV) | 49.5000% | 52-1309661 | Racing Operations |
| | New Maryland OTB Facilities, LLC | 40.0000% | 52-2255031 | Racing Operations |
| | Maryland OTB Facilities, LLC | 40.0000% | 52-2210547 | Racing Operations |
| X | Laurel Racing Assoc., Inc. (Maryland) | 100.0000% | 52-1370505 | Racing Operations |
| X | Laurel Racing Association Limited Partnership (Maryland) | 50.0000% | 52-1370504 | Racing Operations |
| | Maryland Ventures LLC (Maryland) | 50.0000% | 47-0912708 | Inactive |
| X | Maryland Jockey Club, Inc. | 50.0000% | 52-1563124 | Inactive |
| | Race Track Payroll Account, Inc. | 50.0000% | 52-1550164 | Racing Operations |
| | Maryland Thoroughbred Purse Account, Inc. | 50.0000% | 52-1550242 | Racing Operations |
| X | Prince George's Racing, Inc. (Maryland) | 100.0000% | 52-1036493 | Racing Operations |
| | Southern Maryland Agricultural Association, Inc | 50.0000% | 52-1309681 | Inactive |
| X | Southern Maryland Agricultural Association, (Maryland, JV) | 50.5000% | 52-1309661 | Racing Operations |
| | Southern Maryland Agricultural Association, Inc | 50.0000% | 52-1309681 | Inactive |
| | New Maryland OTB Facilities, LLC | 40.0000% | 52-2255031 | Racing Operations |
| | Maryland OTB Facilities, LLC | 40.0000% | 52-2210547 | Racing Operations |
| X | Laurel Racing Association Limited Partnership (Maryland) | 50.0000% | 52-1370504 | Racing Operations |
| | Maryland Ventures LLC (Maryland) | 49.9999% | 47-0912708 | Inactive |
| X | Maryland Jockey Club, Inc. | 50.0000% | 52-1563124 | Inactive |
| | Race Track Payroll Account, Inc. | 50.0000% | 52-1550164 | Racing Operations |
| | Maryland Thoroughbred Purse Account, Inc. | 50.0000% | 52-1550242 | Racing Operations |
| X | Prince George's Racing, Inc. (Maryland) | 100.0000% | 52-1036493 | Racing Operations |
| | Southern Maryland Agricultural Association, Inc | 50.0000% | 52-1309681 | Inactive |
| X | Southern Maryland Agricultural Association, (Maryland, JV) | 50.5000% | 52-1309661 | Racing Operations |
| | Southern Maryland Agricultural Association, Inc | 50.0000% | 52-1309681 | Inactive |
| | New Maryland OTB Facilities, LLC | 40.0000% | 52-2255031 | Racing Operations |
| | Maryland OTB Facilities, LLC | 40.0000% | 52-2210547 | Racing Operations |

MEC Pennsylvania Racing Services Inc.
Case Number: 09 12091

Exhibit B-14
Interests in partnerships or joint ventures

| Debtor | Entity | Ownership | TIN | Description |
|---|---|---|---|---|
| X | GPRA Thoroughbred Training Center, Inc. (Delaware) | 100.0000% | 98-0342326 | Racing Operations |
| | Palm Meadows Estates, LLC (Delaware) | 100.0000% | 98-0398683 | Racing Operations |
| X | Gulfstream Park Racing Association Inc. (Florida) | 100.0000% | 59-0526292 | Racing Operations |
| | Orchid Concessions, Inc. (Florida) | 100.0000% | 65-1035087 | Racing Operations |
| X | GPRA Commercial Enterprises Inc. (Florida) | 100.0000% | 47-0956156 | Racing Operations |
| | The Village at Gulfstream Park, LLC | 50.0000% | 13-4324206 | Racing Operations |
| | Aurora Hospitality Services, Inc. (Delaware) | 100.0000% | 98-0360942 | Specialty Services |
| | FEX Straw Manufacturing Inc. (Delaware) | 100.0000% | 98-0374289 | Specialty Services |
| | MEC Developments, Inc. (Delaware) | 100.0000% | 98-0355924 | Specialty Services |
| | MEC Services Corp. (Delaware) | 100.0000% | 98-0388469 | Specialty Services |
| | 1180482 Ontario Inc. (Ontario) | 100.0000% | | Inactive |
| | 40000 Delaware Inc. (Delaware) | 100.0000% | 98-0514303 | Media Operations / Account Wagering |
| | MEC Content Holdco LLC (Delaware) | 100.0000% | | Media Operations / Account Wagering |
| | TrackNet Media Group LLC (Delaware) | 50.0000% | 20-8805151 | Media Operations / Account Wagering |
| | MEC HRTV Holdco LLC (Delaware) | 100.0000% | | Media Operations / Account Wagering |
| | HRTV, LLC (Delaware) | 50.0000% | 20-8855693 | Media Operations / Account Wagering |
| | MEC Global Wagering Solutions LLC (Delaware) | 100.0000% | 98-0541421 | Media Operations / Account Wagering |
| X | MEC Maryland Investments, Inc. (Delaware) | 100.0000% | 98-0404637 | Media Operations / Account Wagering |
| X | 30000 Maryland Investments LLC (Delaware) | 100.0000% | 98-0511704 | Media Operations / Account Wagering |
| X | AmTote International Inc. (Delaware) | 100.0000% | 52-1751143 | Media Operations / Account Wagering |
| | AmTote Canada Inc. (Ontario) | 100.0000% | | Media Operations / Account Wagering |
| | AmTote Australasia, Pty. Limited (New South Wales, Australia) | 99.0000% | | Media Operations / Account Wagering |
| | Racetrack Television Network, LLC (Delaware) | 33.3300% | 02-0573573 | Media Operations / Account Wagering |
| | Racing World Limited (UK) | 33.3300% | | Media Operations / Account Wagering |
| | MEC Media Distribution Corp. (Delaware) | 100.0000% | 98-0373391 | Media Operations / Account Wagering |
| | MEC MEDIA TELEVISIONHOLDINGS INC. (FKA: Horse Racing TV, Inc.) (Delaware) | 100.0000% | 98-0373392 | Media Operations / Account Wagering |
| | XpressBet, Inc. (Delaware) | 100.0000% | 98-0360972 | Media Operations / Account Wagering |
| | Parimax, Inc. (Delaware) | 100.0000% | 98-0540846 | Media Operations / Account Wagering |
| X | MEC Dixon, Inc. (Delaware) | 100.0000% | 52-2317005 | Real Estate Holdings / Development |
| | MEC Holdings Canada Corp. | 100.0000% | 81-0548640 | Specialty Services |

**MEC Pennsylvania Racing Services Inc.**
Case Number: 09 12091

Exhibit B-14
Interests in partnerships or joint ventures

| Debtor / Entity | Ownership | TIN | Description |
|---|---|---|---|
| 690346 Ontario Inc. (Ontario) | 100.0000% | | Real Estate Holdings / Development |
| 805062 Ontario Limited (Ontario) | 100.0000% | | Real Estate Holdings / Development |
| Adena Meadows II Limited (Ontario) | 100.0000% | | Inactive |
| Santa Anita Commercial Enterprises, Inc. (Delaware) | 100.0000% | 98-0540845 | Real Estate Holdings / Development |
| Santa Anita Associates LLC (Delaware) | 50.0000% | 06-0609002 | Real Estate Holdings / Development |
| MEC Holdings (USA) Inc. (Delaware) | 100.0000% | 98-0208494 | Real Estate Holdings / Development |
| MEC Land Holdings (California) Inc. (California) | 100.0000% | 94-3277410 | Real Estate Holdings / Development |
| MEC Land Holdings (Oregon), LLC (Delaware) | 100.0000% | 45-0508466 | Real Estate Holdings / Development |
| OTL, Inc. (New York) | 100.0000% | 52-2214458 | Inactive |
| DLR, Inc. (New York) | 100.0000% | 98-0220035 | Inactive |
| Sunshine Meadows Racing, Inc. (Delaware) | 100.0000% | 98-0374288 | Real Estate Holdings / Development |
| MEC Projektenwicklungs AG (Austria) | 100.0000% | | Europe |
| FEX OKO-Faserverarbeitungs GmbH (Austria) | 100.0000% | | Europe |
| MEC Grundstucksentwicklungs GmbH (Austria) | 100.0000% | 98-0374290 | Europe |
| MEC Sport and Entertainment Holding GmbH (Austria) | 100.0000% | | Europe |
| MEC Sport and Entertainment GmbH (Austria) | 100.0000% | 98-0441664 | Europe |
| MEC Racing Holding GmbH (Austria) | 100.0000% | 98-0427783 | Europe |
| MEC Magna Racing Veranstaltungs GmbH (Austria) | 100.0000% | 98-0427782 | Europe |
| Fontana Beteiligungs GmbH (Austria) | 100.0000% | 98-0455868 | Europe |
| Fontana Restaurant GmbH (Austria) | 100.0000% | | Europe |
| MEC N.Y. Acquisitions, Inc. (Delaware) | 100.0000% | 98-0359188 | Inactive |
| MEC N.Y. OTB. Inc. (Delaware) | 100.0000% | 98-0360949 | Inactive |
| MEC (N.Y.) Racing, Inc. (New York) | 80.0000% | 98-0340412 | Inactive |
| New Jersey Racing, Inc. (Delaware) | 100.0000% | 98-0418919 | Inactive |
| Sport Broadcasting, Inc. (Delaware) | 100.0000% | 94-3338675 | Inactive |
| MKC Acquisition Company (Oregon) | 100.0000% | 93-1240880 | Inactive |

**MEC Pennsylvania Racing Services Inc.**
Case Number: 09 12091

**Exhibit B-16**
**Trade and Parimutuel Receivables**

| Description | Net Book Value |
|---|---|
| Accounts Receivable - Trade | $4,825 |
| Other Trade Receivables | 87,324 |

| | | |
|---|---|---|
| Albuquerque Downs | $ | 22,240.31 |
| Amwest Accounts | $ | 192.65 |
| Assiniboia Downs | $ | 8,746.89 |
| Aurora OTB | $ | 6,118.84 |
| Bally's Park Place | $ | 3,966.52 |
| Barrie Raceway | $ | 5,852.73 |
| BetPad, Inc. | $ | 319.27 |
| Beulah Park | $ | 17,416.34 |
| Birmingham | $ | 3,230.40 |
| Bloomington | $ | 3,676.38 |
| Bluegrass | $ | 198.04 |
| Brass Racks Billiards | $ | 1,162.86 |
| Bristol/Scott County | $ | 131.97 |
| Brittish Columbia Wagering | $ | 3,576.36 |
| Brunswick OTB | $ | 405.74 |
| Brunswick Winners | $ | 1,931.63 |
| Buffallo | $ | 4,909.29 |
| Caesars | $ | 136.74 |
| Calder Park | $ | 5,446.91 |
| Capital OTB | $ | 9,978.97 |
| Champaign | $ | 15,589.56 |
| Charlottetown | $ | 1,538.05 |
| Charlottetown IVR | $ | 51.63 |
| Chesapeake East | $ | 6,932.42 |
| Chester Downs | $ | 2,502.75 |
| Clarksville OTB | $ | 986.68 |
| Clinton IVR | $ | 14.73 |
| Clinton Teletheatre | $ | 217.83 |
| Club Regent Teletheatre | $ | 344.12 |
| Colonial Beach OTB | $ | 704.50 |
| Connecticut OTB | $ | 16,030.85 |
| Continental Motor Inn | $ | 671.91 |
| Corliss @ 111th | $ | 3,672.77 |

