UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MAGNA ENTERTAINMENT CORP., *et al.*, | : | Case No. 09-10720 (MFW) |
| | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

NOTICE OF ADJOURNMENT OF
AUCTION AND SALE HEARING FOR MARYLAND JOCKEY CLUB

PLEASE TAKE NOTICE that, pursuant to that certain order, dated October 28, 2009 (the "MJC Bid Procedures Order")[1] [Docket No. 1361], the auction for Maryland Jockey Club or its assets, in whole or in part, scheduled for January 8, 2010 (the "MJC Auction"), **is hereby adjourned to January 21, 2010 at 9:00 a.m. (prevailing Eastern Time)** and shall take place a the offices of Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153.

PLEASE TAKE FURTHER NOTICE that, the hearing to consider the sale of Maryland Jockey Club or its assets, in whole or in part, scheduled for January 20, 2010 (the "MJC Sale Hearing") pursuant to the MJC Bid Procedures Order, **is hereby adjourned to January 25, 2010 at 11:30 a.m. (prevailing Eastern Time)** and shall take place before the Honorable Mary F. Walrath, United States Bankruptcy Judge in Courtroom No. 4 of the United States Bankruptcy Court, 824 North Market Street, 5th Floor, Wilmington, Delaware 19801.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the MJC Bid Procedures Order.

PLEASE TAKE FURTHER NOTICE that, in accordance with the terms of the MJC Bid Procedures Order, the MJC Auction and the MJC Sale Hearing may be further adjourned.

Dated: January 6, 2010
       Wilmington, Delaware

/s/
Mark D. Collins, Esq. (No. 2981)
L. Katherine Good, Esq. (No. 5101)
Drew G. Sloan, Esq. (No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Marcia L. Goldstein, Esq.
Brian S. Rosen, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

2

RLF1 3523649v.1