# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

| | |
|---:|:---|
| **Debtor:** | Magna Entertainment Corp. |
| **Case Number:** | 09-10720-MFW    **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, JANUARY 19, 2010 04:00 PM   CRT#4, 5TH FL. |
| **Bankruptcy Judge:** | MARY F. WALRATH |
| **Courtroom Clerk:** | LAURIE CAPP |
| **Reporter / ECR:** | BRANDON MCCARTHY |

## Matters:

1) Continued hearing on Motion Scheduling Auction
   **R / M #:**   1,275 / 0

2) **ADV: 1-09-52212**
   **Motion to Compel Production of Documents**
   **R / M #:**   35 / 0

## Appearances:

See attached sign-in sheet

## Proceedings:

Agenda Matters:
  Item 1 - Continued to 2/5/10 at 11:30 am
  Item 2 - Order due under Certification of Counsel