UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MAGNA ENTERTAINMENT CORP., *et al.*, | : | Case No. 09-10720 (MFW) |
| | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

## THIRD NOTICE OF ADJOURNMENT OF
## AUCTION AND SALE HEARING FOR MARYLAND JOCKEY CLUB

PLEASE TAKE NOTICE that, pursuant to that certain order, dated October 28, 2009 (the "MJC Bid Procedures Order")[1] [Docket No. 1361], the auction for Maryland Jockey Club or its assets, in whole or in part, scheduled for February 10, 2010 (the "MJC Auction"), **is hereby adjourned to February 23, 2010, at 9:00 a.m. (prevailing Eastern Time),** and shall take place at the offices of Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153.

PLEASE TAKE FURTHER NOTICE that the hearing to consider the sale of Maryland Jockey Club or its assets, in whole or in part, scheduled for February 26, 2010 (the "MJC Sale Hearing") pursuant to the MJC Bid Procedures Order, **is hereby adjourned to March 3, 2010, at 3:00 p.m. (prevailing Eastern Time),** and shall take place before the Honorable Mary F. Walrath, United States Bankruptcy Judge, in Courtroom No. 4 of the United States Bankruptcy Court, 824 North Market Street, 5th Floor, Wilmington, Delaware 19801.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the MJC Bid Procedures Order

PLEASE TAKE FURTHER NOTICE that, in accordance with the terms of the MJC Bid Procedures Order, the MJC Auction and the MJC Sale Hearing may be further adjourned.

Dated: January 29, 2010
Wilmington, Delaware

/s/ Katherine Good
Mark D. Collins, Esq. (No. 2981)
L. Katherine Good, Esq. (No. 5101)
Drew G. Sloan, Esq. (No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Marcia L. Goldstein, Esq.
Brian S. Rosen, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007