# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------x
:
*In re*                                :        **Chapter 11**
:
**MAGNA ENTERTAINMENT CORP.,** *et al.,*[1]  :        **Case No. 09-10720 (MFW)**
:
:
          **Debtors.**           :        **Jointly Administered**
:
:        **Obj. Deadline: 3/31/10 at 4:00 p.m.**
:        **Hearing Date: 4/7/10 at 3:00 p.m.**
-------------------------------------------------------------x

## AMENDED NOTICE OF MOTION OF THE DEBTORS FOR ORDER PURSUANT TO SECTIONS 105, 363 AND 365 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002, 6004 AND 6006 (I) APPROVING CURE PROCEDURES AND (II) AUTHORIZING THE SALE OF THE MARYLAND JOCKEY CLUB ASSETS

PLEASE TAKE NOTICE that, on February 11, 2010, the above-captioned debtors and debtors in possession (the "Debtors") filed the **Motion of Debtors for Order Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004 and 6006 (I) Approving Cure Procedures and (II) Authorizing the Sale of the Maryland Jockey Club**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: (i) Magna Entertainment Corp., 8374; (ii) The Santa Anita Companies, Inc., 6180; (iii) Los Angeles Turf Club, Incorporated, 6200; (iv) Pacific Racing Association, 5367; (v) MEC Land Holdings (California) Inc., 7410; (vi) Gulfstream Park Racing Association Inc., 6292; (vii) GPRA Thoroughbred Training Center, Inc., 2326; (viii) MEC Dixon, Inc., 7005; (ix) MEC Holdings (USA) Inc., 8494; (x) Sunshine Meadows Racing, Inc., 4288; (xi) Thistledown, Inc., 5742; (xii) MEC Maryland Investments, Inc., 4637; (xiii) 30000 Maryland Investments LLC, 1704, (xiv) Old RP, Inc., 2024; (xv) GPRA Commercial Enterprises Inc., 6156; (xvi) Pimlico Racing Association, Inc., 4527; (xvii) The Maryland Jockey Club of Baltimore City, Inc., 3840; (xviii) Laurel Racing Association Limited Partnership, 0504; (xix) Laurel Racing Assoc., Inc., 0505; (xx) Prince George's Racing, Inc., 6493; (xxi) Southern Maryland Racing, Inc., 9850; (xxii) Southern Maryland Agricultural Association, 9661; (xxiii) Maryland Jockey Club, Inc., 3124; (xxiv) AmTote International, Inc., 1143; (xxv) MEC Pennsylvania Racing Services, Inc., 9924; and (xxvi) MEC Lone Star, LP, 0489.

Assets [Docket No. 1794] (the "Motion")[2] with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that, on February 16, 2010, the Debtors filed the **Motion of Debtors for Authorization Pursuant to Local Bankruptcy Rule 9006-1(e) for an Order Shortening the Time to Consider the Maryland Jockey Club Sale Motion** [Docket No. 1823] with respect to the Motion (the "Motion to Shorten") with the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that, on February 19, 2010, the Debtors filed the **Fourth Notice of Adjournment of Auction and Sale Hearing for Maryland Jockey Club** [Docket No. 1873], which provided that the auction for Maryland Jockey Club or its assets, in whole or in part, was adjourned to **March 25, 2010, at 9:00 a.m. (prevailing Eastern Time)** (the "MJC Auction"), and that the hearing to consider the Motion and the sale of Maryland Jockey Club or its assets, in whole or in part, (the "MJC Sale Hearing") was adjourned to a date to be determined.

PLEASE TAKE FURTHER NOTICE that, the Debtors have rescheduled the MJC Sale Hearing for **April 7, 2010 at 3:00 p.m. (prevailing Eastern Time)** before the Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware at the Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that, any responses or objections to the Motion, if any, must be filed and served so as to be received by the undersigned counsel on or before **March 31, 2010 at 4:00 p.m. (prevailing Eastern Time).**

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

PLEASE TAKE FURTHER NOTICE that, as set forth in paragraph 36 of the Motion, the Debtors propose certain deadlines with respect to the Cure Procedures. Based upon the adjournment of the MJC Auction and the corresponding MJC Sale Hearing, the Debtors hereby propose the following revised deadlines with respect to the Cure Procedures: following the MJC Auction, but no later than **April 14, 2010**, the Debtors will file the Cure Schedule and any objections to the assumption and assignment of any contract or lease identified on the Cure Schedule, including, without limitation, to the cure amount or the adequacy of the assurance of future performance set forth in the Adequate Assurance Package, must be filed in writing, filed with the Court and served on the Debtors no later than **April 19, 2010 at 12:00 p.m. (prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that, in accordance with the terms of the MJC Bid Procedures Order, the MJC Auction and the MJC Sale Hearing may be further adjourned.

Dated: February 26, 2010
      Wilmington, Delaware

_____
Mark D. Collins, Esq. (No. 2981)
L. Katherine Good, Esq. (No. 5101)
Drew G. Sloan, Esq. (No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Marcia L. Goldstein, Esq.
Brian S. Rosen, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007