## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **MAGNA ENTERTAINMENT CORP.,** *et al.,* | : | **Case No. 09-10720 (MFW)** |
| | : | |
| | : | **Jointly Administered** |
| **Debtors.** | : | |
| | : | **Re: Docket No. 1794** |

## NOTICE OF REVISED CURE PROCEDURES
## FOR THE SALE OF MARYLAND JOCKEY CLUB

PLEASE TAKE NOTICE that, pursuant to the Motion of the Debtors for Order

Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004

and 6006 (I) Approving the Cure Procedures and (II) Authorizing the Sale of the Maryland Jockey

Club Assets, dated February 11, 2010 (the "MJC Sale Motion")[1] [Docket No. 1794], the Debtors

proposed to file a schedule listing the cure amounts, if any, for each contract and lease they wish to

assume and assign (the "Cure Schedule") in connection with the sale of Maryland Jockey Club or

its assets, in whole or in part, following the MJC Auction, but no later than March 15, 2010 and

proposed that any objections to the assumption and assignment of any contract or lease identified on

the Cure Schedule, including, without limitation, to the cure amount or the adequacy of the

assurance of future performance, must be in writing and filed with the Court and served on the

Debtors no later than March 19, 2010 at 12:00 p.m. (prevailing Eastern Time) (the "Objection

Deadline").

PLEASE TAKE FURTHER NOTICE that, pursuant to that certain notice, dated

February 19, 2010, [Docket No. 1873], the MJC Auction was adjourned to March 25, 2010, at 9:00

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the MJC Sale Motion.

a.m. (prevailing Eastern Time) and pursuant to that certain notice, dated February 26, 2010, [Docket No. 1916], the MJC Sale hearing was adjourned to April 7, 2010 at 3:00 p.m. (prevailing Eastern Time).

PLEASE TAKE FURTHER NOTICE that, as a result of the adjournment of the MJC Auction and the MJC Sale Hearing, the Debtors shall file the Cure Schedule following the MJC Auction, but no later than April 1, 2010 and the Objection Deadline shall be adjourned to **April 6, 2010 at 4:00 p.m. (prevailing Eastern Time)**.

Dated: March 16, 2010
        Wilmington, Delaware

*Katherine Good*

Mark D. Collins, Esq. (No. 2981)
L. Katherine Good, Esq. (No. 5101)
Drew G. Sloan, Esq. (No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Marcia L. Goldstein, Esq.
Brian S. Rosen, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

2