## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

-----------------------------------------------------------x

*In re*                                       :     **Chapter 11**
                                              :
**MAGNA ENTERTAINMENT CORP.,** *et al.,*[1]   :     **Case No. 09-10720 (MFW)**
                                              :
**Debtors.**                                  :     **Jointly Administered**
                                              :
-----------------------------------------------------------x
                                              :
**REDROCK ADMINISTRATIVE**                    :
**SERVICES LLC, RACING AND GAMING**           :
**SERVICES, LTD., AMWEST**                    :
**ENTERTAINMENT, LLC, BETTOR**                :
**RACING, INC. D/B/A ROYAL RIVER**            :
**RACING, AND THE ELITE TURF CLUB,**          :
**N.V.,**                                     :
       **Plaintiffs,** :
                                              :
   **v.**                       :     **Adv. Proc. No. 09-51155 (MFW)**
                                              :
**MAGNA ENTERTAINMENT CORP.,**                :
**PACIFIC RACING ASSOCIATION, INC.,**         :
**MEC LAND HOLDINGS (CALIFORNIA),**           :
**INC., GULFSTREAM PARK RACING**              :
**ASSOC., INC., LOS ANGELES TURF**            :
**CLUB, INC., AND THE SANTA ANITA**           :
**COMPANIES, INC.,**                          :
                                              :
       **Defendants.** :
-----------------------------------------------------------x

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: (i) Magna Entertainment Corp , 8374; (ii) The Santa Anita Companies, Inc., 6180; (iii) Los Angeles Turf Club, Incorporated, 6200; (iv) Pacific Racing Association, 5367; (v) MEC Land Holdings (California) Inc , 7410; (vi) Gulfstream Park Racing Association Inc , 6292; (vii) GPRA Thoroughbred Training Center, Inc , 2326; (viii) MEC Dixon , Inc , 7005; (ix) MEC Holdings (USA) Inc., 8494; (x) Sunshine Meadows Racing, Inc , 4288; (xi) Thistledown, Inc., 5742; (xii) MEC Maryland Investments, Inc , 4637; (xiii) 30000 Maryland Investments LLC, 1704, (xiv) Old RP, Inc., 2024; (xv) GPRA Commercial Enterprises Inc , 6156; (xvi) Pimlico Racing Association, Inc., 4527; (xvii) The Maryland Jockey Club of Baltimore City, Inc , 3840; (xviii) Laurel Racing Association Limited Partnership, 0504; (xix) Laurel Racing Assoc , Inc , 0505; (xx) Prince George's Racing, Inc , 6493; (xxi) Southern Maryland Racing, Inc., 9850; (xxii) Southern Maryland Agricultural Association, 9661; (xxiii) Maryland Jockey Club, Inc , 3124; and (xxiv) AmTote International, Inc , 1143; (xxv) MEC Pennsylvania Racing Services, Inc , 9924; and (xxvi) MEC Lone Star, LP, 0489

```
-----------------------------------------------------x
MAGNA ENTERTAINMENT CORP.,                :
                                          :
              Plaintiff,                  :
                                          :
      v.                                  :        Adv. Proc. No. 09-52212 (MFW)
                                          :
PA MEADOWS, LLC, PA MEZZCO, LLC,          :
and CANNERY CASINO RESORTS, LLC,          :
                                          :
              Defendants.                 :
-----------------------------------------------------x
ALAMEDA COUNTY AGRICULTURAL               :
FAIR ASSOCIATION et al.,                  :
                                          :
              Plaintiffs,                 :
                                          :
      v.                                  :        Adv. Proc. No. 10-50193 (MFW)
                                          :
MAGNA ENTERTAINMENT CORP. et al.,         :
                                          :
              Defendants.                 :
-----------------------------------------------------x
```

### NOTICE OF SECOND AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 23, 2010 AT 10:30 A.M.[3]

## I.   CONTINUED MATTERS

1.   Motion of Greenlight Capital Offshore Partners for Order (I) Directing the Appointment of an Examiner Pursuant to 11 U.S.C. § 1104(c) and Fed. R. Bankr. P. 2007.1(a), or in the Alternative, (II) Directing the Appointment of a Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104(a) [Docket No. 198; filed 3/27/09]

     Objection Deadline:   April 14, 2009 at 4:00 p.m.; extended for the United States Trustee until April 15, 2009 at 4:00 p.m.

---

[2] **Amended agenda items appear in bold.**
[3] Parties wishing to appear telephonically at this hearing must contact CourtCall via telephone (866-582-6878) or facsimile (866-533-2946) no later than 12:00 p.m. on March 22, 2010

RLF1 3551743v 1

Objections/Responses Received:

A.    Response of Magna Entertainment Corp. in Opposition to the Motion of Greenlight Capital Offshore Partners for Order Directing the Appointment of an Examiner, or, in the Alternative, Directing the Appointment of a Chapter 11 Trustee [Docket No. 317; filed 4/14/09]

B.    United States Trustee's Response to Motion of Greenlight Capital Offshore Partners for Order (I) Directing Appointment of Examiner Pursuant to 11 U.S.C. § 1104(c) or, in the Alternative (II) Directing the Appointment of a Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104(a), and the United States Trustee's Independent Request for Appointment of Examiner on Alternative Grounds (D.I. 198) [Docket No. 322; filed 4/15/09]

C.    Notice of Filing of Additional Exhibits to Response of Magna Entertainment Corp. in Opposition to the Motion of Greenlight Capital Offshore Partners for Order Directing the Appointment of an Examiner, or, in the Alternative, Directing the Appointment of a Chapter 11 Trustee [Docket No. 328; filed 4/15/09]

