# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | Magna Entertainment Corp. |
| **Case Number:** | 09-10720-MFW  **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, MARCH 23, 2010 10:30 AM   CRT#4, 5TH FL. |
| **Bankruptcy Judge:** | MARY F. WALRATH |
| **Courtroom Clerk:** | LAURIE CAPP |
| **Reporter / ECR:** | BRANDON MCCARTHY |

## *Matters:*

1) Omnibus
   **R / M #:**   2,136 / 0

2) Disclosure
   **R / M #:**   0 / 0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Agenda Matters:
    Items 1 through 11 - Continued
    Item 12 - Continued
    Items 13 and 14 - Orders entered under CNOs
    Item 15 - Order entered
    Item 16 - Order entered
    Items 17 through 21 - Continued
    Items 22 and 23 - Order due under Certification of Counsel
    Item 24 and 25 - Continued
    Item 26 - Order entered