UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| MAGNA ENTERTAINMENT CORP., *et al.*, | : | **Case No. 09-10720 (MFW)** |
| | : | |
| | : | **Jointly Administered** |
| Debtors. | : | |
| | : | Re: Docket No. 1361 |

# NOTICE OF ADJOURNMENT OF
# AUCTION AND SALE HEARING FOR MARYLAND JOCKEY CLUB

PLEASE TAKE NOTICE that, based upon the reasons set forth on the record at the hearing on March 23, 2010, before the Honorable Mary F. Walrath, United States Bankruptcy Judge, in Courtroom No. 4 of the United States Bankruptcy Court, 824 North Market Street, 5th Floor, Wilmington, Delaware 19801, the auction for Maryland Jockey Club or its assets, in whole or in part, scheduled for March 25, 2010, pursuant to that certain order, dated October 28, 2009 (the "MJC Bid Procedures Order")[1] [Docket No. 1361], **is hereby adjourned to a date to be determined.**

PLEASE TAKE FURTHER NOTICE that the hearing to consider the sale of Maryland Jockey Club or its assets, in whole or in part, scheduled for April 7, 2010 (the "MJC Sale Hearing") pursuant to the MJC Bid Procedures Order, **is hereby adjourned to a date to be determined.**

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the MJC Bid Procedures Order.

Dated: March 24, 2010
      Wilmington, Delaware

*Katherine Good*
Mark D. Collins, Esq. (No. 2981)
L. Katherine Good, Esq. (No. 5101)
Drew G. Sloan, Esq. (No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Marcia L. Goldstein, Esq.
Brian S. Rosen, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007