| | | |
|---|---|---:|
| Cracked Claw | $ | 301.32 |
| Crestwood OTB | $ | 8,680.30 |
| Crystal Palace | $ | 82.11 |
| Daytona Kennel Club | $ | 424.26 |
| Delta Downs | $ | 1,310.33 |
| Derby Lane | $ | 5,113.24 |
| Elk Grove Village | $ | 5,691.73 |
| Ellis Park | $ | 3,680.53 |
| Emerald Downs | $ | 168.01 |
| Evangeline Downs | $ | 1,552.61 |
| Evansville | $ | 497.37 |
| Ex Park IVR | $ | 279.81 |
| Fairmount Park | $ | 8,476.00 |
| Fire Lake Entertainment | $ | 8.93 |
| Flamboro Downs | $ | 37,075.91 |
| Flamboro Downs IVR | $ | 188.15 |
| Fort Wayne OTB | $ | 933.26 |
| Foxwoods Resort | $ | 378.47 |
| Fraser Downs | $ | 310.30 |
| Freehold | $ | 437.46 |
| Grand River Raceway | $ | 51.44 |
| Green Brier Inn | $ | 104.73 |
| GWS German Tote | $ | 3,511.27 |
| Hampton OTB | $ | 2,222.08 |
| Hanover Raceway | $ | 779.83 |
| Harrah's Resort | $ | 1,736.84 |
| Hastings Park | $ | 4,725.16 |
| Hiawatha IVR | $ | 11.96 |
| Hollywood Greyhound | $ | 12,543.95 |
| International Betting Assoc. | $ | 2,645.86 |
| IVR WEG/FLAM | $ | 225.39 |
| IVR WEG/GRAND | $ | 56.57 |
| IVR WEG/OTN | $ | 29.71 |
| Jackson Street OTB | $ | 8,115.53 |
| Joliet OTB | $ | 9,191.61 |
| Kawartha IVR | $ | 199.44 |
| Las Vegas | $ | 12,250.62 |
| Lasalle Street OTB | $ | 7,389.77 |
| Lebanon Park | $ | 1,202.97 |
| Lee Hotel | $ | 220.49 |
| Lewiston | $ | 3,558.04 |
| Lien Games Internet | $ | 814.38 |
| Limited Liability | $ | 1,392.80 |
| Lodge at Belmont | $ | 378.55 |
| MagnaBet | $ | 3,631.38 |
| Martinsville OTB | $ | 1,062.53 |
| Maywood Park | $ | 1,908.59 |
| McPhillips Teletheatre | $ | 417.76 |
| Merrillville OTB | $ | 4,929.96 |
| Millers Bangor | $ | 3,085.71 |
| Mohegan Sun Casino | $ | 4,471.56 |
| Mokena | $ | 7,498.49 |

| | | |
|---|---|---|
| Mount Pleasant | $ | 2,251.00 |
| Nassau OTB | $ | 16,836.29 |
| New Jersey Internet | $ | 2,482.93 |
| New Jersey Mobile | $ | 51.63 |
| New Jersey Wagering | $ | 4.50 |
| New York OTB | $ | 57,843.14 |
| Newfoundland IVR | $ | 0.41 |
| Niles OTB | $ | 9,454.26 |
| Northfield Park | $ | 9,932.03 |
| Northlands IVR | $ | 22.46 |
| Northlands Park | $ | 1,384.23 |
| Nova Scotia IVR | $ | 140.27 |
| OJC Teletheatres 2 | $ | 15,064.22 |
| OJC Teletheatres 3 | $ | 2,287.52 |
| Ontario Network | $ | 5,101.08 |
| Oregon Off - Tracks | $ | 4,362.76 |
| Orlando Seminole Jai | $ | 306.19 |
| Pembina Hotel | $ | 181.40 |
| Peoria | $ | 2,842.44 |
| Peru OTB | $ | 1,864.96 |
| Pferdewetten | $ | 2,442.80 |
| Pinnancle Race Course | $ | 7,283.67 |
| Pivoc Downs | $ | 7,375.56 |
| Poconos | $ | 11,822.02 |
| Pojoaque | $ | 50.30 |
| Potawatomi Casino | $ | 1,060.06 |
| Premier Turf Club | $ | 316.17 |
| Presque Isle Downs | $ | 27,338.63 |
| Quest Inn | $ | 642.57 |
| Racebets | $ | 8,949.91 |
| Raceway Park | $ | 43,424.79 |
| Racing & Gaming Services | $ | 1,912.61 |
| Rest Inn Canada | $ | 335.81 |
| Richmond | $ | 6,242.73 |
| River Downs | $ | 4,962.33 |
| Rockingham Park | $ | 3,817.81 |
| Royal Britannia | $ | 356.64 |
| Sam Houston | $ | 10,965.48 |
| Sanford | $ | 5,981.64 |
| Sanford - Orlando Kennel | $ | 2,678.39 |
| Saratoga Harness | $ | 1,536.12 |
| Schanks Athletic Club | $ | 120.25 |
| Seabrook | $ | 1,834.94 |
| Shoreline Star GH | $ | 2,405.91 |
| Showboat | $ | 1,475.85 |
| Sportscreek | $ | 4,064.77 |
| St. Anthony Italia | $ | 443.38 |
| St. John's Greyhound | $ | 2,820.78 |
| Suffolk District OTB | $ | 16,958.80 |
| Summerside IVR | $ | 29.42 |
| Taj Mahal | $ | 1,882.54 |
| TBC Hastings Mainland | $ | 3,467.62 |

| | | |
|---|---|---:|
| Teletheatre Northlands | $ | 9,174.53 |
| Television Games Network | $ | 13,011.04 |
| The Stables | $ | 19.86 |
| Thistle Downs | $ | 19,611.50 |
| Tom's River | $ | 14,594.22 |
| Tote Invest Racing Services | $ | 1,191.48 |
| Trackside - Chicago | $ | 10,638.61 |
| Trackside - Hodgkins | $ | 6,020.91 |
| Trackside - Homewood Leonas | $ | 1,537.27 |
| Trackside - Lockport | $ | 5,632.77 |
| Trackside - McHenry | $ | 7,071.89 |
| Trackside - Quad Cities | $ | 1,320.70 |
| Trackside - Rockford | $ | 13,033.51 |
| Trackside - South Beloit | $ | 3,216.49 |
| Trackside - South Elgin | $ | 3,266.85 |
| Trackside - Waukegan | $ | 16,268.53 |
| Tri-State Greyhound | $ | 3,917.16 |
| Trn Int. German Tote | $ | 15,631.90 |
| Trois Rivieres | $ | 91.54 |
| Turfway Park | $ | 4,841.34 |
| Twin Spires | $ | 13,170.09 |
| Vanier Teletheatre | $ | 2,909.81 |
| Venezula | $ | 635.21 |
| Vernon Downs | $ | 681.08 |
| Victor Chandlor International | $ | 224.83 |
| Vineland OTB | $ | 2,485.12 |
| Vinton | $ | 245.80 |
| Waterville | $ | 4,682.76 |
| Wauconda OTB | $ | 1,426.00 |
| Western Fair IVR | $ | 367.73 |
| Western Region OTB | $ | 1,665.33 |
| Wheeling Downs | $ | 2,458.73 |
| Whoop-Up Downs | $ | 2,873.20 |
| Windsor HIP II | $ | 269.13 |
| Windsor Park | $ | 5,142.60 |
| Windsor Park Inn | $ | 281.60 |
| Wonderland Greyhound | $ | 1,514.00 |
| Woodbine Race Course | $ | 29,583.00 |
| Woodbridge OTB | $ | 6,082.15 |
| Woodstock IVR | $ | 44.50 |
| XpressBet | $ | 17,019.95 |
| Yonkers - Acct Wagering | $ | 448.82 |
| Youbet - Illinois | $ | 1,606.28 |
| Youbet - UT East | $ | 567.12 |
| Youbet.com | $ | 2,915.33 |

|  |
|---:|
| $983,807.00 |

**MEC Pennsylvania Racing Services Inc.**
**Case Number:  09 12091**

**Exhibit B-18**
**Other Debts Including Tax Refunds**

| **Name** | **Net Book Value** |
|---|---|
| State and Local Tax Carryforwards | Undetermined |
| **Total:** | $0 |

MEC Pennsylvania Racing Services Inc.
Case Number: 09 12091

Exhibit B-28
Office equipment, furnishings, and supplies

| Category | Net Book Value |
|---|---|
| COMPUTER HARDWARE | $0 |
| COMPUTER SOFTWARE | $0 |
| FURNITURE AND FIXTURES | $0 |
| Total: | $0 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

MEC Pennsylvania Racing Services Inc.
Case Number: 09 12091

Exhibit B-29
Office equipment, furnishings, and supplies

| Category | Net Book Value |
|---|---|
| MACHINERY AND EQUIPMENT | $0 |
| OFFICE SUPPLIES | $0 |
| Total: | $0 |

**MEC Pennsylvania Racing Services Inc.**
**Case Number: 09 12091**

**Exhibit B-30**
**Inventory**

| Description | Net Book Value |
|---|---|
| Food and Beverage Inventory | 81,079 |
| Horse Bedding | 6,312 |
| | $87,391 |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: MEC Pennsylvania Racing Services, Inc.                    Case No. 09-12091

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do no disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m) If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

[] Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| See Exhibit D-3 | | | | X | X | X | $0 | $0 |
| | | | UCC Liens | | | | | |
| | | | TOTAL | | | | $0 | $0 |

<u>**MEC Pennsylvania Racing Services, Inc.**</u>
**Case Number 09-12091**

## SPECIFIC NOTES REGARDING SCHEDULE D

**Creditors Holding Secured Claims**

Except as otherwise agreed pursuant to a stipulation, agreed order, or general order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercreditor or intercompany agreement) related to such creditor's claim. In certain instances, a Debtor may be a coobligor, co-mortgagor, or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. If a Debtor is a guarantor with respect to a scheduled claim of another Debtor, the claim will be labeled "Contingent." The descriptions provided on Schedule D are intended only as a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

Certain of the Debtors' agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financing agreements. No attempt has been made to identify such agreements for purposes of Schedule D. However, the Debtors reserve all of their rights to amend Schedule D in the future to the extent the Debtors determine that any claims associated with such agreements are property reported on Schedule D. The Debtors reserve all of their rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed in Schedule G, including the right to dispute or challenge the characterization of the structure of any transaction, document, or instrument related to a creditor's claim, including to argue that an agreement listed in Schedule G may be treated as a secured financing agreement, rather than an executory contract or unexpired lease. Nothing herein shall be construed as an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract.

Some of the Debtors' creditors may have filed mechanic or materialman's liens following the commencement of the Debtors' chapter 11 cases. Some liens may, by virtue of section 546(b) of the Bankruptcy Code and applicable law, relate back to the period prior to the Petition Date. Any such liens that have been filed after the Petition Date are not listed on Schedule D.

To the extent that any landlords, real property and personal property lessors, utility companies, or other creditors hold a security deposit from any of the Debtors and to the extent that such deposits constitute secured claims, such deposits are not listed on Schedule D, except as specifically stated herein.

**MEC Pennsylvania Racing Services Inc.**
**Case Number: 09 12091**

**Exhibit D-3**
**UCC Liens**

| Name | Address | City, State & Zip | C | U | D | Total Claim $ |
|------|---------|-------------------|---|---|---|---------------|
| Beckwith Machinery Company | 4565 William Penn Highway | Murrysville Pennsylvania 15668 | X | X | X | $0 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: MEC Pennsylvania Racing Services, Inc.          Case No. 09-12091

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and the last four digits of the account number if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do no disclose the child's name. See, 11 U.S.C.§ 112 and Fed. R. Bankr. P. 1007(m)

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled, "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amount entitled to priority on each sheet in the box labeled, "Subtotals" on each sheet. Report the total of all amounts entitled to priority on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individuals debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. §507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. §507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. §507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local government units as set forth in 11 U.S.C. §507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

MEC Pennsylvania Racing Services, Inc.
Case Number 09-12091

## SPECIFIC NOTES REGARDING SCHEDULE E

**Creditors Holding Unsecured Priority Claims**
The listing of any claim on Schedule E does not constitute an admission by the Debtors that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserve all of their rights to dispute the amount and/or the priority status of any claim on any basis at any time.