D.    Amended and Corrected Response of Magna Entertainment Corp. in Opposition to the Motion of Greenlight Capital Offshore Partners for Order Directing the Appointment of an Examiner, or, in the Alternative, Directing the Appointment of a Chapter 11 Trustee [Docket No. 334; filed 4/16/09]

E.    Supplemental Response and Objection of the Official Committee of Unsecured Creditors of Magna Entertainment Corp., *et al.* to Greenlight Capital Offshore Partners' Motion for the Appointment of an Examiner, or in the Alternative, Directing the Appointment of a Chapter 11 Trustee [Docket No. 359; filed 4/19/09]

F.    Supplemental Response of Greenlight in Support of Motion of Greenlight Capital Offshore Partners for Order (I) Directing Appointment of Examiner Pursuant to 11 U.S.C. § 1104(c) and Fed. R. Bankr. P. 2007.1(a) or, in the Alternative (II) Directing the Appointment of a Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104(a), and the United States Trustee's Independent Request for Appointment of Examiner on Alternative Grounds [Docket No. 478; filed 5/1/09]

G.    Statement of Support of MI Developments Inc. and MID Islandi SF. to the Supplemental Response and Objection of the Official Committee of Unsecured Creditors to the Motion of Greenlight Capital Offshore Partners for an Order (I) Directing the Appointment of an Examiner or, in the Alternative, (II) Directing the Appointment of a Chapter 11 Trustee [Docket No. 481; filed 5/1/09]

3

H.   Opposition of MI Developments Inc. and MID Islandi SF to the Motion of Greenlight Capital Offshore Partners to Strike the Hutchinson Declaration filed May 1, 2009 [Docket No. 646; filed 6/4/09]

Related Documents:

i.   Reservation of Rights of the Official Committee of Unsecured Creditors of Magna Entertainment Corp., *et al.* to Greenlight Capital Offshore Partners' Motion for the Appointment of an Examiner, or in the Alternative, Directing the Appointment of a Chapter 11 Trustee [Docket No. 313; filed 4/14/09]

ii.   Notice of Rescheduled Hearing on Motion of Greenlight Capital Offshore Partners for Order (I) Directing the Appointment of an Examiner Pursuant to 11 U.S.C. § 1104(c) and Fed. R. Bankr. P. 2007.1(a), or in the Alternative, (II) Directing the Appointment of a Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104(a) [Docket No. 370; filed 4/20/09]

iii.   Declaration of John G. Hutchinson [Docket No. 480; filed 5/1/09]

iv.   Motion of Greenlight Capital Offshore Partners to Strike Hutchinson Declaration Filed May 1, 2009 [Docket No. 485; filed 5/3/09]

Status: The hearing on this matter is continued to a date to be determined.

2.   Motion of the State of Maryland to Reconsider Order Entered on March 6, 2009 Pursuant to Section 105(a) of the Bankruptcy Code Enforcing the Protections of Sections 362 and 525 of the Bankruptcy Code [Docket No. 237; filed 4/3/09]

Objection Deadline:   April 21, 2009 at 4:00 p.m.

Objections/Responses Received:

A.   Response of Magna Entertainment Corp., *et al.*, to Motions of the State of Maryland and the Mayor and City Counsel of Baltimore for Reconsideration and/or Clarification of this Court's Stay Order [Docket No. 379; filed 4/22/09]

B.   Joinder of the Official Committee of Unsecured Creditors to Debtors' Response to Motions of the State of Maryland and the Mayor and City Counsel of Baltimore for Reconsideration and/or Clarification of this Court's Stay Order [Docket No. 390; filed 4/23/09]

Related Documents:

i.   Notice of Hearing on the State of Maryland's Motion to Reconsider Order Entered on March 6, 2009 Pursuant to Sections 105(a) of the Bankruptcy

Code Enforcing the Protections of Sections 362 and 525 of the Bankruptcy Code [Docket No. 238; filed 4/3/09]

Status: The hearing on this matter is continued until April 20, 2010 at 10:30 a.m.

3.   Motion of the Mayor & City Counsel of Baltimore for Reconsideration and/or Clarification of Order Pursuant to Section 105(a) of the Bankruptcy Code Enforcing the Protection of Sections 362 and 525 of the Bankruptcy Code [Docket No. 297; filed 4/9/09]

Objection Deadline:   April 27, 2009 at 4:00 p.m.

Objections/Responses Received:

A.   Response of Magna Entertainment Corp., *et al.*, to Motions of the State of Maryland and the Mayor and City Counsel of Baltimore for Reconsideration and/or Clarification of this Court's Stay Order [Docket No. 379; filed 4/22/09]

B.   Joinder of the Official Committee of Unsecured Creditors to Debtors' Response to Motions of the State of Maryland and the Mayor and City Counsel of Baltimore for Reconsideration and/or Clarification of this Court's Stay Order [Docket No. 390; filed 4/23/09]

Status: The hearing on this matter is continued until April 20, 2010 at 10:30 a.m.

4.   Motion of Rocco Belmonte for an Order Enlarging the Bar Date [Docket No 1037; filed 8/27/09]

Objection Deadline:  September 4, 2009 at 4:00 p.m.

Objections/Responses Received:  None at this time.

Related Documents:

i.   Compendium of Affidavits and Exhibits in Support of the Motion of Rocco Belmonte for an Order Enlarging the Bar Date and the Motion of Rocco Belmonte for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d)(1) [Docket No. 1038; filed 8/27/09]

Status: The hearing on this matter is continued until April 20, 2010 at 10:30 a.m.

5.   Motion of Rocco Belmonte for Relief from Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) [Docket No. 1040; filed 8/27/09]

Objection Deadline:  September 4, 2009 at 4:00 p.m.