As noted in the Global Notes, the Bankruptcy Court entered a first day order granting authority to the Debtors to pay certain prepetition employee wage and other obligations in the ordinary course (the "Employee Wage Order"). Pursuant to the Employee Wage Order, the Debtors believe that any priority claims of current employees for prepetition amounts have been or will be satisfied, and such satisfied amounts are therefore not listed on Schedule E. Only employee claims against the Debtors for prepetition amounts that have not been paid as of the time that the Schedules and Statements were prepared were included; such amounts are listed on Schedule F.

**MEC Pennsylvania Racing Services Inc.**
Case Number: 09 12091

**Exhibit E-1**
**Taxes Payable**

| Name | Address | City, State & Zip | C | U | D | Total Claim $ |
|------|---------|-------------------|---|---|---|---------------|
| Pennsylvania Department of Revenue - Misc Tax Division - Pari-Mutuel Department | Dept. 280909 | Harrisburg, PA  17128-0909 | X | X | | 0 |
| Pennsylvania Department of Revenue | Dept. 280404 | Harrisburg, PA  17128-0404 | X | X | | 0 |
| Pennsylvania Department of Revenue - Bureau of Business Trust Fund | P.O. Box 280906 | Harrisburg, PA  17128--9-6 | X | X | | 0 |
| Pennsylvania Department of Revenue - Bureau of Corporate Taxes | Dept. 280701 | Harrisburg, PA  17128-0701 | X | X | | 0 |
| United States Treasury | Internal Revenue Service | Philadelphia, PA  19255 | X | X | | 0 |
| United States Treasury | Internal Revenue Service | Cincinati, OH  45999-0039 | X | X | | 0 |
| Allegheny County - John Weinstein, Treasurer | P.O. Box 643385 | Pittsburgh, PA  15264 | X | X | | 0 |
| Allegheny County - John Weinstein, Treasurer | P.O. Box 644367 | Pittsburgh, PA  15264-4367 | X | X | | 0 |
| Commonwealth of Pennsylvania - Unclaimed Property | P.O. Box 8500-53473 | Philadelphia, PA  19178-3473 | X | X | | 0 |
| Donald J. Progar, EIT | P.O. Box 202 | Strabane, PA  15363 | X | X | | 0 |
| Keystone Municipal Collections | 546 Wendel Road | Irwin, PA  15642 | X | X | | 0 |
| Legal Tax Service Inc. | P.O. Box 10060 | Pittsburgh, PA  15236-6060 | X | X | | 0 |
| PA Municipal Service | 336 Delaware Avenue, Dept A | Oakmont, PA  15139 | X | X | | 0 |
| Patricia A. Jonoski | Allegheny Valley School District P.O. Box 294 | Cheswick, PA  15024 | X | X | | 0 |
| Receiver of Taxes, Elizabeth Singer | 500 S. Scotland Lane | New Castle, PA  16101 | X | X | | 0 |
| Washington County | 100 West Beau Street | Washington, PA  15301 | X | X | | 0 |
| Moon Township Municipal Authority | 1700 Beaver Grade Road | Moon Township, PA  15108 | X | X | | 0 |
| Moon Area Admissions Tax | 1700 Beaver Grade Road | Moon Township, PA  15108 | X | X | | 0 |
| Moon School Wage Tax Office | 1700 Beaver Grade Road | Moon Township, PA  15108 | X | X | | 0 |

$0

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

In re: MEC Pennsylvania Racing Services, Inc.                    Case No. 09-12091

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H—Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> See Exhibit F-1 immediately following Schedule F | | | Trade and Pari-mutuel Payables | | | | $2,898,016 |
| ACCOUNT NO. <br><br> See Exhibit F-2 immediately following Schedule F | | | Pending Litigation | X | X | X | Unliquidated |
| ACCOUNT NO. <br><br> See Exhibit F-3 immediately following Schedule F | | | Other Liabilities | X | X | | $172,225 |
| ACCOUNT NO. <br><br> See Exhibit F-5 immediately following Schedule F | | | Bonds | X | X | | Unliquidated |

_____ continuation sheets attached

| | | |
|---|---|---|
| Subtotal ™ | $ | |
| Total ™ <br> (Use only on last page of the completed Schedule F.) <br> (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $3,070,241 |

**MEC Pennsylvania Racing Services, Inc.**
**Case Number 09-12091**

## SPECIFIC NOTES REGARDING SCHEDULE F

### Creditors Holding Unsecured Nonpriority Claims

The Debtors have used reasonable best efforts to list all general unsecured claims against the Debtors on Schedule F based upon the Debtors' existing books and records.

Schedule F does not include certain deferred credits, deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are general estimates of liabilities and do not represent specific claims as of the Petition Date; however, such amounts are reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date.

Schedule F does not include certain reserves for potential unliquidated contingencies that historically were carried on the Debtors' books as of the Petition Date; such reserves were for potential liabilities only and do not represent actual liabilities as of the Petition Date.

The claims listed in Schedule F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. Although commercially reasonable efforts have been made to identify the date of incurrence of each claim, determining the date upon which each claim in Schedule F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each claim listed on Schedule F.

Schedule F contains information regarding potential and pending litigation involving the Debtors. In certain instances, the Debtor that is the subject of the litigation is unclear or undetermined. To the extent that litigation involving a particular Debtor has been identified, however, such information is contained in the Schedule for that Debtor.

Schedule F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of an executory contract or unexpired lease. In addition, Schedule F does not include rejection damage claims of the counterparties to the executory contracts and unexpired leases that have been or may be rejected, to the extent such damage claims exist.

Except in certain limited circumstances, the Debtor has not scheduled contingent and unliquidated liabilities related to guaranty obligations on Schedule F. Such guaranties are, instead, listed on Schedule G.

The claims of individual creditors for, among other things, goods, services, or taxes listed on the Debtors' books and records may not reflect credits or allowances due from such creditors. The Debtors reserve all of their rights in respect of such credits or allowances. The dollar amounts listed may be exclusive of contingent or unliquidated amounts.

Unless the Debtor were required to pay ancillary costs, such as freight, miscellaneous fees and taxes, such costs are not included in the liabilities scheduled, as such amounts do not represent actual liabilities of the Debtor.