Objections/Responses Received:  None at this time.

RLF1 3551743v 1

Status: The hearing on this matter is continued until April 20, 2010 at 10:30 a.m.

6.    Motion of Charlotte Wintermeyer for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Docket No. 1329; filed 10/22/09]

Objection Deadline:   November 11, 2009 at 4:00 p.m.; extended to December 9, 2009 at 4:00 p.m. for the Debtors

Objections/Responses Received:

A.    Limited Response of the Debtors in Opposition to Motion of Charlotte Wintermeyer for an Order Modifying the Automatic Stay to Allow Litigation [Docket No. 2068; filed 3/18/10]

Status: The hearing on this matter is continued until April 20, 2010 at 10:30 a.m.

7.    Motion of Franklin White for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Docket No. 1330; filed 10/22/09]

Objection Deadline:   November 11, 2009 at 4:00 p.m.; extended to December 9, 2009 at 4:00 p.m. for the Debtors

Objections/Responses Received:

A.    Response of the Debtors in Opposition to Motion of Franklin White for an Order Modifying the Automatic Stay to Allow Litigation [Docket No. 1538; filed 12/9/09]

Status: The hearing on this matter is continued until April 20, 2010 at 10:30 a.m.

8.    Motion of Donald Stridacchio for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Docket No. 1331; filed 10/22/09]

Objection Deadline:   November 11, 2009 at 4:00 p.m.; extended to December 9, 2009 at 4:00 p.m. for the Debtors

Objections/Responses Received:

A.    Limited Response of the Debtors in Opposition to Motion of Donald Stridacchio for an Order Modifying the Automatic Stay to Allow Litigation [Docket No. 2069; filed 3/18/10]

Status: The hearing on this matter is continued until April 20, 2010 at 10:30 a.m.

9.    Motion of Mac and Elsie Yassaie for Relief from Automatic Stay with Supporting Brief in Support [Docket No. 1430; filed 11/12/09]

Objection Deadline:   December 4, 2009 at 4:00 p.m.

RLF1 3551743v 1

Objections/Responses Received:

A. Response of the Debtors in Opposition to Motion of Mac and Elsie Yassaie for an Order Modifying the Automatic Stay to Allow Litigation [Docket No. 1539; filed 12/9/09]

Related Documents:

i. Notice of Motion [Docket No. 1484; filed 11/24/09]

Status: The hearing on this matter is continued until April 20, 2010 at 10:30 a.m.

10. Red Rock Administrative Services, LLC, Racing and Gaming Services, Ltd., AmWest Entertainment, LLC, Bettor Racing, Inc. d/b/a Royal River Racing, and the Elite Turf Club, N.V., v. Magna Entertainment Corp., Pacific Racing Association, Inc., MEC Land Holdings (California), Inc. Gulfstream Park Racing Association Inc., Laurel Racing Assoc., Inc., Los Angeles Turf Club, Inc., and the Santa Anita Companies, Inc. (Adv. Proc. No. 09-51155)

Related Documents:

i. Complaint for Declaratory and Other Relief [Adv. Docket No. 1; filed 6/30/09]

ii. Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Docket No. 2; filed 6/30/09]

iii. Amended and Restated Complaint for Declaratory and Other Relief [Adv. Docket No. 3; filed 6/30/09]

iv. Motion of Magna Entertainment Corp., et al., for an Order Dismissing the Amended and Restated Complaint [Adv. Docket No. 9; filed 8/12/09]

v. Plaintiffs' Opposition to Debtors' Motion to Dismiss [Adv. Docket No 12; filed 8/24/09]

vi. Uncontested Motion Seeking Leave of Court to Amend Complaint [Adv. Docket No. 16; filed 9/17/09]

vii. Notice of Completion of Briefing [Adv. Docket No. 20; filed 10/8/09]

viii. Order Granting Uncontested Motion Seeking Leave of Court to Amend Complaint [Adv. Docket No. 26; filed 10/6/09]

ix. Second Amended and Restated Complaint for Declaratory and Other Relief [Adv. Docket No. 26; filed 10/19/09]

x. Defendants' Motion for an Order Dismissing the Second Amended and Restated Complaint [Adv. Docket No. 31; filed 11/2/09]

xi. Defendants' Opening Brief in Support of Their Motion for an Order Dismissing the Second Amended and Restated Complaint [Adv. Docket No. 32; filed 11/2/09]

xii. Plaintiffs' Opposition to Defendants' Motion for an Order Dismissing the Second Amended and Restated Complaint [Adv. Docket No. 35; filed 11/16/09]

xiii. Defendants' Reply Brief in Support of Their Motion for an Order Dismissing the Second Amended and Restated Complaint [Adv. Docket No. 37; filed 11/23/09]

xiv. Request for Oral Argument [Adv. Docket No. 44; filed 11/30/09]

xv. Notice of Completion of Briefing [Adv. Docket No. 46; filed 12/3/09]

Status: The pre-trial conference on this matter is continued to a date to be determined.