MEC Pennsylvania Racing Services Inc.
Case Number: 09 12091

Exhibit F-1
Trade and Pari-mutuel Payables

| Creditor Name | Settlement Agent | Address | City | State | Zip | Description | C | U | D | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Commonwealth of Pennsylvania | | | | | | | | | | $ 24,352.00 |
| Arima Race Track | SANTA ROSA PARK | CHURCHILL ROOSEVELT HIGHWAY | ARIMA, TRINIDAD W.I. | | | Intertrack Simulcasting Settlement | | | | 2,578.67 |
| Arlington Park | CHURCHILL DOWNS | 700 CENTRAL AVENUE | LOUISVILLE | KY | 40208 | Intertrack Simulcasting Settlement | | | | 41,314.29 |
| Atlantic City | PHILADELPHIA PARK | PO BOX 1000 STREET ROAD | BEN SALEM | PA | 19020 | Intertrack Simulcasting Settlement | | | | 1,944.07 |
| Atlantis Resort | LAS VEGAS | 3555 WEST RENO AVENUE | LAS VEGAS | NV | 89118 | Intertrack Simulcasting Settlement | | | | 1,212.70 |
| Balmoral Park | | 26435 SOUTH DIXIE HIGHWAY | CRETE | IL | 60417 | Intertrack Simulcasting Settlement | | | | 5,512.62 |
| Barrie Raceway IVR | WOODBINE ENTRTNMNT GRP | 555 REXDALE BOULEVARD | REXDALE | ON | M9W 5L2 | Intertrack Simulcasting Settlement | | | | 98.29 |
| Batavia Downs | | 700 ELLICOTT STREET | BATAVIA | NY | 14020 | Intertrack Simulcasting Settlement | | | | 2,355.13 |
| Belmont Park | NYRA | PO BOX 169 | JAMAICA | NY | 11417 | Intertrack Simulcasting Settlement | | | | 58,505.11 |
| Borgata | MOROWITZ & COMPANY | 248 S. NEW YORK ROAD | GALLOWAY TOV NJ | | 08205 | Intertrack Simulcasting Settlement | | | | 638.32 |
| Cal Expo | LOS ALAMITOS | 4961 KATELLA AVENUE | LOS ALAMITOS | CA | 90720 | Intertrack Simulcasting Settlement | | | | 1,480.93 |
| California Fairs | | 1776 TRIBUTE RD - SUITE 150 | SACRAMENTO | CA | 95815 | Intertrack Simulcasting Settlement | | | | 10,717.53 |
| Cambridge OTB | OCEAN DOWNS | PO BOX 11 | BERLIN | MD | 21811 | Intertrack Simulcasting Settlement | | | | 99.33 |
| Canterbury Park | | 1100 CANTERBURY ROAD | SHAKOPEE | MN | 55379 | Intertrack Simulcasting Settlement | | | | 10,218.04 |
| Catskill OTB | | PARK PLACE | POMONA | NY | 10970 | Intertrack Simulcasting Settlement | | | | 3,260.99 |
| Charlestown | PENN NATIONAL | PO BOX 32 - ROUTE 743 | GRANTSVILLE | PA | 17028 | Intertrack Simulcasting Settlement | | | | 11,558.86 |
| Churchill Downs | | 700 CENTRAL AVENUE | LOUISVILLE | KY | 40208 | Intertrack Simulcasting Settlement | | | | 76,575.72 |
| Colonial Downs | | 10515 COLONIAL DOWNS PARKWAY | NEW KENT | VA | 23124 | Intertrack Simulcasting Settlement | | | | 273.75 |
| Connaught Park | HIPPODROM MONTREAL | 7440 BLVD DECARIE | MONTREAL | QUEBI H4P 2H1 | | Intertrack Simulcasting Settlement | | | | 54.70 |
| Connecticut OTB Acct Wagering | CONNECTICUT OTB | 600 LONG WHARF | NEW HAVEN | CT | 06511 | Intertrack Simulcasting Settlement | | | | 483.91 |
| Cornwall Off-Track | RIDEAU CARLTON | 4837 ALLBION ROAD | GLOUCESTER | ON | K1X 1A3 | Intertrack Simulcasting Settlement | | | | 1,509.83 |
| Dania Jai Alai | POMPANO PARK | PO BOX MP | OCEANPORT | NJ | 07757 | Intertrack Simulcasting Settlement | | | | 40.16 |
| Delaware Park | | 777 DELAWARE PARK BOULEVARD | WILMINGTON | DE | 19804 | Intertrack Simulcasting Settlement | | | | 1,883.63 |
| Dover Downs | LEWISTON RACEWAY | 729 MAIN STREET | LEWISTON | ME | 04240 | Intertrack Simulcasting Settlement | | | | 1,320.12 |
| Dresden IVR | WOODBINE ENTRTNMNT GRP | 555 REXDALE BOULEVARD | REXDALE | ON | M9W 5L2 | Intertrack Simulcasting Settlement | | | | 204.97 |
| Elite Turf Club | LAS VEGAS | 3555 WEST RENO AVENUE | LAS VEGAS | NV | 89118 | Intertrack Simulcasting Settlement | | | | 24,241.07 |
| Elmira IVR | WOODBINE ENTRTNMNT GRP | 555 REXDALE BOULEVARD | REXDALE | ON | M9W 5L2 | Intertrack Simulcasting Settlement | | | | 2,344.43 |
| Empress OTB | | 26435 SOUTH DIXIE HIGHWAY | CRETE | IL | 60417 | Intertrack Simulcasting Settlement | | | | 5,094.34 |
| Evergreen Park | | PO BOX 1480 | EDMONTON, ALI CANAI T5J 2N5 | | | Intertrack Simulcasting Settlement | | | | 1,103.00 |
| Fair Meadows | | PO BOX 488 | LA MARQUE | TX | 77568 | Intertrack Simulcasting Settlement | | | | 369.75 |
| Fairgrounds | | PO BOX 52529 | NEW ORLEANS | LA | 70152 | Intertrack Simulcasting Settlement | | | | 16,433.80 |
| Finger Lakes | | RT 96 & BEAVER CREEK ROAD | FARMINGTON | NY | 14425 | Intertrack Simulcasting Settlement | | | | 9,104.98 |
| Georgian Downs | | 7495 5TH SIDE ROAD | INNISFIL | ON | L9S 3S1 | Intertrack Simulcasting Settlement | | | | 3,764.04 |
| Golden Gate Fields | | PO BOX 6027 | ALBANY | CA | 94706 | Intertrack Simulcasting Settlement | | | | 43,976.50 |
| Greenwood Racetrack | WOODBINE ENTRTNMNT GRP | 555 REXDALE BOULEVARD | REXDALE | ON | M9W 5L2 | Intertrack Simulcasting Settlement | | | | 112.99 |
| Hanover IVR | WOODBINE ENTRTNMNT GRP | 555 REXDALE BOULEVARD | REXDALE | ON | M9W 5L2 | Intertrack Simulcasting Settlement | | | | 1.83 |
| Harrington Live | LEWISTON RACEWAY | 729 MAIN STREET | LEWISTON | ME | 04240 | Intertrack Simulcasting Settlement | | | | 21,753.43 |
| Hawthorne | | 3501 SOUTH LARAMIE AVENUE | STICKNEY/CICEIL IL | | 60804 | Intertrack Simulcasting Settlement | | | | 58,617.47 |
| Hazel Park | | 831 NORTH FEDERAL HIGHWAY | HALLANDALE | FL | 33009 | Intertrack Simulcasting Settlement | | | | 4,855.61 |
| Hippodrome Montreal | | 7440 BLVD DECARIE | MONTREAL | QUEBI H4P 2H1 | | Intertrack Simulcasting Settlement | | | | 2,116.30 |
| Hippodrome Quebec | HIPPODROM MONTREAL | 7440 BLVD DECARIE | MONTREAL | QUEBI H4P 2H1 | | Intertrack Simulcasting Settlement | | | | 1,348.96 |
| Hoosier Park | CHURCHILL DOWNS | 700 CENTRAL AVENUE | LOUISVILLE | KY | 40208 | Intertrack Simulcasting Settlement | | | | 9,478.56 |
| Indiana Live | | 4200 N. MICHIGAN ROAD | SHELBYVILLE | IN | 46176 | Intertrack Simulcasting Settlement | | | | 13,063.62 |
| Indianapolis OTB | CHURCHILL DOWNS | 700 CENTRAL AVENUE | LOUISVILLE | KY | 40208 | Intertrack Simulcasting Settlement | | | | 811.91 |
| Laurel Park | | P O BOX 130 | LAUREL | MD | 20725 | Intertrack Simulcasting Settlement | | | | 4,374.96 |
| Lien Games Inc. | TRACKNET MEDIA GROUP | 1941 BISHOP LANE - SUITE 800 | LOUISVILLE | KY | 40218 | Intertrack Simulcasting Settlement | | | | 15,859.66 |
| Lone Star | | 1000 LONE STAR PARK | GRAND PRAIRIE | TX | 75050 | Intertrack Simulcasting Settlement | | | | 2,246.96 |
| Louisiana Downs | | PO BOX 5519 | BOSSIER CITY | LA | 71171 | Intertrack Simulcasting Settlement | | | | 55,538.43 |
| Meadowlands | MEADOWLANDS | 50 STATE ROUTE 120 | EAST RUTHERF! NJ | | 07073 | Intertrack Simulcasting Settlement | | | | 12,469.44 |
| Mohawk Park | WOODBINE ENTRTNMNT GRP | 555 REXDALE BOULEVARD | REXDALE | ON | M9W 5L2 | Intertrack Simulcasting Settlement | | | | 4,590.82 |
| Monmouth Park | MEADOWLANDS | 50 STATE ROUTE 120 | EAST RUTHERF! NJ | | 07073 | Intertrack Simulcasting Settlement | | | | 30,342.51 |
| Monticello Raceway | | PO BOX 5013 | MONTICELLO | NY | 12701 | Intertrack Simulcasting Settlement | | | | 34,185.71 |
| Mountaineer Park | | PO BOX 358 | CHESTER | WV | 26034 | Intertrack Simulcasting Settlement | | | | 24,420.70 |
| Northville Downs | | 301 SOUTH CENTER STREET | NORTHVILLE | MI | 48167 | Intertrack Simulcasting Settlement | | | | 946.18 |
| Oakbrook Terrace OTB | | 26435 SOUTH DIXIE HIGHWAY | CRETE | IL | 60417 | Intertrack Simulcasting Settlement | | | | 2,468.46 |
| Ocean Downs | | PO BOX 11 | BERLIN | MD | 21811 | Intertrack Simulcasting Settlement | | | | 754.02 |
| Ohio Thoroughbreds | BET PAD | PO BOX 1104 | GROVE CITY | OH | 43123 | Intertrack Simulcasting Settlement | | | | 4,032.49 |
| Palm Beach Kennel Club | POMPANO PARK | PO BOX MP | OCEANPORT | NJ | 07757 | Intertrack Simulcasting Settlement | | | | 8,081.86 |
| Penn National | | PO BOX 32 - ROUTE 743 | GRANTSVILLE | PA | 17028 | Intertrack Simulcasting Settlement | | | | 22,206.72 |
| Philadelphia | PHILADELPHIA PARK | PO BOX 1000 STREET ROAD | BEN SALEM | PA | 19020 | Intertrack Simulcasting Settlement | | | | 28,059.65 |
| Pimlico | | PO BOX 130 | LAUREL | MD | 20725 | Intertrack Simulcasting Settlement | | | | 162,751.70 |
| Plainridge | | PO BOX 1568 | PLAINVILLE | Mary A 02762 | | Intertrack Simulcasting Settlement | | | | 26,659.60 |
| Pompano Park | POMPANO PARK | PO BOX MP | OCEANPORT | NJ | 07757 | Intertrack Simulcasting Settlement | | | | 3,285.78 |
| Portland Meadows | | 1001 NORTH SCHMEER ROAD | PORTLAND | OR | 97217 | Intertrack Simulcasting Settlement | | | | 27,242.44 |
| Quinte IVR | WOODBINE ENTRTNMNT GRP | 555 REXDALE BOULEVARD | REXDALE | ON | M9W 5L2 | Intertrack Simulcasting Settlement | | | | 473.47 |
| Red Mile | | PO BOX 420 | LEXINGTON | KY | 40588 | Intertrack Simulcasting Settlement | | | | 46,383.91 |
| Richmond South | COLONIAL DOWNS | 10515 COLONIAL DOWNS PARKWAY | NEW KENT | VA | 23124 | Intertrack Simulcasting Settlement | | | | 3,598.67 |
| Rideau Carleton | | 4837 ALLBION ROAD | GLOUCESTER | ON | K1X 1A3 | Intertrack Simulcasting Settlement | | | | 7,652.76 |
| Rideau IVR | WOODBINE ENTRTNMNT GRP | 555 REXDALE BOULEVARD | REXDALE | ON | M9W 5L2 | Intertrack Simulcasting Settlement | | | | 544.36 |
| Rosecroft | | 6336 ROSECROFT DRIVE | FORT WASHING MD | | 20744 | Intertrack Simulcasting Settlement | | | | 418.73 |
| Royal River Racing | LEWISTON RACEWAY | 729 MAIN STREET | LEWISTON | ME | 04240 | Intertrack Simulcasting Settlement | | | | 5,113.53 |
| Running Aces Harness | | 15201 ZURICH STREET | COLUMBUS | MN | 55025 | Intertrack Simulcasting Settlement | | | | 977.41 |
| Santa Anita | | P O BOX 60014 | ARCADIA | CA | 91066-6014 | Intertrack Simulcasting Settlement | | | | 147,055.50 |
| Scarborough Downs | | PO BOX 468 | SCARBOROUGH ME | | 04074 | Intertrack Simulcasting Settlement | | | | 16,414.88 |
| Scioto Downs | | 6000 SOUTH HIGH STREET | COLUMBUS | OH | 43207 | Intertrack Simulcasting Settlement | | | | 881.36 |
| Suffolk Downs | | 111 WALDEMAR AVENUE | EAST BOSTON | MA | 02128 | Intertrack Simulcasting Settlement | | | | 10,515.96 |
| Sunland Park | | 1200 FUTURITY DRIVE | SUNLAND PARK NM | | 88063 | Intertrack Simulcasting Settlement | | | | 28,107.66 |
| Tampa Bay | | PO BOX 2007 | OLDSMAR | FL | 34677 | Intertrack Simulcasting Settlement | | | | 3,431.85 |
| TBC Teletheatres AA | | 600 QUEBEC STREET | PRINCE GEORG BC | | V2L 1W7 | Intertrack Simulcasting Settlement | | | | 576.34 |
| Tioga Downs | | PO BOX 860 | VERNON | NY | 13476 | Intertrack Simulcasting Settlement | | | | 404.83 |
| Tonkowa Bingo | LAS VEGAS | 3555 WEST RENO AVENUE | LAS VEGAS | NV | 89118 | Intertrack Simulcasting Settlement | | | | 0.28 |
| Tropicana | MOROWITZ & COMPANY | 248 S. NEW YORK ROAD | GALLOWAY TOV NJ | | 08205 | Intertrack Simulcasting Settlement | | | | 2,369.05 |
| Trump Marina | MOROWITZ & COMPANY | 248 S. NEW YORK ROAD | GALLOWAY TOV NJ | | 08205 | Intertrack Simulcasting Settlement | | | | 168.40 |
| Washington Off - Tracks | NORTHWEST RACING ASSOC | PO BOX 617 | AUBURN | WA | 98071 | Intertrack Simulcasting Settlement | | | | 91.13 |
| Web Phonebet | HIPPODROM MONTREAL | 7440 BLVD DECARIE | MONTREAL | QUEBI H4P 2H1 | | Intertrack Simulcasting Settlement | | | | 110.41 |
| Western Fair | | PO BOX 7550 | LONDON | ON | N5Y 5P8 | Intertrack Simulcasting Settlement | | | | 682.62 |
| Will Rogers Downs | | 20900 S 4200 ROAD | CLARMORE | OK | 74017 | Intertrack Simulcasting Settlement | | | | 1,692.44 |
| Woodbine IVR | WOODBINE ENTRTNMNT GRP | 555 REXDALE BOULEVARD | REXDALE | ON | M9W 5L2 | Intertrack Simulcasting Settlement | | | | 1,569.45 |
| Yonkers | | 810 CENTRAL AVENUE | YONKERS | NY | 10704 | Intertrack Simulcasting Settlement | | | | 3,597.36 |
| XpressBet | | 200 Racetrack Road | Washington | PA | 15301 | Account Wagering Activity Settelement | | | | $ 22,225.11 |
| Magna Entertainment Corp | | 455 Magna Drive | Aurora | ONT | L4G 7A9 | Intercompany Account Activity | | | | $ 993,983.66 |
| MI Racing Inc. | | 455 Magna Drive | Aurora | ONT | L4G 7A9 | Intercompany Account Activity | | | | $ 71,008.46 |