11. Magna Entertainment Corp. v. PA Meadows, LLC, PA Mezzo, LLC, and Cannery Casino Resorts, LLC (Adv. Proc. No. 09-52212)

Related Documents:

i. Complaint for Damages and Injunctive Relief [Adv. Docket No. 1; filed 9/21/09]

ii. Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Docket No. 2; filed 9/21/09]

iii. Amended Complaint for Damages and Injunctive Relief [Adv. Docket No. 4; filed 10/12/09]

iv. Answer of PA Meadows, LLC to Amended Complaint for Damages and Injunctive Relief [Adv. Docket No. 7; filed 10/22/09]

v. Motion of PA Mezzo, LLC and Cannery Casino resorts, LLC to Dismiss Amended Complaint Under Fed. R. Civ. P. 12(b)(6) [Adv. Docket No. 8; filed 10/22/09]

vi. Opening Memorandum of Points and Authorities in Support of Motion to Dismiss Amended Complaint Under Fed. R. Civ. P. 12 (b)(6) [Adv. Docket No. 9; filed 10/22/09]

RLF1 3551743v 1

vii. Notice of Voluntary Dismissal of Defendants PA Mezzco, LLC and Cannery Casino Resorts, LLC Without Prejudice [Adv. Docket No. 21; filed 11/4/09]

viii. Scheduling Order [Adv. Docket No. 26; filed 11/24/09]

Status: By agreement of the parties and with the permission of the Court, the pretrial conference on this matter is continued to a date to be determined.

## II. UNCONTESTED MATTERS WITH CERTIFICATION OF NO OBJECTION

12. Debtors' Sixth Omnibus (Non-Substantive) Objection to Claims [Docket No. 1836; filed 2/16/10]

Objection Deadline: March 9, 2010 at 4:00 p.m.; extended to March 15, 2010 at 4:00 p.m. for John Deere and Deere and Company

Objections/Responses Received: None at this time.

Related Documents:

i. Notice of Submission of Copies of Proofs of Claims Relating to Debtors' Sixth Omnibus (Non-Substantive) Objection to Claims [Docket No. 1999; filed 3/9/10]

ii. Certification of No Objection [Docket No. 2063; filed 3/18/10]

iii. Proposed Form of Order

Status: A certification of no objection was filed on March 18, 2010. Accordingly, a hearing on this matter is necessary only to the extent the Court has questions or concerns.

13. Motion of the Debtors for Authorization Pursuant to Sections 363(b)(1) and 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019(a) to Enter into Settlements with Certain Prepetition Litigants [Docket No. 1877; filed 2/19/10]

Objection Deadline: March 9, 2010 at 4:00 p.m.

Objections/Responses Received: None at this time.

Related Documents:

i. Certification of No Objection [Docket No. 2064; filed 3/18/10]

ii. Proposed Form of Order

RLF1 3551743v 1

iii.    Order Approving Settlements with Certain Prepetition Litigants Pursuant to Sections 363(b)(1) and 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019(a) [Docket No. 2122; filed 3/22/10]

Status: On March 22, 2010, the Court entered an Order granting the requested relief in connection with this matter. Accordingly, no hearing with respect to this matter is necessary.

14.    Debtors' Application Pursuant to Section 327(e) and 328(a) of the Bankruptcy Code and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure to Employ and Retain Pennington, Moore, Wilkinson, Bell & Dunbar, PA as Special Counsel to the Debtors *Nunc Pro Tunc* to November 1, 2009 [Docket No. 1995; filed 3/8/10]

Objection Deadline:    March 16, 2010 at 4:00 p.m.

Objections/Responses Received:  None at this time.

Related Documents:

i.    Certification of No Objection [Docket No. 2065; filed 3/18/10]

ii.    Proposed Form of Order

iii.    Order Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code and Rule 2014(a) of the Federal Rules of Bankruptcy procedure Authorizing the Debtors to Employ and Retain Pennington, Moore, Wilkinson, Bell & Dunbar, P.A. as Special Counsel to the Debtors *Nunc Pro Tunc* to November 1, 2009 [Docket No. 2123; filed 3/22/10]

Status: On March 22, 2010, the Court entered an Order granting the requested relief in connection with this matter. Accordingly, no hearing with respect to this matter is necessary.

## III.   UNCONTESTED MATTERS

15.    Motion of the Debtors for Order Pursuant to Sections 105 and 363 of the Bankruptcy Code and Bankruptcy Rule 2002, 6004 and 6006 Authorizing the Sale of Magna Entertainment's Interest in Fex Straw Manufacturing, Inc. [Docket No. 1963; filed 3/2/10]

Objection Deadline:    March 16, 2010 at 4:00 p.m.

Objections/Responses Received:  None at this time.

Status: The hearing on this matter will go forward.

16. Emergency Motion of the Debtors Pursuant to 11 U.S.C. §§ 105 and 364 and Bankruptcy Rules 4001 and 6004 to Enter into the First Amendment to the Second Amended and Restated Debtor in Possession Credit Agreement with MID US Financing [Docket No. 1909; filed 2/26/10]

Objection Deadline: March 18, 2010 at 4:00 p.m.

Objections/Responses Received: None at this time.

Related Documents:

    i.    Interim Order (I) Authorizing the Debtors to Enter into First Amendment to Second Amended and Restated Debtor in Possession Credit Agreement and (II) Supplemental Final DIP Orders [Docket No. 1975; filed 3/3/10]

    ii.    Notice of Interim Order and Final Hearing [Docket No. 1983; filed 3/4/10]

Status: The hearing on this matter will go forward.

17. Motion of the Debtors for Authorization to Enter into the Stewart Productions Contract Pursuant to Section 363(b) of the Bankruptcy Code [Docket No. 2048; filed 3/16/10]

Objection Deadline: March 22, 2010 at 4:00 p.m.

Objections/Responses Received: None at this time.

Related Documents:

    i.    Motion of the Debtors for Authorization Pursuant to Local Bankruptcy Rule 9006-1(e) for an Order Shortening the Time to Consider the Stewart Motion [Docket No. 2049; filed 3/16/10]

    ii.    Order Shortening the Time to Consider the Motion of the Debtors for to Enter into the Stewart Productions Contract [Docket No. 2052; filed 3/16/10]

Status: The hearing on this matter will go forward.