**MEC Pennsylvania Racing Services Inc.**
Case Number: 09 12091

Exhibit F-1
Trade and Pari-mutuel Payables

| Creditor Name | Settlement Agent | Address | City | State | Zip | Description | C | U | D | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| ABCO FIRE PROTECTION, INC. | | P.O. Box 2530 | Pittsburgh | PA | 15230-2530 | Accounts Payble balance | | | | $1,028.27 |
| Ace Tire & Parts Inc. | | 1101 Fourth Ave. | Coraopolis | PA | 15108 | Accounts Payble balance | | | | $41,325.75 |
| AIKEN REFUSE, INC. | | 615 KATE HOUK ROAD | NEW CASTLE | PA | 16101 | Accounts Payble balance | | | | $814.98 |
| AIR SCIENCE CONSULT, INC. | | 347 PRIESTLEY ROAD | BRIDGEVILLE | PA | 15017 | Accounts Payble balance | | | | $26.66 |
| ALLEGHENY POWER | | 800 CABIN HILL DRIVE | GREENSBURG | PA | 15606 | Accounts Payble balance | | | | $18,597.04 |
| ALL PRO CHAMPIONSHIPS, INC. | | 2541 HOLLOWAY ROAD | LOUISVILLE | KY | 40299 | Accounts Payble balance | | | | $227.60 |
| AMERICAN TELETIMER CORPORATION | | 1167 GLOBE AVENUE | MOUNTAINSIDE | NJ | 07092 | Accounts Payble balance | | | | $1,750.00 |
| AMTOTE INTERNATIONAL, INC. | | PO Box 791329 | Baltimore | MD | 21279-1329 | Accounts Payble balance | | | | $32,188.92 |
| ANDREWS, TODD JAY | | 801 SUGAR RUN ROAD | EIGHTY FOUR | PA | 15330 | Accounts Payble balance | | | | $400.00 |
| ANTHONY'S ORIGINAL | | 923 FIFTH AVENUE | CORAOPOLIS | PA | 15108 | Accounts Payble balance | | | | $386.30 |
| AON REED STENHOUSE INC. | | | | | | Accounts Payble balance | | | | $9,000.83 |
| A RENT & EVENT COMPANY | | 1005 PITTSBURGH ST | CHESWICK | PA | 15024 | Accounts Payble balance | | | | $160.50 |
| AUTOMATIC DATA PROCESSING | | P. O. Box 9001006 | Louisville | KY | 40290-1006 | Accounts Payble balance | | | | $1,203.40 |
| AUTOTOTE SYSTEMS | | P.O. BOX 15499 | NEWARK | NJ | 071950469 | Accounts Payble balance | | | | $4,073.40 |
| Bargerstock, Brandi | | 1524 Sherman St. | Cheswick | PA | 15024 | Accounts Payble balance | | | | $80.00 |
| BISHOP, DOUG | | 484 RIDGE ROAD | MC DONALD | PA | 15057 | Accounts Payble balance | | | | $1,449.00 |
| Office Max Contract Inc. | | PO Box 79515 | City Of Industry | CA | 91716-9515 | Accounts Payble balance | | | | $47.09 |
| Bowman, Larry | | 118 West Union Station Road | Sycamore | PA | 15364 | Accounts Payble balance | | | | $200.00 |
| BOYLES, JEFFERY | | 545 ENGLISH AVENUE | NEW CASTLE | PA | 16101 | Accounts Payble balance | | | | $80.00 |
| B & P LOCKSMITHS | | 160 CLAIRTON BOULEVARD | PLEASANT HILL | PA | 15236 | Accounts Payble balance | | | | $341.06 |
| BRIGGS TIRE SERVICE, LLC. | | 785 BAKER HILL ROAD | WASHINGTON | PA | 15301 | Accounts Payble balance | | | | $485.48 |
| BRINK'S INCORPORATED. | | 1583 MOMENTUM PLACE | CHICAGO | IL | 60669-5315 | Accounts Payble balance | | | | $2,198.22 |
| BROSS, STEPHANIE | | 1905 MONTOUR ST. | CORAOPOLIS | PA | 15108 | Accounts Payble balance | | | | $82.53 |
| BROWNING-FERRIS INDUSTRIES | | PITTSBURGH DIST 441 | BALTIMORE | MD | 21283-0124 | Accounts Payble balance | | | | $1,517.39 |
| BUTZ FLOWERS, INC. | | 120 E. WASHINGTON STREET | NEW CASTLE | PA | 16101 | Accounts Payble balance | | | | $123.49 |
| CARDELLO ELECTRIC SUPPLY CO. | | 701 NORTH POINT DRIVE | PITTSBURGH | PA | 152332193 | Accounts Payble balance | | | | $26.36 |
| CELLONE'S BAKERY | | P.O. Box 16288 | PITTSBURGH | PA | 15242 | Accounts Payble balance | | | | $228.02 |
| CGI INTERNATIONAL, LLC. | | 1215 HENERSCAN AVENUE | WASHINGTON | PA | 15301 | Accounts Payble balance | | | | $20.50 |
| CHESWICK FLORAL | | CHESWICK SHOPPING CENTER | CHESWICK | PA | 15024 | Accounts Payble balance | | | | $105.46 |
| CINTAS CORPORATION | | 40 ABELE RD | BRIDGEVILLE | PA | 15017 | Accounts Payble balance | | | | $255.79 |
| CLEANCARE | | 5167 & AVRR | PITTSBURGH | PA | 15201 | Accounts Payble balance | | | | $369.15 |
| COLUMBIA GAS OF PA, INC. | | P.O. Box 9001846 | Louisville | KY | 40290-1846 | Accounts Payble balance | | | | $934.12 |
| COMCAST CABLE | | PO Box 3001 | Southeastern | PA | 19398 | Accounts Payble balance | | | | $5,713.06 |
| Controlled Climate Systems, Inc. | | 577 West Pike St. | Canonsburg | PA | 15317 | Accounts Payble balance | | | | $1,727.34 |
| Couse, Rebecca E. | | 424 RUSSELLWOOD AVE. | MCKEES ROCKS | PA | 15136 | Accounts Payble balance | | | | $80.00 |
| DAILY RACING FORM LLC | | 1200 WALNUT BOTTOM ROAD | CARLISLE | PA | 17015 | Accounts Payble balance | | | | $8,939.80 |
| DICAPRIO CARPET CLEANING, INC. | | P O BOX 6059 | NEW CASTLE | PA | 16107 | Accounts Payble balance | | | | $2,713.43 |
| DIRECTV, INC. | | P.O. BOX 60036 | LOS ANGELES | CA | 900600036 | Accounts Payble balance | | | | $37.09 |
| DOMINION PEOPLES | | P O BOX 26784 | RICHMOND | VA | 232616784 | Accounts Payble balance | | | | $1,841.65 |
| DUQUESNE LIGHT COMPANY | | BOX 10 | PITTSBURGH | PA | 152300010 | Accounts Payble balance | | | | $7,715.05 |
| ECOLAB | | P.O. BOX 905327 | CHARLOTTE | NC | 282905327 | Accounts Payble balance | | | | $125.39 |
| Ecolab Pest Elimination Division | | P.O. Box 6007 | Grand Forks | ND | 58206 | Accounts Payble balance | | | | $760.42 |
| THE ELECTRIC & WATT NOT SHOP | | 955 WEST PIKE ST | MEADOW LAND | PA | 15347 | Accounts Payble balance | | | | $39.60 |
| EMS SPECIALTY EQUIPMENT | | 412 LINCOLN HIGHWAY WEST | JEANETTE | PA | 15644 | Accounts Payble balance | | | | $462.16 |
| ENGINEERED COMMUNICATIONS INC | | 1610 POTOMAC AVENUE | PITTSBURGH | PA | 15216 | Accounts Payble balance | | | | $37.45 |
| EQUIBASE COMPANY LLC | | 821 CORPORATE DRIVE | LEXINGTON | KY | 405032794 | Accounts Payble balance | | | | $977.20 |
| EQUIPMENT SERVICE PLUS | | 2708 NILES ST. | PITTSBURGH | PA | 15203 | Accounts Payble balance | | | | $342.00 |
| EQUITABLE GAS | | PO BOX 371620 | PITTSBURGH | PA | 15250-7620 | Accounts Payble balance | | | | $908.17 |
| FEDERAL EXPRESS CORPORATION | | P O BOX 371461 | PITTSBURGH | PA | 152507461 | Accounts Payble balance | | | | $441.25 |
| Ford Business Machine Inc. | | 29 Ladys Lane | Uniontown | PA | 15401 | Accounts Payble balance | | | | $735.50 |
| FSN PITTSBURGH | | 5483 COLLECTION CENTER DRIVE | CHICAGO | IL | 60693 | Accounts Payble balance | | | | $34.00 |
| GENERAL WINDOW CLEANING | | 101 EAST SEVENTH AVENUE | HOMESTEAD | PA | 15120 | Accounts Payble balance | | | | $154.51 |
| GM ELECTRIC | | 61 OAKMONT STREET | IRWIN | PA | 15642 | Accounts Payble balance | | | | $15,220.44 |
| GOODWIN, COURTNEY | | 123 JAROD DRIVE | MOON TWP. | PA | 15108 | Accounts Payble balance | | | | $53.46 |
| GRAND CURCUIT, INC. | | 750 Michigan Avenue | Columbus | OH | 43215 | Accounts Payble balance | | | | $500.00 |
| GRECO GAS & WELDING SUPPLIES | | 200 SOUTH MAIN STREET | TARENTUM | PA | 150840349 | Accounts Payble balance | | | | $29.85 |
| HAMBLETONIAN SOCIETY, THE | | 109 SOUTH MAIN STREET | CRANBURY | NJ | 08512 | Accounts Payble balance | | | | $1,100.00 |
| HAPCHUCK, INC. | | 226 RANKIN ROAD | WASHINGTON | PA | 153013182 | Accounts Payble balance | | | | $190.00 |
| HARMAR WATER AUTHORITY | | 200 PEARL AVENUE | CHESWICK | PA | 15024 | Accounts Payble balance | | | | $130.00 |
| HOME CITY ICE CO. | | 718 GULF LAB RD EXT | CHESWICK | PA | 15024 | Accounts Payble balance | | | | $70.00 |
| Imm, Sara | | 129 ORR AVE. | CHESWICK | PA | 15024 | Accounts Payble balance | | | | $50.00 |
| Information Works Inc. | | 2323 Settrelin Drive | Columbus | OH | 43228 | Accounts Payble balance | | | | $1,010.08 |
| INTERNATIONAL SOUND CORPORATION | | 7130 MILFORD INDUSTRIAL RD | PIKESVILLE | MD | 21208 | Accounts Payble balance | | | | $1,000.00 |
| INTERNATIONAL SOUND CORPORATION | | 7130 MILFORD INDUST ROAD | PIKESVILLE | MD | 21208 | Accounts Payble balance | | | | $5,955.61 |
| INTERSTATE CONTRACTORS SUPPLY CO | | P O BOX 338 | MEADOW LANDS | PA | 15347 | Accounts Payble balance | | | | $20.14 |
| J & R UPSOLSTERY AND BLINDS INC. | | 453 DAVIDSON RD. R-7 | PLUM | PA | 15239-1781 | Accounts Payble balance | | | | $238.81 |
| KEYSTONE HARNESS, INC. | | P.O. BOX 402 | MEADOW LANDS | PA | 15347 | Accounts Payble balance | | | | $51.00 |
| KOOL KLEEN INC | | P.O. BOX 67 | MURRYSVILLE | PA | 156680087 | Accounts Payble balance | | | | $56.18 |
| LEGAL TAX SERVICE INC. | | P.O. BOX 10060 | PITTSBURGH | PA | 152360060 | Accounts Payble balance | | | | $539.75 |
| LESLIE, ROSEMARIE | | 118 FRANCIS DRIVE | DARLINGTON | PA | 16115 | Accounts Payble balance | | | | $79.33 |
| LIBERTY LUMBER, INC. | | 311 ADAMS AVENUE | CANONSBURG | PA | 15317 | Accounts Payble balance | | | | $21.33 |
| LOWE'S HOME CENTERS, INC. | | PO Box 350954 | ATLANTA | GA | 30353-0954 | Accounts Payble balance | | | | $2,476.09 |
| McKenzie, Katherine | | 20 MONTGOMERY AVE. | NEW CASTLE | PA | 16101 | Accounts Payble balance | | | | $50.00 |
| MILLER PLUMBING HEATING COOLING, LLC | | 3131 Library Road | PITTSBURGH | PA | 15234 | Accounts Payble balance | | | | $490.00 |
| M & M UNIFORMS, INC. | | 427 RAILROAD STREET | BRIDGEVILLE | PA | 15017 | Accounts Payble balance | | | | $2,050.45 |
| MOON TOWNSHIP MUNICIPAL AUTHORIT | | 1700 BEAVER GRADE ROAD | MOON TOWNSHIP | PA | 151083193 | Accounts Payble balance | | | | $605.72 |
| ST. MORITZ SECURITY | | 4600 CLAIRTON BOULEVARD | PITTSBURGH | PA | 15236 | Accounts Payble balance | | | | $608.00 |
| MURPHY FAMILY, INC. | | 585 E. NATIONAL PIKE | WASHINGTON | PA | 15301 | Accounts Payble balance | | | | $107.90 |
| NexTier Armored Services | | PO Box 1512 | Butler | PA | 16003-1515 | Accounts Payble balance | | | | $537.05 |
| OAKMONT WATER AUTHORITY | | P.O. BOX 73 | OAKMONT | PA | 15139 | Accounts Payble balance | | | | $270.88 |
| OAKMONT BAKERY INC. | | 531 ALLEGHENY AVENUE | OAKMONT | PA | 15139 | Accounts Payble balance | | | | $96.00 |
| O'CONNOR, JOHN J. | | 106 TOPAZ DRIVE | VERONA | PA | 151472736 | Accounts Payble balance | | | | $500.00 |
| Office Depot | | 2200 Old Germantown Road | Delray Beach | FL | 33445 | Accounts Payble balance | | | | $1,315.65 |
| Office Max | | P.O. BOX 100705 | ATLANTA | GA | 30392-1705 | Accounts Payble balance | | | | $404.63 |
| PA AMERICAN WATER COMPANY | | P.O. BOX 371412 | PITTSBURGH | PA | 152507412 | Accounts Payble balance | | | | $10,492.35 |
| Pacific Racing Association | | Po Box 60014 | Arcadia | CA | 91006-6014 | Accounts Payble balance | | | | $1,250.00 |
| PA DEPARTMENT OF REVENUE | | BUREAU O F IMAGE & DOC. MANAGE | HARRISBURG | PA | 17128-0408 | Accounts Payble balance | | | | $570.81 |
| PATTYN COMPUTER SERVICES | | 785 PINE VALLEY DRIVE | PITTSBURGH | PA | 15239 | Accounts Payble balance | | | | $1,399.61 |
| PENN FIXTURE & SUPPLY COMPANY | | 2800 PENN AVE. | PITTSBURGH | PA | 15222 | Accounts Payble balance | | | | $547.76 |
| PENNSYLVANIA POWER CO. | | P O BOX 3687 | AKRON | OH | 44309-3687 | Accounts Payble balance | | | | $10,846.26 |
| PITTSBURGH SPORTS REPORT | | RIDC RIVERPLACE | DUQUESNE | PA | 15110-1151 | Accounts Payble balance | | | | $2,000.00 |
| POSEIDON WATER SYSTEMS | | 211 OVERLOOK DRIVE | SEWICKLEY | PA | 15143 | Accounts Payble balance | | | | $127.73 |
| PREMIER TELEPHONY SOLUTIONS | | 2489 MORTON RD | PITTSBURGH | PA | 15241 | Accounts Payble balance | | | | $280.00 |
| PRIMO DISTRIBUTORS, INC. | | P.O. BOX 16288 | PITTSBURGH | PA | 15242 | Accounts Payble balance | | | | $115.02 |
| PSX, INC. | | 708 TERMINAL WAY | KENNETT SQUA | PA | 19348 | Accounts Payble balance | | | | $7,830.22 |
| RENAISSANCE NEWS, INC. | | 165 CURRY HOLLOW RD | PITTSBURGH | PA | 15236 | Accounts Payble balance | | | | $6,599.67 |
| RINCON-VITOVA INSECTARIES, INC. | | P O BOX 1555 | VENTURA | CA | 93002 | Accounts Payble balance | | | | $520.92 |