## IV.   CONTESTED MATTERS

18. Motion of Carolyn and Raymond Nolin for Relief from Automatic Stay and Motion to Abstain [Docket No. 1229; filed 9/29/09]

Objection Deadline: October 7, 2009 at 4:00 p.m.

A.  Response of the Debtors in Opposition to Motion of Carolyn and Raymond Nolin for an Order Modifying the Automatic Stay to Allow Litigation [Docket No. 1254; filed 10/7/09]

B.  Joinder of the Official Committee of Unsecured Creditors to Response of the Debtors in Opposition to Motion of Carolyn and Raymond Nolin for an Order Modifying the Automatic Stay to Allow Litigation [Docket No. 1257; filed 10/7/09]

Status: The hearing on this matter is continued until April 20, 2010 at 10:30 a.m.

19.  Debtors' Second Omnibus (Non-Substantive) Objection to Claims [Docket No. 1589; filed 12/22/09]

Objection Deadline:   January 5, 2010 at 4:00 p.m.

Objections/Responses Received:

A.  Objection by Carol M. Curland Estate of Myrtle Curland to Debtors' Second Omnibus (Non-Substantive) Objection to Claims [Docket No. 1643; filed 1/4/10]

B.  Response to Notice of Debtors' Second Omnibus (Non-Substantive) Objection to Claims by Carol M. Curland [Docket No 1705; filed 1/22/10]

Related Documents:

i.  Order Granting Debtors' Second Omnibus (Non-Substantive) Objection to Claims [Docket No. 1713; filed 1/26/10]

ii.  Corrected Order Granting Debtors' Second Omnibus (Non-Substantive) Objection to Claims [Docket No. 1722; filed 1/28/10]

iii.  Motion for Court's Clarification of Disposition of Claim No. 752 filed by Carol M. Curland [Docket No. 1988; filed 3/5/10]

Status: A prior order has been entered resolving certain objections to claims. This matter with respect to the Carol M. Curland claims will go forward.

20.  Motion of Debtors for Order Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004 and 6006 (I) Approving Cure Procedures and (II) Authorizing the Sale of the Maryland Jockey Club Assets [Docket No. 1794; filed 2/11/10]

Objection Deadline:    February 24, 2010 at 4:00 p.m.

Objections/Responses Received:  None at this time.

Related Documents:

i.    Motion of Debtors for an Order (A) Scheduling an Auction at Which the Debtors Will Solicit Higher and Better Offers in Connection with the Sale of the Pool III, Assets, (B) Approving the Bidding Procedures Such Assets, (C) Approving the From and Scope of Notice and (D) Granting Related Relief [Docket No. 1275; filed 10/9/09]

ii.   Objection of the State of Maryland to the Bidding Procedures Motion and the Related Motion to Shorten Time Filed by the Debtors [Docket No. 1298; filed 10/14/09]

iii.  Memorandum in Support of Maryland's Right of First Refusal [Docket No. 1637; filed 1/4/10]

iv.   Motion of Debtors for Authorization Pursuant to Local Bankruptcy Rule 9006-1(e) for an Order Shortening the Time to Consider the Maryland Jockey Club Sale Motion [Docket No. 1823; filed 2/16/10]

v.    Amended Memorandum in Support of Maryland's Right of First Refusal [Docket No. 1872; filed 2/18/10]

vi.   Fourth Notice of Adjournment of Auction and Sale Hearing for Maryland Jockey Club [Docket No. 1873; filed 2/19/10]

vii.  Amended Notice of Motion of the Debtors for Order Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004 and 6006 (I) Approving Cure Procedures and (II) Authorizing the Sale of the Maryland Jockey Club Assets [Docket No. 1916; filed 2/26/10]

viii. Notice of Revised Cure Procedures for the Sale of Maryland Jockey Club [Docket No. 2046; filed 3/16/10]

ix.   Reply of the Debtors to Amended Memorandum in Support of Maryland's Right of First Refusal [Docket No. 2120; filed 3/22/10]

x.    **Joinder of the Official Committee of Unsecured Creditors to Reply of the Debtors to Amended Memorandum in Support of Maryland's Right of First Refusal [Docket No. 2131; filed 3/22/10]**

xi.   **Maryland's Response to the Reply of the Debtors to Amended Memorandum in Support of Maryland's Right of First Refusal [Docket No. 2132; filed 3/22/10]**

13

Status: The hearing with respect to the right of first refusal asserted by Maryland will go forward. The sale hearing is continued to April 7, 2010 at 3:00 p.m.

21.     Debtors' Seventh Omnibus (Substantive) Objection to Claims [Docket No. 1839; filed 2/16/10]

Objection Deadline:    March 9, 2010 at 4:00 p.m.; extended to March 15, 2010 at 4:00 p.m. for John Deere and Deere and Company

Objections/Responses Received:

A.     Response of WestChester Fire Insurance Company and ACE USA to Debtors' Seventh Omnibus Objection to Claims [Docket No. 1997; filed 3/9/10]

B.     Response of Bettor Racing Inc. Claim No. 1331, to Debtors' Seventh Omnibus Objection to Claims [Docket No. 1998; filed 3/9/10]

Related Documents:

i.     Notice of Submission of Copies of Proofs of Claims Relating to Debtors' Seventh Omnibus (Substantive) Objection to Claims [Docket No. 2000; filed 3/9/10]

Status: The hearing on this matter will go forward. The individual status of each claim subject to this matter is listed on the attached Exhibit A.

22.     Notice of Hearing to Consider Approval of Disclosure Statement for the Joint Plan of Affiliated Debtors, the Official Committee of Unsecured Creditors, MI Developments, Inc., MI Developments US Financing Inc. Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 1859; filed 2/18/10]

Objection Deadline:    March 19, 2010 at 4:00 p.m.