MEC Pennsylvania Racing Services Inc.
Case Number: 09 12001

Exhibit F-1
Trade and Part-mutuel Payables

| Creditor Name | Settlment Agent | Address | City | State | Zip | Description | C | U | D | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| ROBERTS COMMUNICATIONS NETWORK, | | 4175 CAMERON ST | LAS VEGAS | NV | 891033772 | Accounts Payble balance | | | | $34,540.24 |
| ROSS MAINTENANCE PRODUCTS CO. | | 1620 HOMESTEAD RD | VERONA | PA | 15147 | Accounts Payble balance | | | | $451.41 |
| SANI-AIR SERVICE | | PO BOX 6 | GLENSHAW | PA | 15116 | Accounts Payble balance | | | | $242.36 |
| SCIULLI, JIM | | 320 EDGEWOOD DRIVE | PITTSBURGH | PA | 15221 | Accounts Payble balance | | | | $270.00 |
| Selter, Eric P. | | 3156 Bradbury Drive | Aliquippa | PA | 15001 | Accounts Payble balance | | | | $400.00 |
| SHIPMAN'S SANITARY SERVICE INC | | 285 S. East St. | Waynesburg | PA | 15370-1963 | Accounts Payble balance | | | | $420.00 |
| SHRED-IT | | 16 Commerce Drive | Pittsburgh | PA | 15239 | Accounts Payble balance | | | | $58.00 |
| SMAIL-KASZUBSKI, AMY | | 914 9TH ST. | WEST LEECHBU | PA | 15656 | Accounts Payble balance | | | | $100.00 |
| SMITHS AUTO SUPPLY | | 175 MCCARRELL AVE. | WASHINGTON | PA | 15301 | Accounts Payble balance | | | | $105.97 |
| SPECTRUM AUDIO PRODUCTIONS | | 3016 UNIONVILLE ROAD | CRANBERRY TW | PA | 16066 | Accounts Payble balance | | | | $400.00 |
| STERATORE SANITARY SUPPLY, INC | | P.O. BOX 96 | WASHINGTON | PA | 15301 | Accounts Payble balance | | | | $686.54 |
| STERICYCLE, INC. | | P O BOX 9001590 | LOUISVILLE | KY | 402901590 | Accounts Payble balance | | | | $360.60 |
| THE DRAFT DOCTOR INC. | | PO BOX 47 | KITANNING | PA | 16201 | Accounts Payble balance | | | | $63.60 |
| THOMAS, JOHN | | 615 McKinley Ave. | Washington | PA | 15301 | Accounts Payble balance | | | | $469.26 |
| TOMSIC MOTOR COMPANY | | 150 RACE TRACK ROAD | WASHINGTON | PA | 15301 | Accounts Payble balance | | | | $918.28 |
| TOTAL SYSTEMS CONTROL | | 1002 OAK ST. | LARGE | PA | 15025 | Accounts Payble balance | | | | $136.96 |
| Abel Fire Protection Inc. | | 708 Carriage Drive | Wexford | PA | 15090 | Accounts Payble balance | | | | $759.00 |
| Deans Water Service Inc. | | 950 Jessop Place | Washington | PA | 15301 | Accounts Payble balance | | | | $42.00 |
| Desimone, Jessica | | 228 FRONT 19TH AVE, | MUNHALL | PA | 15120 | Accounts Payble balance | | | | $22.25 |
| Dirusso's Sausage, Inc. | | 1035 W. Rayen Avenue | Youngstown | OH | 44502 | Accounts Payble balance | | | | $108.00 |
| Fastenal Company | | P.O. Box 978 | Winona | MN | 55987 | Accounts Payble balance | | | | $82.67 |
| Jackson Welding Supply Co. Inc | | 1421 West Carson Street | Pittsburgh | PA | 15219 | Accounts Payble balance | | | | $83.50 |
| JD Engraving & Awards Inc. | | 143 McClelland Rd. | Canonsburg | PA | 15317 | Accounts Payble balance | | | | $899.68 |
| Lighthouse Electric Company | | 1957 Route 519 South | Canonsburg | PA | 15317 | Accounts Payble balance | | | | $1,052.50 |
| The Pepsi Bottling Group | | P.O. Box 75948 | Chicago | IL | 60675 | Accounts Payble balance | | | | $1,253.22 |
| Ideas and Answers LLC | | Po Box 640814 | Cincinnati | OH | 45264 | Accounts Payble balance | | | | $918.85 |
| Safe and Secure Inc. | | PO Box 6007 | Carol Stream | IL | 60197-6007 | Accounts Payble balance | | | | $425.00 |
| New Castle Shop N Save | | 2016 West State Street | New Castle | PA | 16101 | Accounts Payble balance | | | | $54.82 |
| David Tavormina | | 1071 Paintertown Road | North Huntingdon | PA | 15642 | Accounts Payble balance | | | | $600.00 |
| Uniform USA | | c/o Crestmark | Troy | MI | 48007-5935 | Accounts Payble balance | | | | $258.56 |
| Warburton, Darla | | 4528 SALTZBURG RD, REAR | MURRYSVILLE | PA | 15668 | Accounts Payble balance | | | | $50.00 |
| TUDI MECHANICAL SYSTEMS, INC. | | 343 MUNSON AVENUE | MCKEES ROCKS | PA | 15136 | Accounts Payble balance | | | | $3,301.00 |
| UNIFIRST CORPORATION | | 1150 SECOND AVENUE | NEW KENSINGT | PA | 15068 | Accounts Payble balance | | | | $740.77 |
| UNITED PARCEL SERVICE | | P O BOX 7247-0244 | PHILADELPHIA | PA | 191700244 | Accounts Payble balance | | | | $72.00 |
| UNITED TOTE COMPANY | | 5901 DESOTO AVENUE | WOODLAND HIL | CA | 91367 | Accounts Payble balance | | | | $4,012.80 |
| UNITED TOTE CANADA INC. | | 22 GURDWARA., UNIT 3 | OTTAWA | ONTAF | K2E 8A3 | Accounts Payble balance | | | | $65.84 |
| U.S. FOODSERVICE | | P.O. BOX 641303 | PITTSBURGH | PA | 152641303 | Accounts Payble balance | | | | $8,978.32 |
| U S T A | | 750 MICHIGAN AVENUE | COLUMBUS | OH | 43215 | Accounts Payble balance | | | | $7,392.90 |
| VERIZON | | P.O. Box 25505 | Lehigh Valley | PA | 18002-5505 | Accounts Payble balance | | | | $8,817.15 |
| VERIZON BUSINESS SERVICES/VERIZON CONFERENCING | | P.O. BOX 70129 | CHICAGO | IL | 60673 | Accounts Payble balance | | | | $4.05 |
| VERIZON WIRELESS | | P.O. Box 25505 | Lehigh Valley | PA | 18002-5505 | Accounts Payble balance | | | | $1,637.70 |
| VOICE TECH INC | | P.O. BOX 22048 | LEXINGTON | KY | 40522 | Accounts Payble balance | | | | $1,475.90 |
| VOSS TV AND APPLIANCE,LLC | | 903 GILL HALL ROAD | JEFFERSON BOI | PA | 15025 | Accounts Payble balance | | | | $691.22 |
| WASHINGTON TROTTING ASSOCIATION | | P O BOX 499 | MEADOW LAND! | PA | 15347 | Accounts Payble balance | | | | $10,569.87 |
| WASTE MANAGEMENT | | P O BOX 830003 | BALTIMORE | MD | 21283-0003 | Accounts Payble balance | | | | $929.81 |
| WEAE-AM RADIO 1250 | | BANK OF AMERICA | PHOENIX | AZ | 85038-0966 | Accounts Payble balance | | | | $7,250.00 |
| WILSON SUPPLY COMPANY | | P.O. BOX 870 | CUMBERLAND | MD | 21501-0870 | Accounts Payble balance | | | | $90.35 |
| WOODBINE ENTERTAINMENT GROUP | | 555 REXDALE BLVD | TORONTO | ON | M9W 5L2 | Accounts Payble balance | | | | $690.00 |
| YOST, THOMAS | | | MEADOW LAND! | | | Accounts Payble balance | | | | $22.22 |
| YOUNGSTOWN GRINDING SERVICE INC | | 1010 MAHONING AVENUE | YOUNGSTOWN | OH | 44502 | Accounts Payble balance | | | | $51.51 |
| ZIDEK, JEFF | | 136 TIPPECANOE DRIVE | GREENSBURG | PA | 15601 | Accounts Payble balance | | | | $270.00 |
| ZURICH AMERICAN INSURANCE CO. | | | | | | Accounts Payble balance | | | | $654.39 |
| AMERICAN RACING- TIOGA DOWNS, INC. | | PO BOX 860 | VERNON | NY | 13476 | Accounts Payble balance | | | | $369.01 |
| CALIFORNIA EXPO & STATE FAIR | | C/O LOS ALAMITOS RACE COURSE | LOS ALAMITOS | CA | 90720 | Accounts Payble balance | | | | $16,736.77 |
| HANOVER RACEWAY | | 265 5TH STREET | HANOVER | ON | N4N 3X3 | Accounts Payble balance | | | | $503.36 |
| HAZEL PARK HARNESS | | 831 NORTH FEDERAL HIGHWAY ATTI | HALLANDALE | FL | 33009 | Accounts Payble balance | | | | $1,473.69 |
| HEARTLAND JOCKEY CLUB, LTD | | P.O. BOX 850 | GROVE CITY | OH | 43123-0850 | Accounts Payble balance | | | | $31,320.09 |
| INDIANA DOWNS | | 4200 N. MICHIGAN RD | SHELBYVILLE | IN | 46176 | Accounts Payble balance | | | | $31,113.89 |
| LAS VEGAS DISSEMINATOR CO. | | P.O. BOX 400550 | LAS VEGAS | NV | 89140 | Accounts Payble balance | | | | $13,675.04 |
| Lodge at Belmont, The | | PO Box 306 | Belmont | NH | 03220 | Accounts Payble balance | | | | $1,815.83 |
| LONE STAR PARK | | 1000 LONE STAR PARKWAY | GRAND PRAIRIE | TX | 75050 | Accounts Payble balance | | | | $24,389.01 |
| MONTICELLO RACEWAY | | P O BOX 5013 | MONTICELLO | NY | 12701 | Accounts Payble balance | | | | $2,467.43 |
| MOUNTAINEER PARK, INC. | | P O BOX 358 | CHESTER | WV | 26034 | Accounts Payble balance | | | | $60,557.42 |
| NEW YORK RACING ASSOCIATION | | P.O. BOX 95000-3820 | PHILADELPHIA | PA | 19195-0001 | Accounts Payble balance | | | | $16,578.07 |
| OCEAN DOWNS, LLC | | P.O. BOX 11 | BERLIN | MD | 21811 | Accounts Payble balance | | | | $474.55 |
| PLAYERS BLUEGRASS DOWNS | | 150 DOWNS DRIVE | PUDUCAH | KY | 42001 | Accounts Payble balance | | | | $248.00 |
| RACEWAY PARK | | 5700 Telegraph Road | Toledo | OH | 43612 | Accounts Payble balance | | | | $1,920.95 |
| RED ROCK ADMINISTRATIVE SERICES, LLC. | | 9275 W. FLAMINGO ROAD- SUITE 120 | LAS VEGAS | NV | 89147 | Accounts Payble balance | | | | $4,986.38 |
| TRI-STATE GREYHOUND | | 831 NORTH FEDERAL HIGHWAY | HALLANDALE | FL | 33009 | Accounts Payble balance | | | | $82.30 |
| TURF PARADISE INC | | 1501 W. BELL ROAD | PHOENIX | AZ | 85023 | Accounts Payble balance | | | | $14,349.03 |
| WESTERN FAIR RACEWAY | | WESTERN FAIR | LONDON | ON | N5Y 5P8 | Accounts Payble balance | | | | $5,438.93 |
| WOODBINE ENTERTAINMENT GROUP | | 555 REXDALE BOULEVARD | REXDALE | ON | M9W 5L2 | Accounts Payble balance | | | | $17,283.09 |