Objections/Responses Received:  None at this time.

Related Documents:

i.     Joint Plan of Affiliated Debtors, the Official Committee of Unsecured Creditors, MI Developments, Inc., MI Developments US Financing Inc. Pursuant to Chapter 11 of the of the United States Bankruptcy Code [Docket No. 1857; filed 2/18/10]

ii.     Disclosure Statement for the Joint Plan of Affiliated Debtors, the Official Committee of Unsecured Creditors, MI Developments, Inc., MI Developments US Financing Inc. Pursuant to Chapter 11 of the of the United States Bankruptcy Code [Docket No. 1858; filed 2/18/10]

RLF1 3551743v 1

iii.     Amended Joint Plan of Affiliated Debtors, the Official Committee of Unsecured Creditors, MI Developments, Inc., MI Developments US Financing Inc. Pursuant to Chapter 11 of the of the United States Bankruptcy Code [Docket No. 2124; filed 3/22/10]

iv.     Disclosure Statement for the Amended Joint Plan of Affiliated Debtors, the Official Committee of Unsecured Creditors, MI Developments, Inc., MI Developments US Financing Inc. Pursuant to Chapter 11 of the of the United States Bankruptcy Code [Docket No. 2125; filed 3/22/10]

v.     **Second Amended Joint Plan of Affiliated Debtors, the Official Committee of Unsecured Creditors, MI Developments, Inc., MI Developments US Financing Inc. Pursuant to Chapter 11 of the of the United States Bankruptcy Code [Docket No. 2133; filed 3/23/10]**

vi.     **Disclosure Statement for the Second Amended Joint Plan of Affiliated Debtors, the Official Committee of Unsecured Creditors, MI Developments, Inc., MI Developments US Financing Inc. Pursuant to Chapter 11 of the of the United States Bankruptcy Code [Docket No. 2134; filed 3/23/10]**

Status: The hearing on this matter will go forward.

23.     Motion of the Debtors for an Order (I) Approving the Disclosure Statement, (II) Approving Notice of the Disclosure Statement Hearing, (III) Fixing a Record Date, (IV) Approving Solicitation Packages and Procedures for Distribution Thereof, (V) Approving Forms of Ballot and Procedures for Tabulation of Votes on Plan of Reorganization and (VI) Scheduling a Hearing and Approving Notice and Objection Procedures in Respect of Confirmation of Plan of Reorganization [Docket No. 1864; filed 2/18/10]

Objection Deadline:    March 19, 2010 at 4:00 p.m.

Objections/Responses Received:

A.     Informal comments from the United States Trustee

B.     Opposition of the California Horse Racing Board to the Debtor's Disclosure Statement [Docket No. 2057; filed 3/18/10]

C.     Zurich American Insurance Company's Objection to Approval of Disclosure Statement [Docket No. 2070; filed 3/19/10]

D.     Response to Debtors' Disclosure Statement filed by James K. Waters [Docket No. 2071; filed 3/19/10]

RLF1 3551743v 1

E.     Response to Debtors Disclosure Statement filed by William B. Bayne Jr. [Docket No. 2072; filed 3/18/10]

F.     Response to Debtors Disclosure Statement filed by William T. Payne [Docket No. 2073; filed 3/18/10]

G.     Response to Debtors Disclosure Statement filed by Gerald R. Zinke [Docket No. 2074; filed 3/18/10]

H.     Response to Debtors Disclosure Statement filed by Michael F. DeMarrais [Docket No. 2075; filed 3/18/10]

I.     Response to Debtors Disclosure Statement filed by Glenn G. Mattson Jr. [Docket No. 2076; filed 3/18/10]

J.     Response to Debtors Disclosure Statement filed by Glenn G. Mattson [Docket No. 2077; filed 3/18/10]

K.     Objection of the County of Los Angeles Tax Collector to Motion of the Debtors for an Order (I) Approving the Disclosure Statement, (II) Approving Notice of the Disclosure Statement Hearing, (III) Fixing a Record Date, (IV) Approving Solicitation Packages and Procedures for Tabulation of Votes on Plan of Reorganization and (VI) Scheduling a Hearing and Approving Notice and Objection Procedures in Respect of Confirmation of Plan of Reorganization [Docket No. 2079; filed 3/19/10]

L.     Limited Objection and Reservation of Rights of Red Rock Administrative Services LLC, Racing and Gaming Services. Ltd., AmWest Entertainment, LLC, Bettor Racing, Inc. D/B/A Royal River Racing, and The Elite Turf Club, N.V. to Motion of the Debtors for an Order (I) Approving the Disclosure Statement, (II) Approving Notice of the Disclosure Statement Hearing, (III) Fixing a Record Date, (IV) Approving Solicitation Packages and Procedures for Distribution Thereof, (V) Approving Forms of Ballots and Procedures for Tabulation of Votes on Plan of Reorganization and (VI) Scheduling a Hearing and Approving Notice and Objection Procedures in Respect of Confirmation of Plan of Reorganization (Docket No. 1864) [Docket No. 2080; filed 3/19/10]

M.     Florida Department of Business & Professional Regulation, Division of Pari-Mutuel Wagering's Objection to the Disclosure Statement for the Joint Plan of Affiliated Debtors, the Official Committee of Unsecured Creditors, MI Developments Inc. and MI Developments US Financing Inc. Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 2081; filed 3/19/10]

N. Objection of the State of Maryland to the Disclosure Statement for the Joint Plan of Affiliated Debtors, the Official Committee of Unsecured Creditors, MI Developments Inc. and MI Developments US Financing Inc. [Docket No. 2082; filed 3/19/10]