$ 2,898,015.81

**MEC Pennsylvania Racing Services Inc.**
Case Number:  09 12091

**Exhibit F-2**
**Pending Litigation**

| Creditor Name | Address | City, State & Zip | Description | C U D | Total Claim |
|---|---|---|---|---|---|
| Michael Kelly | 550 Farnsworth Avenue | Clairton, Pennsylvania 15025 | Personal Injury Claim | X X X | $0 |
| Glenn Bednar | 481 Dawson Avenue, Apt 308 | Pittsburgh, Pennsylvania 15202 | Personal Injury Claim | X X X | $0 |
| Robert F. Hauck | 1411 Maple Avenue | Verona, Pennsylvania 15147 | Personal Injury Claim | X X X | $0 |
| Annette Butko | 46E Longfellow Drive | Munhall, Pennsylvania 15120 | Employment Claim | X X X | $0 |
| Lawry Beach | 700 Grandview Avenue | Newcastle, Pennsylvania 16101 | Employment Claim | X X X | $0 |
| Floyd Ellis | 3411 Firnley Drive | Youngstown, Ohio 44511 | Discrimination Claim | X X X | $0 |
| Floyd Ellis | 3411 Firnley Drive | Youngstown, Ohio 44511 | Discrimination Claim | X X X | $0 |
| Terence McKenna | Not known | | Employment Claim | X X X | $0 |
| Sonia Reed | Not known | | Employment Claim | X X X | $0 |
| | | | | | $0 |

**MEC Pennsylvania Racing Services Inc.**
Case Number: 09 12091

Exhibit F-3
Other Liabilities

| Creditor Name | Address | City, State & Zip | Description | C | U | D | Total Claim $ |
|---|---|---|---|---|---|---|---|
| PA Department of Revenue | Misc Tax Division Pari Mutuel Department Department 280909 | Harrisburg, PA 17128-0909 | 2004 Pari-Mutuel Tax Audit - Missing Tickets | ✓ | ✓ | | 8,510 |
| PA Department of Revenue | Misc Tax Division Pari Mutuel Department Department 280909 | Harrisburg, PA 17128-0909 | 2005 Pari-Mutuel Tax Audit - Missing Tickets | ✓ | ✓ | | Undetermined |
| PA Department of Revenue | Misc Tax Division Pari Mutuel Department Department 280909 | Harrisburg, PA 17128-0909 | 2006 Pari-Mutuel Tax Audit - Missing Tickets | ✓ | ✓ | | Undetermined |
| PA Department of Revenue | Misc Tax Division Pari Mutuel Department Department 280909 | Harrisburg, PA 17128-0909 | 2007 Pari-Mutuel Tax Audit - Missing Tickets | ✓ | ✓ | | Undetermined |
| PA Department of Revenue | Misc Tax Division Pari Mutuel Department Department 280909 | Harrisburg, PA 17128-0909 | 2008 Pari-Mutuel Tax Audit - Missing Tickets | ✓ | ✓ | | Undetermined |
| Wells Fargo As Trustee | San Gabriel Valley Regional Commercial Banking Office 1000 Lakes Drive Suite 250 | California | MEC Health & Welfare Plan | ✓ | ✓ | | Undetermined |
| Washington Trotting Association / Millennium Gaming | P.O. Box 499 Racetrack Road | Meadow Lands, PA 15347 | Amount Due to Operating Lease Holder / RSA See G-5, Other Operating Agreements | ✓ | ✓ | | 163,715 |

172,225

**MEC Pennsylvania Racing Services Inc.**
Case Number: 09 12091

**Exhibit F-5**
**Bonds**

| Schedule ID | Creditor Name | Jurisdiction | C | U | D | Total Claim Amount |
|---|---|---|---|---|---|---|
| | ACE INA Insurance | Specimen Tree Replacement Bond; KO 70 16 65 7 | ✓ | ✓ | | Unliquidated |
| | ACE INA Insurance | Reforestation Bond; KO 70 15 90 2 | ✓ | ✓ | | Unliquidated |
| | ACE INA Insurance | Completion Bond; KO 70 14 27 2 | ✓ | ✓ | | Unliquidated |
| | Aviva Insurance | Florida Slot Marchin Bond; 015-024-426 | ✓ | ✓ | | Unliquidated |
| | Aviva Insurance | Game Promotion Surety Bond; 015-026-547 | ✓ | ✓ | | Unliquidated |
| | Aviva Insurance | Mixed Beverage Gross Receipts Tax Bond; 015-024-451 | ✓ | ✓ | | Unliquidated |
| | Aviva Insurance | License and Permit Bond; 015-024-452 | ✓ | ✓ | | Unliquidated |
| | Aviva Insurance | License and Permit Bond; 015-024-453 | ✓ | ✓ | | Unliquidated |
| | Aviva Insurance | Mixed Beverage Bond; 015-024-454 | ✓ | ✓ | | Unliquidated |
| | Aviva Insurance | LA Sanitation Bond; 015-024-427 | ✓ | ✓ | | Unliquidated |
| | Aviva Insurance | License and Permit Bond; 015-024-443 | ✓ | ✓ | | Unliquidated |
| | Aviva Insurance | License and Permit Bond; 015-024-444 | ✓ | ✓ | | Unliquidated |
| | Aviva Insurance | Surety Bond; 015-024-450 | ✓ | ✓ | | Unliquidated |
| | Aviva Insurance | License and Permit Bond; 015-024-470 | ✓ | ✓ | | Unliquidated |
| | Aviva Insurance | Wage and Welfare Bond; 015-024-474 | ✓ | ✓ | | Unliquidated |
| | Aviva Insurance | Mixed Beverage Bond; 015-024-473 | ✓ | ✓ | | Unliquidated |
| | Aviva Insurance | Mixed Beverage Bond; 015-024-472 | ✓ | ✓ | | Unliquidated |
| | Aviva Insurance | Financial Guarantee Bond; 015-025-524 | ✓ | ✓ | | Unliquidated |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

**MEC Pennsylvania Racing Services Inc.**
Case Number: 09 12091

**Exhibit F-5**
**Bonds**

| Schedule ID | Creditor Name | Jurisdiction | C | U | D | Total Claim Amount |
|---|---|---|---|---|---|---|
| | Aviva Insurance | Fringe Benefits Bond; 015-025-531 | ✓ | ✓ | | Unliquidated |
| | Aviva Insurance | Oregon Money Transmitters Bond; 015-025-533 | ✓ | ✓ | | Unliquidated |
| | Aviva Insurance | Ohio Collection and Settlement Bond; 015-025-546 | ✓ | ✓ | | Unliquidated |
| | Aviva Insurance | Multi-Jurisdictional Simulcasting & Interactive Wagering Totalisator Hub; 015-025-566 | ✓ | ✓ | | Unliquidated |
| | Aviva Insurance | Lottery Agent Bond; 015-025-567 | ✓ | ✓ | | Unliquidated |
| | Aviva Insurance | Game Promotion Surety Bond; 015-026-576 | ✓ | ✓ | | Unliquidated |
| | Aviva Insurance | Monthly Utility Bills Security; 015-027-023 | ✓ | ✓ | | Unliquidated |
| | Aviva Insurance | Grading and Sediment Control Bond; 015-026-531 | ✓ | ✓ | | Unliquidated |

**Totals:** **Unliquidated**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

In re: MEC Pennsylvania Racing Services, Inc.                    Case No. 09-12091

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

      Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

      NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| Employment Agreements | See Exhibit G-1 immediately following Schedule G |
| Simulcasting Agreements | See Exhibit G-2 immediately following Schedule G-1 |
| Other Operating Agreements | See Exhibit G-3 immediately following Schedule G-2 |
| | |

## MEC Pennsylvania Racing Services, Inc.
## Case Number 09-12091

---

## SPECIFIC NOTES REGARDING SCHEDULE G

### Executory Contracts

The Debtors' business is complex. While the Debtors' existing books, records, and financial systems have been relied upon to identify and schedule executor contracts at each of the Debtors, and although commercially reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or overinclusion may have occurred. The Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth on Schedule G. The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G and to amend or supplement Schedule G as necessary. The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument or other document is listed thereon.