O. Request for Judicial Notice in Support of Opposition of the California Horse Racing Board to the Debtor's Disclosure Statement [Docket No. 2083; filed 3/19/10]

P. Objection to Approval of Disclosure Statement by Santa Anita Associates, LLC and its Managing Member, Santa Anita Associates Holding Co., LLC [Docket No. 2084; filed 3/19/10]

Q. Greenlight Capital Offshore Partners' (I) Objection to Disclosure Statement for the Joint Plan of Affiliated Debtors, the Official Committee of Unsecured Creditors, MI Developments Inc. and MI Developments US Financing Inc. Pursuant to Chapter 11 of the United States Bankruptcy Code, and (II) Reservation of Rights [Docket No. 2085; filed 3/19/10]

R. Wells Fargo Bank, N.A.'s Objection to Disclosure Statement for the Joint Plan of Affiliated Debtors, the Official Committee of Unsecured Creditors, MI Developments Inc. and MI Developments US Financing Inc. Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 2086; filed 3/19/10]

S. Objection of California Race Track Pension Plan to Motion of the Debtors for an Order (I) Approving the Disclosure Statement, (II) Approving Notice of the Disclosure Statement Hearing, (III) Fixing a Record Date, (IV) Approving Solicitation Packages and Procedures for Distribution Thereof, (V) Approving Forms of Ballots and Procedures for Tabulation of Votes on Plan of Reorganization and (VI) Scheduling a Hearing and Approving Notice and Objection Procedures in Respect of Confirmation of Plan of Reorganization (Docket No. 1860) [Docket No. 2089; filed 3/19/10]

T. Objection of PNC Bank, National Association, to the Disclosure Statement for the Joint Plan of Affiliated Debtors, the Official Committee of Unsecured Creditors, MI Developments Inc. and MI Developments US Financing Inc. [Docket No. 2090; filed 3/19/10]

U. Limited Objection of FC Gulfstream Park, Inc. to Disclosure Statement [Docket No. 2092; filed 3/19/10]

V. Limited Objection to Disclosure Statement by Secured Creditor County of Riverside, California, a California Taxing Authority [Docket No. 2094; filed 3/19/10]

RLF1 3551743v 1

W.   Omnibus Response of Debtors to Objections to Motion of the Debtors for an Order (I) Approving the Amended Disclosure Statement, (II) Approving Notice of the Disclosure Statement Hearing, (III) Fixing a Record Date, (IV) Approving Solicitation Packages and Procedures for Distribution Thereof, (V) Approving Forms of Ballots and Procedures for Tabulation of Votes on Plan of Reorganization and (VI) Scheduling a Hearing and Approving Notice and Objection Procedures in Respect of Confirmation [Docket No. 2126; filed 3/22/10]

Related Documents:

i.   Joint Plan of Affiliated Debtors, the Official Committee of Unsecured Creditors, MI Developments, Inc., MI Developments US Financing Inc. Pursuant to Chapter 11 of the of the United States Bankruptcy Code [Docket No. 1857; filed 2/18/10]

ii.  Disclosure Statement for the Joint Plan of Affiliated Debtors, the Official Committee of Unsecured Creditors, MI Developments, Inc., MI Developments US Financing Inc. Pursuant to Chapter 11 of the of the United States Bankruptcy Code [Docket No. 1858; filed 2/18/10]

iii. Notice of Filing of Exhibit "I" to Motion of the Debtors for an Order (I) Approving the Disclosure Statement, (II) Approving Notice of Disclosure Statement Hearing, (III) Fixing a Record Date, (IV) Approving Solicitation Packages and Procedures Distribution Thereof, (V) Approving Forms of Ballot and Procedures for Tabulation of Votes on Plan of Reorganization and (VI) Scheduling a Hearing and Approving Notice and Objection Procedures in Respect of Confirmation of Plan of Reorganization [Docket No. 1869; filed 2/18/10]

iv.  Amended Joint Plan of Affiliated Debtors, the Official Committee of Unsecured Creditors, MI Developments, Inc., MI Developments US Financing Inc. Pursuant to Chapter 11 of the of the United States Bankruptcy Code [Docket No. 2124; filed 3/22/10]

v.   Disclosure Statement for the Amended Joint Plan of Affiliated Debtors, the Official Committee of Unsecured Creditors, MI Developments Inc., MI Developments US Financing Inc. Pursuant to Chapter 11 of the of the United States Bankruptcy Code [Docket No. 2125; filed 3/22/10]

vi.  Notice of Blacklines of (I) Amended Joint Plan of Affiliated Debtors, The Official Committee of Unsecured Creditors, MI Developments Inc., and MI Developments US Financing Inc. Pursuant to Chapter 11 of the United States Bankruptcy Code and (II) Disclosure Statement for the Amended Joint Plan of Affiliated Debtors, The Official Committee of Unsecured Creditors, MI Developments Inc., MI Developments US Financing Inc.

Pursuant to Chapter 11 of the of the United States Bankruptcy Code [Docket No. 2127; filed 3/22/10]

vii. **Second Amended Joint Plan of Affiliated Debtors, the Official Committee of Unsecured Creditors, MI Developments, Inc., MI Developments US Financing Inc. Pursuant to Chapter 11 of the of the United States Bankruptcy Code [Docket No. 2133; filed 3/23/10]**

viii. **Disclosure Statement for the Second Amended Joint Plan of Affiliated Debtors, the Official Committee of Unsecured Creditors, MI Developments Inc., MI Developments US Financing Inc. Pursuant to Chapter 11 of the of the United States Bankruptcy Code [Docket No. 2134; filed 3/23/10]**

ix. **Notice of Blacklines of (I) Second Amended Joint Plan of Affiliated Debtors, The Official Committee of Unsecured Creditors, MI Developments Inc., and MI Developments US Financing Inc. Pursuant to Chapter 11 of the United States Bankruptcy Code and (II) Disclosure Statement for the Second Amended Joint Plan of Affiliated Debtors, The Official Committee of Unsecured Creditors, MI Developments Inc., MI Developments US Financing Inc. Pursuant to Chapter 11 of the of the United States Bankruptcy Code [Docket No. 2135; filed 3/23/10]**

Status: The hearing on this matter will go forward.