In some cases, the same supplier or provider appears multiple times in Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.

In the ordinary course of business, the Debtors may have issued numerous purchase orders for supplies, product, and related items which, to the extent that such purchase orders constitute executory contracts, are not listed individually on Schedule G. To the extent that goods were delivered under purchase orders prior to the Petition Date, vendors' claims with respect to such delivered goods are included on Schedule F.

As a general matter, certain of the Debtors' executory contracts and unexpired leases could be included in more than one category. In those instances, one category has been chosen to avoid duplication. Further, the designation of a category is not meant to be wholly inclusive or descriptive of the entirety of the rights or obligations represented by such contract.

Certain of the Debtors' executory contracts are purchase and sale agreements. In those instances, the executory contracts generally are listed in either the "sale agreements" or "purchase agreements" category, not both.

Certain of the executory contracts and unexpired leases listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, right to lease additional space, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as easements, right of way, subordination, nondisturbance, and atonement agreements, supplemental agreements, amendments/letter agreements, title agreements, and confidentiality agreements. Such documents also are not set forth in Schedule G.

The Debtors hereby reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization of the structure of any transaction, document, or instrument related to a creditor's claim, to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G, and to amend or supplement Schedule G as necessary. Inclusion of any agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease and the Debtors reserve all rights in that regard, including, without limitation, that any agreement is not executory, has expired pursuant to its terms, or was terminated prepetition.

In addition, certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease. The Debtors reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, or any document or instrument (including, without limitation, any intercreditor or intercompany agreement) related to a creditor's claim. Certain of the contracts, agreements, and leases listed on Schedule G may have been entered into by more than one of the Debtors. Further, the specific Debtor obligor to certain of the executory could not be specifically ascertained in every circumstance. In such cases, the Debtors used their best efforts to determine the correct Debtor's Schedule G on which to list such executory contract or unexpired lease.

In the ordinary course of business, the Debtors have entered into numerous contracts or agreements, both written and oral, regarding the provision of certain services on a month to month basis. To the extent such contracts or agreements constitute executory contracts, these contracts and agreements are not listed individually on Schedule G.

Certain of the executory contracts may not have been memorialized and could be subject to dispute; executory agreements that are oral in nature have not been included in Schedule G.

In the ordinary course of business, the Debtors may have entered into confidentiality agreements which, to the extent that such confidentiality agreements constitute executory contracts, are not listed individually on Schedule G.

Certain of the executory contracts and unexpired leases listed in Schedule G were assigned to, assumed by, or otherwise transferred to certain of the Debtors in connection with, among other things, acquisitions by the Debtors. In those instances, the entity listed as the party to the executory contract or unexpired lease is the former party to same.

Due to the volume of the Debtors' executory contracts and unexpired leases, certain of the executory contracts and unexpired leases may be listed under the wrong Debtor and/or in the wrong agreement category.

**MEC Pennsylvania Racing Services, Inc.**
**Case Number 09-12091**

## SPECIFIC NOTES REGARDING SCHEDULE G

The Debtors generally have not included on Schedule G any insurance policies, the premiums for which have been prepaid. The Debtors submit that prepaid insurance policies are not executory contracts pursuant to section 365 of the Bankruptcy Code because no further payment or other material performance is required by the Debtors. Nonetheless, the Debtors recognize that, in order to enjoy the benefits of continued coverage for certain claims under these policies, the Debtors may have to comply with certain non-monetary obligations, such as the provision of notice of claims and cooperation with insurers. In the event that the Bankruptcy Court were to ever determine that any such prepaid insurance policies are executory contracts, the Debtors reserve all of their rights to amend Schedule G to include such policies, as appropriate.

Except in certain limited circumstances, the Debtor has not scheduled contingent and unliquidated liabilities related to guaranty obligations on Schedule F. Such guaranties are, instead, listed on Schedule G.

In addition, Schedule G does not include rejection damage claims of the counterparties to the executory contracts and unexpired leases that have been or may be rejected, to the extent such damage claims exist.

Due to the volume of the Debtors' executory contracts and unexpired leases, the Debtors are still in the process of collecting the addresses of all counterparties to such executory contracts and unexpired leases. These addresses will be compiled prior to sending notice of the bar date for the filing of proofs of claim in these chapter 11 cases.

**MEC Pennsylvania Racing Services Inc.**
Case Number: 09 12091

**Exhibit G-1**
**Employment Agreements**

| Name | Address | City, State & Zip |
| --- | --- | --- |
| David G. Wiegmann | PO Box 499 | Meadowlands, PA 15347 |
| Mark A. Smith | PO Box 499 | Meadowlands, PA 15347 |
| Thomas Yost | PO Box 499 | Meadowlands, PA 15347 |
| Thomas Leasure | PO Box 499 | Meadowlands, PA 15347 |

MEC Pennsylvania Racing Services Inc.
Case Number: 09 12091

Exhibit G-4
Simulcasting Agreements

| Contract ID | Name | Address | City, State & Zip |
|---|---|---|---|
| | AMWEST ENTERTAINMENT | 13400 U.S. HIGHWAY 42, 42SU.305 | PROSEPCT, KY 40059 |
| | BET AMERICA (LIEN GAMES) | 301 3RD AVENUE N. | FARGO, ND 58102 |
| | BETPAD (BEULAH PARK) | TBD | |
| | CALIENTE | TBD | |
| | COLONIAL DOWNS | 10515 COLONIAL DOWNS PKY | NEW KENT, VA 23124 |
| | CONNECTICUT OTB | TBD | |
| | ELITE TURF CLUB (CURACO) | TBD | |
| | EUROPEAN WAGERING SERVICES | TBD | |
| | ILLINOIS RACETRACKS | TBD | |
| | MID-ATLANTIC COOPERATIVE | 19 PENN'S GREENE DRIVE | WEST GROVE, PA 19390 |
| | MOHEGAN SUN AT POCONO DOWNS | 1280 HWY 315 | WILKES BARRE, PA 18702 |
| | NEVADA PARI-MUTUEL ASSOCIATION | TBD | |
| | NEW JERSEY SPORTS AND EXPOSITION AUTHORITY | 50 STATE ROUTE 120 | EAST RUTHERFORD, NJ 07073-2160 |
| | NEW YORK OTB | 1501 BROADWAY | NEW YORK, NY 10036 |
| | NYRA - MEDIA LICENSE AGREEMENT | P.O. BOX 48288 - ACCOUNTING LOCKBOX | NEWARK, NJ 07101-4888 |
| | PENN NATIONAL | P.O. BOX 32 - ATT: MS. PENDULL | GRANTVILLE, PA 17028 |
| | PHILADELPHIA PARK | 3001 STREET ROAD | BENSALEM, PA 19020 |
| | PLAINRIDGE RACECOURSE | 301 WASHINGTON ST. | PLAINVILLE, MA 02762 |
| | PREMIER TURF CLUB | TBD | |
| | RACING FROM AMERICA | TBD | |
| | RACING2DAY | TBD | |
| | RACING2DAY | TBD | |
| | RAYNHAM TAUNTON GREYHOUND PARK | 1958 BROADWAY | RAYBHAM, MA 02767-0172 |
| | RGS (ST. KITTS) | TBD | |
| | ROYAL RIVER (AKA BETTOR RACING) | TBD | |
| | SCIENTIFIC GAMES | DEPT #4 23766 NETWORK PLACE | CHICAGO, IL 60673-1237 |
| | SIMULCO VENEZUELA | TBD | |
| | THE NEW YORK RACING ASSOCIATION INC. | P.O. BOX 90 | JAMAICA, NY 11417 |

MEC Pennsylvania Racing Services Inc.
Case Number: 09 12091

Exhibit G-4
Simulcasting Agreements

| Contract ID | Name | Address | City, State & Zip |
|---|---|---|---|
| | TURF DE VENEZUELA | CALLE PARIS CON TRINIDAD EDIF. FIVE SISTERS, LOCAL 4 LAS MERCEDES, BARUTA | |
| | TURF PARADISE | 1501 W. BELL ROAD | PHOENIX, AZ 85023 |
| | TVG | 6701 CENTER DRIVE WEST, SUITE 160 | LOS ANGELES, CA 90045 |
| | TWINSPIRES | P.O. BOX 487 | LOUISVILLE, KY 40201 |
| | XPRESSBET | 200 RACE TRACK RD. BLDG # 26 | WASHINGTON, PA 15301 |
| | YOUBET | TBD | |

**MEC Pennsylvania Racing Services Inc.**
**Case Number: 09 12091**

**Exhibit G-5**
**Other Operating Agreements**

---

| Contract ID | Name | Address | City, State & Zip |
|---|---|---|---|
| | **Racing Services Agreement dated 07/26/2006** | | |
| | MEC Racing Management | P.O. Box 499 | Meadow Lands, PA 15347 |
| | Mountain Laurel Racing, Inc. | P.O. Box 499 | Meadow Lands, PA 15347 |
| | Washington Trotting Association, Inc. | P.O. Box 499 | Meadow Lands, PA 15347 |
| | MEC Pennsylvania Racing, Inc. | P.O. Box 499 | Meadow Lands, PA 15347 |
| | MEC Pennsylvania Food Service, Inc. | P.O. Box 499 | Meadow Lands, PA 15347 |
| | **Copier Leases:** | | |
| | Dolphin Capital | PO Box 56 | Moberly, MO 65270 |
| | | 1720A Crete St | |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

In re: MEC Pennsylvania Racing Services, Inc.                    Case No. 09-12091

## SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do no disclose the child's name. See, 11 U.S.C.§ 112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |
|  |  |
|  |  |

**MEC Pennsylvania Racing Services, Inc.**
**Case Number 09-12091**

## SPECIFIC NOTES REGARDING SCHEDULE H

**Co-Debtors**
In the ordinary course of their business, the Debtors pay certain expenses on behalf of their subsidiaries. In addition, in the ordinary course of their business, certain of the Debtors have guaranteed certain obligations and liabilities. However, the transactions and guarantees between the Debtors and their subsidiaries are too voluminous to list separately but, in some instances, are reflected elsewhere in the Schedules and Statements. The Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements. Further, certain of the guarantees reflected on Schedule H may have expired or may no longer be enforceable. Thus, the Debtors reserve their rights to amend Schedule H to the extent that additional guarantees are identified or such guarantees are discovered to have expired or become unenforceable.

In the ordinary course of their business, the Debtors may be involved in pending or threatened litigation and claims arising out of certain ordinary course of business transactions. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties. Due to the volume of such claims and because all such claims are contingent, disputed, and/or unliquidated, such claims have not been set forth individually on Schedule H. However, some such claims may be listed elsewhere in the Schedules and Statements.

In re   MEC Pennsylvania Racing Services, Inc.                    Case No. 09-12091

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____

sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____

                                                                         Debtor

Date _____          Signature: _____

                                                                    (Joint Debtor, if any)

---------------------------------------[If joint case, both spouses must sign.]----------------

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,                    Social Security No.
of Bankruptcy Petition Preparer                          (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____

_____
Address

X _____          _____
  Signature of Bankruptcy Petition Preparer                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.   11 U.S.C. § 110; 18 U.S.C. § 156.*

--------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Executive Vice-President and Chief Financial Officer of Magna Entertainment Corp., an officer of MEC Pennsylvania Racing Services, Inc. named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature _____

                                                                 Blake S. Tohana

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

--------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.