24. Motion of the Debtors for Authorization Pursuant to Section 105(a) of the Bankruptcy Code to Enter into Stipulation Between the Debtors and Latin American Racing Channel, Inc. Modifying the Letter Agreement [Docket No. 1875; filed 2/19/10]

Objection Deadline: March 9, 2010 at 4:00 p.m.

Objections/Responses Received:

A. Florida Department of Business & Professional Regulation, Division of Pari-Mutuel Wagering's Limited Objection to the Stipulation Between the Debtors and Latin American Racing Channel, Inc. [Docket No. 1993; filed 3/8/10]

Status: The hearing on this matter will go forward.

## V. ADVERSARY PROCEEDING STATUS CONFERENCES

25. Alameda County Agricultural Fair Association v. Magna Entertainment Corp. (Adv. Proc. No. 10-50193)

Related Documents:

i.   Complaint for Declaratory and Other Relief [Adv. Docket No. 1; filed 2/8/10]

ii.  Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Docket No. 3; filed 2/9/10]

Status: The pre-trial conference on this matter is continued to April 20, 2010 at 10:30 a.m.

## VI.  **ADDITIONAL MATTER**

26.  Debtors' Motion Under Bankruptcy Rule 9019 for an Order Approving Agreement with Participating Members, Joseph and Karin De Francis, Committee and MID [Docket No. 2108; filed 3/21/10]

Objection Deadline:  at the hearing

Related Documents:

i.   Notice of Filing of Signature Pages to Agreement Between Debtors, Participating Members, Joseph and Karin De Francis, Committee and MID [Adv. Docket No. 2118; filed 3/22/10]

Status: Pursuant to this Court's teleconference hearing held on March 17, 2010, this matter is going forward.

Dated: March 23, 2010
Wilmington, Delaware

*Katherine Good*

Mark D. Collins, Esq. (No. 2981)
L. Katherine Good, Esq. (No. 5101)
Drew G. Sloan, Esq. (No. 5069)
Tyler D. Semmelman, Esq. (No. 5386)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Marcia L. Goldstein, Esq.
Brian S. Rosen, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for the Debtors and
Debtors in Possession*

21

# EXHIBIT A

Exhibit A

| Disputed Claims | | |
|---|---|---|
| Name of Claimant | Claim Number | Status of Claim |
| Anne Arundel County, Maryland | 1616 | The hearing on this matter is going forward. |
| Bettor Racing Inc. dba Royal River Racing | 1331 | Response filed on 3/9/10 [Dkt. No. 1998]. The Debtors are withdrawing their objection to this claim. |
| BGE | 888 | The hearing on this matter is going forward. |
| Bowen & Kron Enterprises Inc. | 642 | The hearing on this matter is going forward. |
| Creditor Liquidity LP | 251 | The hearing on this matter is going forward. |
| Deere Credit Inc. | 1182 | The hearing on this matter is going forward. |
| Edrich Lumber Inc. | 536 | The hearing on this matter is going forward. |
| FPC Financial, f.s.b. | 1123 | The hearing on this matter is going forward. |
| Northeastern Supply Inc. | 381 | The hearing on this matter is going forward. |
| The Leffler Agency | 822 | The hearing on this matter is going forward. |
| United Tote Company | 725 | The hearing on this matter is going forward. |

In re: Magna Entertainment Corp. et al.
Case No.. 09-10720

1

**No Liability Claims**

| Name of Claimant | Claim Number | Status of Claim |
|---|---|---|
| ACE USA Westchester Fire Insurance Company | 649 | Response filed on 3/9/10 [Dkt. No. 1997]. The Debtors are withdrawing their objection to this claim. |
| ACE USA Westchester Fire Insurance Company | 656 | Response filed on 3/9/10 [Dkt. No. 1997]. The Debtors are withdrawing their objection to this claim. |
| Anne Arundel County Maryland | 1615 | The hearing on this matter is going forward. |
| Blood Horse Publications | 1344 | The hearing on this matter is going forward. |
| Brinks | 239 | The hearing on this matter is going forward. |
| Deere & Company | 1181 | The hearing on this matter is going forward. |
| Graef Mary Frances | 1458 | The hearing on this matter is going forward. |
| Hearst Argyle TV | 1257 | The hearing on this matter is going forward. |
| Hearst Radio Inc. | 1226 | The hearing on this matter is going forward. |
| Pollard & Associates Inc. | 946 | The hearing on this matter is going forward. |
| Roberts Communications Network Inc. | 994 | The hearing on this matter is going forward. |
| Ryder Truck Rental Inc. | 516 | The hearing on this matter is going forward. |
| S Walter Packaging Corporation | 384 | The hearing on this matter is going forward. |
| The Perfect Wedding Guide | 438 | The hearing on this matter is going forward. |
| Tioga Downs | 427 | The hearing on this matter is going forward. |
| WTOP FM | 256 | Informal response received. The hearing on this matter is adjourned to a future omnibus hearing date. |

In re: Magna Entertainment Corp. et al.
Case No. 09-10720