UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

-------------------------------------------------------------x

| | | |
|---|---|---|
| *In re* | : | **Chapter 11** |
| | : | |
| **MAGNA ENTERTAINMENT CORP., *et al.*,[1]** | : | **Case No. 09-10720 (MFW)** |
| | : | |
| Debtors. | : | **Jointly Administered** |
| | : | |

-------------------------------------------------------------x

| | | |
|---|---|---|
| REDROCK ADMINISTRATIVE SERVICES LLC, RACING AND GAMING SERVICES, LTD., AMWEST ENTERTAINMENT, LLC, BETTOR RACING, INC. D/B/A ROYAL RIVER RACING, AND THE ELITE TURF CLUB, N.V., | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | **Adv. Proc. No. 09-51155 (MFW)** |
| | : | |
| MAGNA ENTERTAINMENT CORP., PACIFIC RACING ASSOCIATION, INC., MEC LAND HOLDINGS (CALIFORNIA), INC., GULFSTREAM PARK RACING ASSOC., INC., LOS ANGELES TURF CLUB, INC., AND THE SANTA ANITA COMPANIES, INC., | : | |
| | : | |
| Defendants. | : | |

-------------------------------------------------------------x

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: (i) Magna Entertainment Corp., 8374; (ii) The Santa Anita Companies, Inc., 6180; (iii) Los Angeles Turf Club, Incorporated, 6200; (iv) Pacific Racing Association, 5367; (v) MEC Land Holdings (California) Inc., 7410; (vi) Gulfstream Park Racing Association Inc., 6292; (vii) GPRA Thoroughbred Training Center, Inc., 2326; (viii) MEC Dixon, Inc., 7005; (ix) MEC Holdings (USA) Inc., 8494; (x) Sunshine Meadows Racing, Inc., 4288; (xi) Thistledown, Inc., 5742; (xii) MEC Maryland Investments, Inc., 4637; (xiii) 30000 Maryland Investments LLC, 1704, (xiv) Old RP, Inc., 2024; (xv) GPRA Commercial Enterprises Inc., 6156; (xvi) Pimlico Racing Association, Inc., 4527; (xvii) The Maryland Jockey Club of Baltimore City, Inc., 3840; (xviii) Laurel Racing Association Limited Partnership, 0504; (xix) Laurel Racing Assoc., Inc., 0505; (xx) Prince George's Racing, Inc., 6493; (xxi) Southern Maryland Racing, Inc., 9850; (xxii) Southern Maryland Agricultural Association, 9661; (xxiii) Maryland Jockey Club, Inc., 3124; and (xxiv) AmTote International, Inc., 1143; (xxv) MEC Pennsylvania Racing Services, Inc., 9924; and (xxvi) MEC Lone Star, LP, 0489.

```
----------------------------------------------------------------x
MAGNA ENTERTAINMENT CORP.,              :
                                        :
            Plaintiff,                  :
                                        :
      v.                                :        Adv. Proc. No. 09-52212 (MFW)
                                        :
PA MEADOWS, LLC, PA MEZZCO, LLC,        :
and CANNERY CASINO RESORTS, LLC,        :
                                        :
            Defendants.                 :
----------------------------------------------------------------x
ALAMEDA COUNTY AGRICULTURAL             :
FAIR ASSOCIATION et al.,                :
                                        :
            Plaintiffs,                 :
                                        :
      v.                                :        Adv. Proc. No. 10-50193 (MFW)
                                        :
MAGNA ENTERTAINMENT CORP. et al.,       :
                                        :
            Defendants.                 :
----------------------------------------------------------------x
```

## NOTICE OF *SECOND AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 20, 2010 AT 10:30 A.M.[3]

I.    **CONTINUED MATTERS**

1.    Motion of Greenlight Capital Offshore Partners for Order (I) Directing the Appointment of an Examiner Pursuant to 11 U.S.C. § 1104(c) and Fed. R. Bankr. P. 2007.1(a), or in the Alternative, (II) Directing the Appointment of a Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104(a) [Docket No. 198; filed 3/27/09]

Objection Deadline:   April 14, 2009 at 4:00 p.m.; extended for the United States Trustee until April 15, 2009 at 4:00 p.m.

---

[2] **Amended agenda items appear in bold.**

[3] Parties wishing to appear telephonically at this hearing must contact CourtCall via telephone (866-582-6878) or facsimile (866-533-2946) no later than 12:00 p.m. on April 19, 2010.

RLF1 3561816v.1

Objections/Responses Received:

A.    Response of Magna Entertainment Corp. in Opposition to the Motion of Greenlight Capital Offshore Partners for Order Directing the Appointment of an Examiner, or, in the Alternative, Directing the Appointment of a Chapter 11 Trustee [Docket No. 317; filed 4/14/09]

B.    United States Trustee's Response to Motion of Greenlight Capital Offshore Partners for Order (I) Directing Appointment of Examiner Pursuant to 11 U.S.C. § 1104(c) or, in the Alternative (II) Directing the Appointment of a Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104(a), and the United States Trustee's Independent Request for Appointment of Examiner on Alternative Grounds (D.I. 198) [Docket No. 322; filed 4/15/09]

C.    Notice of Filing of Additional Exhibits to Response of Magna Entertainment Corp. in Opposition to the Motion of Greenlight Capital Offshore Partners for Order Directing the Appointment of an Examiner, or, in the Alternative, Directing the Appointment of a Chapter 11 Trustee [Docket No. 328; filed 4/15/09]

D.    Amended and Corrected Response of Magna Entertainment Corp. in Opposition to the Motion of Greenlight Capital Offshore Partners for Order Directing the Appointment of an Examiner, or, in the Alternative, Directing the Appointment of a Chapter 11 Trustee [Docket No. 334; filed 4/16/09]

E.    Supplemental Response and Objection of the Official Committee of Unsecured Creditors of Magna Entertainment Corp., *et al.* to Greenlight Capital Offshore Partners' Motion for the Appointment of an Examiner, or in the Alternative, Directing the Appointment of a Chapter 11 Trustee [Docket No. 359; filed 4/19/09]

F.    Supplemental Response of Greenlight in Support of Motion of Greenlight Capital Offshore Partners for Order (I) Directing Appointment of Examiner Pursuant to 11 U.S.C. § 1104(c) and Fed. R. Bankr. P. 2007.1(a) or, in the Alternative (II) Directing the Appointment of a Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104(a), and the United States Trustee's Independent Request for Appointment of Examiner on Alternative Grounds [Docket No. 478; filed 5/1/09]

G.    Statement of Support of MI Developments Inc. and MID Islandi SF. to the Supplemental Response and Objection of the Official Committee of Unsecured Creditors to the Motion of Greenlight Capital Offshore Partners for an Order (I) Directing the Appointment of an Examiner or, in the Alternative, (II) Directing the Appointment of a Chapter 11 Trustee [Docket No. 481; filed 5/1/09]

H.        Opposition of MI Developments Inc. and MID Islandi SF. to the Motion of Greenlight Capital Offshore Partners to Strike the Hutchinson Declaration filed May 1, 2009 [Docket No. 646; filed 6/4/09]

Related Documents:

i.        Reservation of Rights of the Official Committee of Unsecured Creditors of Magna Entertainment Corp., *et al.* to Greenlight Capital Offshore Partners' Motion for the Appointment of an Examiner, or in the Alternative, Directing the Appointment of a Chapter 11 Trustee [Docket No. 313; filed 4/14/09]

ii.      Notice of Rescheduled Hearing on Motion of Greenlight Capital Offshore Partners for Order (I) Directing the Appointment of an Examiner Pursuant to 11 U.S.C. § 1104(c) and Fed. R. Bankr. P. 2007.1(a), or in the Alternative, (II) Directing the Appointment of a Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104(a) [Docket No. 370; filed 4/20/09]

iii.     Declaration of John G. Hutchinson [Docket No. 480; filed 5/1/09]

iv.     Motion of Greenlight Capital Offshore Partners to Strike Hutchinson Declaration Filed May 1, 2009 [Docket No. 485; filed 5/3/09]

Status: The hearing on this matter is continued to a date to be determined.

2.      Motion of the State of Maryland to Reconsider Order Entered on March 6, 2009 Pursuant to Section 105(a) of the Bankruptcy Code Enforcing the Protections of Sections 362 and 525 of the Bankruptcy Code [Docket No. 237; filed 4/3/09]

Objection Deadline:    April 21, 2009 at 4:00 p.m.

Objections/Responses Received:

A.       Response of Magna Entertainment Corp., *et al.*, to Motions of the State of Maryland and the Mayor and City Counsel of Baltimore for Reconsideration and/or Clarification of this Court's Stay Order [Docket No. 379; filed 4/22/09]

B.       Joinder of the Official Committee of Unsecured Creditors to Debtors' Response to Motions of the State of Maryland and the Mayor and City Counsel of Baltimore for Reconsideration and/or Clarification of this Court's Stay Order [Docket No. 390; filed 4/23/09]

Related Documents:

i.        Notice of Hearing on the State of Maryland's Motion to Reconsider Order Entered on March 6, 2009 Pursuant to Sections 105(a) of the Bankruptcy

Code Enforcing the Protections of Sections 362 and 525 of the Bankruptcy Code [Docket No. 238; filed 4/3/09]

Status: The hearing on this matter is continued to June 17, 2010 at 2:00 p.m.

3.  Motion of the Mayor & City Counsel of Baltimore for Reconsideration and/or Clarification of Order Pursuant to Section 105(a) of the Bankruptcy Code Enforcing the Protection of Sections 362 and 525 of the Bankruptcy Code [Docket No. 297; filed 4/9/09]

    Objection Deadline:  April 27, 2009 at 4:00 p.m.

    Objections/Responses Received:

    A.  Response of Magna Entertainment Corp., *et al.*, to Motions of the State of Maryland and the Mayor and City Counsel of Baltimore for Reconsideration and/or Clarification of this Court's Stay Order [Docket No. 379; filed 4/22/09]

    B.  Joinder of the Official Committee of Unsecured Creditors to Debtors' Response to Motions of the State of Maryland and the Mayor and City Counsel of Baltimore for Reconsideration and/or Clarification of this Court's Stay Order [Docket No. 390; filed 4/23/09]

    Status: The hearing on this matter is continued to June 17, 2010 at 2:00 p.m.

4.  Debtors' Fifth Omnibus (Substantive) Objection to Claims [Docket No. 1735; filed 1/29/10]

    Objection Deadline:  February 16, 2010 at 4:00 p.m.

    Objections/Responses Received:

    A.  Response of Claimant, Paula Manos, Claim No. 1687, to Debtors' Fifth Omnibus (Substantive) Objection to Claims [Docket No. 1895; filed 2/23/10]

    B.  Response of Claimant, Mary Alyce Gaibis, Claim No. 1683, to Debtors' Fifth Omnibus (Substantive) Objection to Claims [Docket No. 1896; filed 2/23/10]

    Related Documents:

    i.  Order Granting Debtors' Fifth Omnibus (Substantive) Objection to Claims [Docket No. 1973; filed 3/3/10]

<u>Status</u>: A prior order has been entered resolving certain objections to claims. This matter with respect to the claims of Paula Manos and Mary Alyce Gaibis is continued to May 17, 2010 at 10:30 a.m.

5. Red Rock Administrative Services, LLC, Racing and Gaming Services, Ltd., AmWest Entertainment, LLC, Bettor Racing, Inc. d/b/a Royal River Racing, and the Elite Turf Club, N.V., v. Magna Entertainment Corp., Pacific Racing Association, Inc., MEC Land Holdings (California), Inc. Gulfstream Park Racing Association Inc., Laurel Racing Assoc., Inc., Los Angeles Turf Club, Inc., and the Santa Anita Companies, Inc. (Adv. Proc. No. 09-51155)

<u>Related Documents</u>:

i.      Complaint for Declaratory and Other Relief [Adv. Docket No. 1; filed 6/30/09]

ii.     Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Docket No. 2; filed 6/30/09]

iii.    Amended and Restated Complaint for Declaratory and Other Relief [Adv. Docket No. 3; filed 6/30/09]

iv.     Motion of Magna Entertainment Corp., et al., for an Order Dismissing the Amended and Restated Complaint [Adv. Docket No. 9; filed 8/12/09]

v.      Plaintiffs' Opposition to Debtors' Motion to Dismiss [Adv. Docket No. 12; filed 8/24/09]

vi.     Uncontested Motion Seeking Leave of Court to Amend Complaint [Adv. Docket No. 16; filed 9/17/09]

vii.    Notice of Completion of Briefing [Adv. Docket No. 20; filed 10/8/09]

viii.   Order Granting Uncontested Motion Seeking Leave of Court to Amend Complaint [Adv. Docket No. 26; filed 10/6/09]

ix.     Second Amended and Restated Complaint for Declaratory and Other Relief [Adv. Docket No. 26; filed 10/19/09]

x.      Defendants' Motion for an Order Dismissing the Second Amended and Restated Complaint [Adv. Docket No. 31; filed 11/2/09]

xi.     Defendants' Opening Brief in Support of Their Motion for an Order Dismissing the Second Amended and Restated Complaint [Adv. Docket No. 32; filed 11/2/09]

xii. Plaintiffs' Opposition to Defendants' Motion for an Order Dismissing the Second Amended and Restated Complaint [Adv. Docket No. 35; filed 11/16/09]

xiii. Defendants' Reply Brief in Support of Their Motion for an Order Dismissing the Second Amended and Restated Complaint [Adv. Docket No. 37; filed 11/23/09]

xiv. Request for Oral Argument [Adv. Docket No. 44; filed 11/30/09]

xv. Notice of Completion of Briefing [Adv. Docket No. 46; filed 12/3/09]

Status: The pre-trial conference on this matter is continued to a date to be determined.

6.  Magna Entertainment Corp. v. PA Meadows, LLC, PA Mezzo, LLC, and Cannery Casino Resorts, LLC (Adv. Proc. No. 09-52212)

Related Documents:

i. Complaint for Damages and Injunctive Relief [Adv. Docket No. 1; filed 9/21/09]

ii. Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Docket No. 2; filed 9/21/09]

iii. Amended Complaint for Damages and Injunctive Relief [Adv. Docket No. 4; filed 10/12/09]

iv. Answer of PA Meadows, LLC to Amended Complaint for Damages and Injunctive Relief [Adv. Docket No. 7; filed 10/22/09]

v. Motion of PA Mezzo, LLC and Cannery Casino resorts, LLC to Dismiss Amended Complaint Under Fed. R. Civ. P. 12(b)(6) [Adv. Docket No. 8; filed 10/22/09]

vi. Opening Memorandum of Points and Authorities in Support of Motion to Dismiss Amended Complaint Under Fed. R. Civ. P. 12 (b)(6) [Adv. Docket No. 9; filed 10/22/09]

vii. Notice of Voluntary Dismissal of Defendants PA Mezzco, LLC and Cannery Casino Resorts, LLC Without Prejudice [Adv. Docket No. 21; filed 11/4/09]

viii. Scheduling Order [Adv. Docket No. 26; filed 11/24/09]

Status: By agreement of the parties and with the permission of the Court, the pre-trial conference on this matter is continued to a date to be determined.

RLF1 3561816v.1

7.    Alameda County Agricultural Fair Association v. Magna Entertainment Corp. (Adv. Proc. No. 10-50193)

Related Documents:

i.    Complaint for Declaratory and Other Relief [Adv. Docket No. 1; filed 2/8/10]

ii.   Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Docket No. 3; filed 2/9/10]

Status: The pre-trial conference on this matter is continued to May 17, 2010 at 10:30 a.m.

## II.    UNCONTESTED MATTERS WITH CERTIFICATION OF NO OBJECTION

8.    Debtors' Sixth Omnibus (Non-Substantive) Objection to Claims [Docket No. 1836; filed 2/16/10]

Objection Deadline:    March 9, 2010 at 4:00 p.m.; extended to March 15, 2010 at 4:00 p.m. for John Deere and Deere and Company

Objections/Responses Received:  None at this time.

Related Documents:

i.    Certification of No Objection [Docket No. 2063; filed 3/18/10]

ii.   Proposed Form of Order

Status: A certification of no objection was filed on March 18, 2010. Accordingly, a hearing on this matter is necessary only to the extent the Court has questions or concerns.

9.    Debtors' Eighth Omnibus (Substantive) Objection to Claims [Docket No. 1917; filed 2/26/10]

Objection Deadline:    March 19, 2010 at 4:00 p.m.;

Objections/Responses Received:  None at this time.

Related Documents:

i.    Certification of No Objection [Docket No. 2179; filed 3/29/10]

ii.   Notice of Submission of Copies of Proofs of Claims Relating to Debtors' Eighth Omnibus (Substantive) Objection to Claims [Docket No. 2246; filed 4/6/10]

RLF1 3561816v.1

iii.    Proposed Form of Order

Status: A certification of no objection was filed on March 29, 2010. Accordingly, a hearing on this matter is necessary only to the extent the Court has questions or concerns.

10.    Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims [Docket No. 2066; filed 3/18/10]

Objection Deadline: April 1, 2010 at 4:00 p.m.

Objections/Responses Received: None at this time.

Related Documents:

i.    Notice of Submission of Copies of Proofs of Claims Relating to Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims [Docket No. 2247; filed 4/6/10]

ii.    Certification of No Objection [Docket No. 2315; filed 4/15/10]

iii.    Proposed Form of Order

Status: A certification of no objection was filed on April 15, 2010. Accordingly, a hearing on this matter is necessary only to the extent the Court has questions or concerns.

11.    Motion of the Debtors, Pursuant to Sections 105, 363 and 1113 of the Bankruptcy Code, for Authorization to Extend the Terms of Certain Collective Bargaining Agreements of the California Racetracks [Docket No. 2173; filed 3/26/10]

Objection Deadline: April 13, 2010 at 4:00 p.m.

Objections/Responses Received: None at this time.

Related Documents:

i.    Certification of No Objection [Docket No. 2318; filed 4/15/10]

ii.    Proposed Form of Order

Status: A certification of no objection was filed on April 15, 2010. Accordingly, a hearing on this matter is necessary only to the extent the Court has questions or concerns.

RLF1 3561816v.1

## III. UNCONTESTED MATTERS

12. Motion of Rocco Belmonte for an Order Enlarging the Bar Date [Docket No. 1037; filed 8/27/09]

    Objection Deadline: September 4, 2009 at 4:00 p.m.

    Objections/Responses Received: None at this time.

    Related Documents:

    i.  Compendium of Affidavits and Exhibits in Support of the Motion of Rocco Belmonte for an Order Enlarging the Bar Date and the Motion of Rocco Belmonte for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d)(1) [Docket No. 1038; filed 8/27/09]

    Status: The hearing on this matter will go forward.

13. Motion of Rocco Belmonte for Relief from Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) [Docket No. 1040; filed 8/27/09]

    Objection Deadline: September 4, 2009 at 4:00 p.m.

    Objections/Responses Received: None at this time.

    Status: The hearing on this matter will go forward.

14. Motion of Debtors for Order Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004 and 6006 (I) Approving Cure Procedures and (II) Authorizing the Sale of the Maryland Jockey Club Assets [Docket No. 1794; filed 2/11/10]

    Objection Deadline: February 24, 2010 at 4:00 p.m.

    Objections/Responses Received: None at this time.

    Related Documents:

    i.  Motion of Debtors for an Order (A) Scheduling an Auction at Which the Debtors Will Solicit Higher and Better Offers in Connection with the Sale of the Pool III, Assets, (B) Approving the Bidding Procedures Such Assets, (C) Approving the From and Scope of Notice and (D) Granting Related Relief [Docket No. 1275; filed 10/9/09]

    ii. Objection of the State of Maryland to the Bidding Procedures Motion and the Related Motion to Shorten Time Filed by the Debtors [Docket No. 1298; filed 10/14/09]

RLF1 3561816v.1

iii.  Memorandum in Support of Maryland's Right of First Refusal [Docket No. 1637; filed 1/4/10]

iv.  Motion of Debtors for Authorization Pursuant to Local Bankruptcy Rule 9006-1(e) for an Order Shortening the Time to Consider the Maryland Jockey Club Sale Motion [Docket No. 1823; filed 2/16/10]

v.  Amended Memorandum in Support of Maryland's Right of First Refusal [Docket No. 1872; filed 2/18/10]

vi.  Fourth Notice of Adjournment of Auction and Sale Hearing for Maryland Jockey Club [Docket No. 1873; filed 2/19/10]

vii.  Amended Notice of Motion of the Debtors for Order Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004 and 6006 (I) Approving Cure Procedures and (II) Authorizing the Sale of the Maryland Jockey Club Assets [Docket No. 1916; filed 2/26/10]

viii.  Notice of Revised Cure Procedures for the Sale of Maryland Jockey Club [Docket No. 2046; filed 3/16/10]

ix.  Reply of the Debtors to Amended Memorandum in Support of Maryland's Right of First Refusal [Docket No. 2120; filed 3/22/10]

x.  Joinder of the Official Committee of Unsecured Creditors to Reply of the Debtors to Amended Memorandum in Support of Maryland's Right of First Refusal [Docket No. 2131; filed 3/22/10]

xi.  Maryland's Response to the Reply of the Debtors to Amended Memorandum in Support of Maryland's Right of First Refusal [Docket No. 2132; filed 3/22/10]

xii.  Notice of Adjournment of Auction and Sale Hearing for Maryland Jockey Club [Docket No. 2149; filed 3/24/10]

Status: The hearing with respect to the right of first refusal asserted by Maryland will go forward. The sale hearing is continued to a date to be determined.

15.  Motion of Liberty Mutual Insurance Company for Order Modifying Automatic Stay to Permit Handling of Insurance Claims in the Ordinary Course of Business [Docket No. 2087; filed 3/19/10]

Objection Deadline: April 13, 2010 at 4:00 p.m.

Objections/Responses Received: None at this time.

RLF1 3561816v.1

Related Documents:

i.      Notice of Liberty Mutual Insurance Group's Motion for Order Modifying Automatic Stay to Permit Handling of Insurance Claims in the Ordinary Course of Business [Docket No. 2119; filed 3/22/10]

**Status: The hearing on this matter is continued until May 17, 2010 at 10:30 a.m.**

16.     Motion of Scientific Games Racing LLC for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b) [Docket No. 2218; filed 4/2/10]

Objection Deadline: April 13, 2010 at 4:00 p.m.

Objections/Responses Received: None at this time.

Related Documents:

i.      **Notice of Withdrawal of Motion of Scientific Games Racing LLC for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b) [Docket No. 2374; filed 4/19/10]**

**Status: The Movant filed a notice of withdrawal of this motion on April 19, 2010. Accordingly, no hearing is necessary.**

17.     Motion of Carolyn and Raymond Nolin for an Order Enlarging the Bar Date [Docket No. 2223; filed 4/5/10]

Objection Deadline: April 15, 2010 at 4:00 p.m.

Objections/Responses Received: None at this time.

Related Documents:

i.      **Certification of Counsel Submitting Order Regarding Motion of Carolyn and Raymond Nolin for an Order Enlarging the Bar Date [Docket No. 2359; filed 4/19/10]**

ii.     **Proposed Form of Order**

**Status: On April 19, 2010 the Movant submitted a certification of counsel with respect to this matter. Accordingly, a hearing on this matter is not necessary unless the Court has questions or concerns.**

18. Motion of Certain Equity Holders of the Debtors for an Order Directing the United States Trustee to Appoint an Equity Security Holders Committee or, in the Alternative, Appointment of an Examiner Docket No. 2249; filed 4/7/10]

Objection Deadline: April 19, 2010 at 12:00 p.m.

Objections/Responses Received:

A. **Response of Debtors to Motion of Certain Equity Holders of the Debtors for an Order Directing the United States Trustee to Appoint an Equity Security Holders Committee or, in the Alternative, Appointment of an Examiner [Docket No. 2357; filed 4/18/10]**

B. **Response of The Official Committee of Unsecured Creditors to the Motion of Certain Equity Holders of the Debtors for an Order Directing the United States Trustee to Appoint an Equity Security Holders Committee or, in the Alternative, Appointment of an Examiner [Docket No. 2358; filed 4/19/10]**

Related Documents:

i. Motion to Shorten Notice with Respect to Motion of Certain Equity Holders of the Debtors for an Order Directing the United States Trustee to Appoint an Equity Security Holders Committee or, in the Alternative, Appointment of an Examiner [Docket No. 2250; filed 4/7/10]

ii. Order Approving Motion to Shorten Notice with Respect to Motion of Certain Equity Holders of the Debtors for an Order Directing the United States Trustee to Appoint an Equity Security Holders Committee or, in the Alternative, Appointment of an Examiner [Docket No. 2257; filed 4/7/10]

iii. Re-Notice of Motion [Docket No. 2265; filed 4/8/10]

iv. **Notice of Filing of Amended Exhibit [Docket No. 2363; filed 4/19/10]**

Status: The hearing on this matter will go forward.

## IV. **CONTESTED MATTERS**

19. Motion of Carolyn and Raymond Nolin for Relief from Automatic Stay and Motion to Abstain [Docket No. 1229; filed 9/29/09]

Objection Deadline: October 7, 2009 at 4:00 p.m.

Objections/Responses Received:

A.   Response of the Debtors in Opposition to Motion of Carolyn and Raymond Nolin for an Order Modifying the Automatic Stay to Allow Litigation [Docket No. 1254; filed 10/7/09]

B.   Joinder of the Official Committee of Unsecured Creditors to Response of the Debtors in Opposition to Motion of Carolyn and Raymond Nolin for an Order Modifying the Automatic Stay to Allow Litigation [Docket No. 1257; filed 10/7/09]

Status: The hearing on this matter will go forward.

20.   Motion of Charlotte Wintermeyer for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Docket No. 1329; filed 10/22/09]

Objection Deadline:   November 11, 2009 at 4:00 p.m.; extended to December 9, 2009 at 4:00 p.m. for the Debtors

Objections/Responses Received:

A.   Limited Response of the Debtors in Opposition to Motion of Charlotte Wintermeyer for an Order Modifying the Automatic Stay to Allow Litigation [Docket No. 2068; filed 3/18/10]

Status: The hearing on this matter will go forward.

21.   Motion of Franklin White for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Docket No. 1330; filed 10/22/09]

Objection Deadline:   November 11, 2009 at 4:00 p.m.; extended to December 9, 2009 at 4:00 p.m. for the Debtors

Objections/Responses Received:

A.   Response of the Debtors in Opposition to Motion of Franklin White for an Order Modifying the Automatic Stay to Allow Litigation [Docket No. 1538; filed 12/9/09]

Status: The hearing on this matter will go forward.

22.   Motion of Donald Stridacchio for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Docket No. 1331; filed 10/22/09]

Objection Deadline:   November 11, 2009 at 4:00 p.m.; extended to December 9, 2009 at 4:00 p.m. for the Debtors

14

RLF1 3561816v.1

A.      Limited Response of the Debtors in Opposition to Motion of Donald Stridacchio for an Order Modifying the Automatic Stay to Allow Litigation [Docket No. 2069; filed 3/18/10]

Status: The hearing on this matter will go forward.

23.      Motion of Mac and Elsie Yassaie for Relief from Automatic Stay with Supporting Brief in Support [Docket No. 1430; filed 11/12/09]

Objection Deadline:     December 4, 2009 at 4:00 p.m.

Objections/Responses Received:

A.      Response of the Debtors in Opposition to Motion of Mac and Elsie Yassaie for an Order Modifying the Automatic Stay to Allow Litigation [Docket No. 1539; filed 12/9/09]

Related Documents:

i.      Notice of Motion [Docket No. 1484; filed 11/24/09]

Status: The hearing on this matter will go forward.

24.      Debtors' Second Omnibus (Non-Substantive) Objection to Claims [Docket No. 1589; filed 12/22/09]

Objection Deadline:     January 5, 2010 at 4:00 p.m.

Objections/Responses Received:

A.      Objection by Carol M. Curland Estate of Myrtle Curland to Debtors' Second Omnibus (Non-Substantive) Objection to Claims [Docket No. 1643; filed 1/4/10]

B.      Response to Notice of Debtors' Second Omnibus (Non-Substantive) Objection to Claims by Carol M. Curland [Docket No. 1705; filed 1/22/10]

Related Documents:

i.      Order Granting Debtors' Second Omnibus (Non-Substantive) Objection to Claims [Docket No. 1713; filed 1/26/10]

ii.      Corrected Order Granting Debtors' Second Omnibus (Non-Substantive) Objection to Claims [Docket No. 1722; filed 1/28/10]

<u>Status</u>: A prior order has been entered resolving certain objections to claims. This matter with respect to the Carol M. Curland claims will go forward.

25. Debtors' Seventh Omnibus (Substantive) Objection to Claims [Docket No. 1839; filed 2/16/10]

    <u>Objection Deadline</u>:  March 9, 2010 at 4:00 p.m.; extended to March 15, 2010 at 4:00 p.m. for John Deere and Deere and Company

    <u>Objections/Responses Received</u>:

    A. Response of WestChester Fire Insurance Company and ACE USA to Debtors' Seventh Omnibus Objection to Claims [Docket No. 1997; filed 3/9/10]

    B. Response of Bettor Racing Inc. Claim No. 1331, to Debtors' Seventh Omnibus Objection to Claims [Docket No. 1998; filed 3/9/10]

    <u>Status</u>: The hearing on this matter will go forward. The individual status of each claim subject to this matter is listed on the attached <u>Exhibit A</u>.

26. Urgent Motion for (I) Court's Clarification of Disposition of Claim No. 752, (II) Court's Review of Debtor's Corrected Order, (III) Court's Review of historical Irregularities Regarding This Matter and (IV) Court's Allowance of Legal Fee Compensation filed by Carol M. Curland [Docket No. 1988; filed 3/5/10]

    <u>Objection Deadline</u>:  March 13, 2010 at 4:00 p.m.

    <u>Objections/Responses Received</u>:

    A. Debtors' Response to Urgent Motion filed by Carol M. Curland [Docket No. 2278; filed 4/12/10]

    <u>Related Documents</u>:

    i. Supplement to Docket No. 1988 with Leave to Amend Urgent Motion for Court's Review of Historical Irregularities Regarding this Matter [Docket No. 2299; filed 4/14/10]

    <u>Status</u>: The hearing on this matter will go forward.

27. Debtors' Tenth Omnibus (Substantive) Objection to Claims [Docket No. 2067; filed 3/18/10]

    <u>Objection Deadline</u>:  April 1, 2010 at 4:00 p.m.; extended to April 8, 2010 at 4:00 p.m. for Ohio Department of Taxation

RLF1 3561816v.1

Objections/Responses Received:

A. The State of Michigan Department of Treasury's Response to Debtors' Tenth Omnibus (Substantive) Objection to Claims [Docket No. 2147; filed 3/24/10]

B. Objection to the Debtors' Tenth Omnibus (Substantive) Objection to Claims filed by Plantcare Specialists [Docket No. 2183; filed 3/26/10]

C. Opposition of the State of New Jersey, Division of Taxation to the Debtors' Tenth Omnibus (Substantive) Objection to Claims [Docket No. 2217; filed 4/1/10]

D. Response by the State of Ohio, Department of Taxation to Debtors' Tenth Omnibus (Substantive) Objection to Claims [Docket No. 2260; filed 4/8/10]

E. Response of Scientific Games Racing, LLC to Debtors' Tenth Omnibus (Substantive) Objection to Claims [Docket No. 2275; filed 4/12/10]

Related Documents:

i. Notice of Submission of Copies of Proofs of Claims Relating to Debtors' Tenth Omnibus (Substantive) Objection to Claims [Docket No. 2248; filed 4/6/10]

Status: The hearing on this matter will go forward. The individual status of each claim subject to this matter is listed on the attached Exhibit B.

28. Third Amended Joint Plan of Affiliated Debtors, The Official Committee of Unsecured Creditors, MI Developments Inc., and MI Developmnets US Financing Inc. Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 2157; filed 3/25/10]

Objection Deadline:     April 16, 2010 at 4:00 p.m.

Objections/Responses Received:

A. Objection of the Michigan Department of Treasury to the Debtors' Third Amended Joint Chapter 11 Plan [Docket No. 2221; filed 4/5/10]

B. Objection of the California Horse Racing Board to the Debtor's Chapter 11 Plan [Docket No. 2291; filed 4/13/10]

C. Texas Comptroller of Public Accounts Objection to Confirmation of third Amended Joint Plan of Affiliated Debtors [Docket No. 2297; filed 4/14/10]

17

D.      Objection to the Confirmation of the Bankruptcy Plan by Magna Entertainment Corporation with Leave to Amend filed by Carol M. Curland [Docket No. 2298; filed 4/14/10]

E.      Limited Objection of Equibase Company LLC to Cure Amounts of Certain Executory Contracts to be Assumed Under the Third Amended Joint Plan [Docket No. 2300; filed 4/14/10]

F.      Objection of Riverside Claims, LLC to the Third Amended Joint Plan of Affiliated Debtors, The Official Committee of Unsecured Creditors, MI Developments Inc., and MI Developmnets US Financing Inc. Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 2306; filed 4/15/10]

G.      Objection of Certain Equity Holders of the Debtors to Confirmation of the Third Amended Joint Plan of Affilated Debtors, The Official Committee of Unsecured Creditors, MI Developments, Inc., and MI Developments US Financing Inc. Pursuant to Chapter 11 of the United States Bankruptcy Code and Request for Continuance of the Confirmation Hearing [Docket No. 2310; filed 4/15/10]

H.      The Texas Racing Commission's Objection to the Third Amended Joint Plan of Affiliated Debtors, The Official Committee of Unsecured Creditors, MI Developments Inc., and MI Developments US Financing Inc. Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 2313; filed 4/15/10]

I.      Objection of the Los Angles County Tax Collector to Debtors' Third Amended Joint Plan of Affiliated Debtors, The Official Committee of Unsecured Creditors, MI Developments Inc., and MI Developments US Financing Inc. Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 2319; filed 4/16/10]

J.      United States Trustee's Objection to Confirmation of Third Amended Joint Plan of Affiliated Debtors, The Official Committee of Unsecured Creditors, MI Developments Inc., and MI Developments US Financing Inc. Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 2320; filed 4/16/10]

K.      Objection by the Internal Revenue Service to the Debtors' Third Amended Joint Plan [Docket No. 2322; filed 4/16/10]

L.      Precautionary Objection of the Mayor & City Council of Baltimore to Confirmation of the Third Amended Joint Plan of Affiliated Debtors, The Official Committee of Unsecured Creditors, MI Developments Inc., and

MI Developments US Financing Inc. Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 2325; filed 4/16/10]

M.  Florida Department of Business & Professional Regulation, Division of Pari-Mutuel Wagering's Objection to the Third Amended Joint Plan of Affiliated Debtors, The Official Committee of Unsecured Creditors, MI Developments Inc., and MI Developments US Financing Inc. Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 2326; filed 4/16/10]

N.  Objection of Santa Anita Associates, LLC and its Managing Member Santa Anita Associates Holding Co., LLC to Confirmation of Third Amended Joint Plan of Affiliated Debtors, The Official Committee of Unsecured Creditors, MI Developments Inc., and MI Developments US Financing Inc. Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 2329; filed 4/16/10]

O.  Objection of FC Gulfstream Park, Inc. to Third Amended Joint Plan of Affiliated Debtors, the Official Committee of Unsecured Creditors, MI Developments Inc., and MI Developments US Financing Inc. Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 2331; filed 4/16/10]

P.  Comment and Response to the Texas Racing Commission's Objection to Third Amended Joint Plan of Affiliated Debtors, the Official Committee of Unsecured Creditors, MI Developments Inc., and MI Developments US Financing Inc. Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 2332; filed 4/16/10]

Q.  Maryland Race Track Employees Pension Fund's Objection to Confirmation of Debtors' Plan of Reorganization [Docket No. 2333; filed 4/16/10]

R.  Limited Objection of Gran Prairie Sports Facilities Development Corporation, Inc. to Third Amended Joint Plan of Affiliated Debtors, the Official Committee of Unsecured Creditors, MI Developments Inc., and MI Developments US Financing Inc. Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 2334; filed 4/16/10]

S.  Objection of Rocco Belmonte to the Third Amended Joint Plan of Affiliated Debtors, the Official Committee of Unsecured Creditors, MI Developments Inc., and MI Developments US Financing Inc. Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 2335; filed 4/16/10]

19

T.	Greenlight's Objection to Debtors' Third Amended Joint Plan of Affiliated Debtors, the Official Committee of Unsecured Creditors, MI Developments Inc., and MI Developments US Financing Inc. Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 2336; filed 4/16/10]

U.	Limited Objection of Red Rock Administrative Services LLC, Racing and Gaming Services, Ltd., Amwest Entertainment, LLC, Bettor Racing, Inc. d/b/a Royal River Racing, and the Elite Turf Club, N.V. to Third Amended Joint Plan of Affiliated Debtors, The Official Committee of Unsecured Creditors, MI Developments Inc., and MI Developments US Financing Inc. Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 2337; filed 4/16/10]

V.	Objection of Westchester Fire Insurance Company and ACE USA to Third Amended Joint Plan of Affiliated Debtors, the Official Committee of Unsecured Creditors, MI Developments Inc., and MI Developments US Financing Inc. Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 2338; filed 4/16/10]

W.	Limited Objection of PNC Bank Nation Association, to the Third Amended Joint Plan of Affiliated Debtors, the Official Committee of Unsecured Creditors, MI Developments Inc. and MI Developments US Financing Inc. [Docket No. 2339; filed 4/16/10]

X.	Objection of the Regents of the University of California to Confirmation of the Debtors' Proposed Chapter 11 Plan [Docket Nos. 2340, 2341& 2342; filed 4/15/10]

Y.	Objection of the State of Maryland to Third Amended Joint Plan of Affiliated Debtors, the Official Committee of Unsecured Creditors, MI Developments Inc., and MI Developments US Financing Inc. Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 2343; filed 4/16/10]

Z.	Objection of Zurich American Insurance Company to Confirmation of Third Amended Joint Plan of Affiliated Debtors, the Official Committee of Unsecured Creditors, MI Developments Inc., and MI Developments US Financing Inc. [Docket No. 2344; filed 4/16/10]

AA.	**Objection and to Schedule of Assumed Executory Contracts and Unexpired Leases and Reservation of Rights [Docket No. 2348; filed 4/16/10]**

BB.	**Dallas County's Objection to Confirmation of Debtors' Joint Plan of Reorganization [Docket No. 2349; filed 4/16/10]**

RLF1 3561816v.1

CC. **Joinder of Farallon Capital Management, LLC North Run Capital, LP and Owl Creek Asset Management L.P. to Confirmation Objections Regarding Release and Injunction Provisions of "Third Amended Joint Plan of Affiliated Debtors, the Official Committee of Unsecured Creditors, MI Developments Inc., and MI Developments US Financing Inc. Pursuant to Chapter 11 of the United States Bankruptcy Code" [Docket No. 2361; filed 4/19/10]**

DD. **Reservation of Rights and Notice of Withdrawal of Objection of FC Gulfstream Park, Inc. to Third Amended Joint Plan of Affiliated Debtors, the Official Committee of Unsecured Creditors, MI Developments Inc., and MI Developments US Financing Inc. Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 2372; filed 4/19/10]**

Related Documents:

i. Disclosure Statement for the Third Amended Joint Plan of Affiliated Debtors, The Official Committee of Unsecured Creditors, MI Developments Inc. and MI Developments US Financing Inc. Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 2158; filed 3/25/10]

ii. Notice of Blacklines of (I) Third Amended Joint Plan of Affiliated Debtors, The Official Committee of Unsecured Creditor, MI Developments Inc., and MI Developments US Financing Inc. Pursuant to Chapter 11 of the United States Bankruptcy Code and (II) Disclosure Statement for the Third Amended Joint Plan of Affiliated Debtors, The Official Committee of Unsecured Creditors, MI Developments Inc., and MI Developments US Financing Inc. Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 2159; filed 3/25/10]

iii. Order (I) Approving the Disclosure Statement, (II) Approving Notice of the Disclosure Statement Hearing, (III) Fixing a Record Date, (IV) Approving Solicitation Packages and Procedures for Distribution Thereof, (V) Approving Forms of Ballots and Procedures for Tabulation of Votes on Plan of Reorganization and (VI) Scheduling a Hearing and Approving Notice and Objection Procedures in Respect of Confirmation of Plan of Reorganization [Docket No. 2166; filed 3/26/10]

iv. Notice of (I) Approval of Disclosure Statement, (II) Establishment of Record Date, (III) Hearing on Confirmation of the Plan and Procedures for Objecting to Confirmation of the Plan, and (IV) Procedures and Deadline for Voting on the Plan [Docket No. 2174; filed 3/26/10]

RLF1 3561816v.1

v.      Notice of Filing of Schedule of Executory Contracts and Unexpired Leases Intended to be Assumed and Assigned and Associated Cure Costs Related Thereto [Docket No. 2258; filed 4/7/10]

vi.     Notice of Treatment of Allowed Secured Claims [Docket No. 2286; filed 4/13/10]

vii.    **The Texas Racing Commission's Motion for Leave to Appear by Telephone to Urge Non-Evidentiary Objection to Third Amended Joint Plan of Affiliated Debtors, *et al.* [Docket No. 2347; filed 4/16/10]**

viii.   **Affidavit of Gregory F. Rayburn in Support of Confirmation of the Third Amended Joint Plan of Affiliated Debtors, The Official Committee of Unsecured Creditors, MI Developments Inc. and MI Developments US Financing Inc. Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 2364; filed 4/19/10]**

ix.     **Affidavit of Marc D. Puntus in Support of Confirmation of the Third Amended Joint Plan of Affiliated Debtors, The Official Committee of Unsecured Creditors, MI Developments Inc. and MI Developments US Financing Inc. Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 2365; filed 4/19/10]**

x.      **Affidavit of Timothy P. Harness in Support of Confirmation of the Third Amended Joint Plan of Affiliated Debtors, The Official Committee of Unsecured Creditors, MI Developments Inc. and MI Developments US Financing Inc. Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 2366; filed 4/19/10]**

xi.     **Affidavit of Nicholas P. Leone in Support of Confirmation of the Third Amended Joint Plan of Affiliated Debtors, The Official Committee of Unsecured Creditors, MI Developments Inc. and MI Developments US Financing Inc. Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 2367; filed 4/19/10]**

xii.    **Affidavit of Rocco A. Liscio in Support of the Confirmation of the Third Amended Joint Plan of Affiliated Debtors, The Official Committee of Unsecured Creditors, MI Developments Inc. and MI Developments US Financing Inc. Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 2368; filed 4/19/10]**

xiii.   **Memorandum of Law in Support of Confirmation of the Third Amended Joint Plan Under Chapter 11 of the Bankruptcy Code [Docket No. 2369; filed 4/19/10]**

xiv.    **Certification of Evan Gershbein with Respect to the Tabulation of Votes on the Third Amended Joint Plan of Affiliated Debtors, The**

Official Committee of Unsecured Creditors, MI Developments Inc. and MI Developments US Financing Inc. Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 2373; filed 4/19/10]

xv.  Modified Third Amended Joint Plan of Affiliated Debtors, The Official Committee of Unsecured Creditors, MI Developments Inc. and MI Developments US Financing Inc. Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 2375; filed 4/19/10]

xvi.  Notice of Blackline of Modified Third Amended Joint Plan of Affiliated Debtors, The Official Committee of Unsecured Creditors, MI Developments Inc. and MI Developments US Financing Inc. Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 2377; filed 4/19/10]

xvii.  Notice of Filing Plan Supplement in Support of Modified Third Amended Joint Plan of Affiliated Debtors, The Official Committee of Unsecured Creditors, MI Developments Inc. and MI Developments US Financing Inc. Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 2378; filed 4/19/10]

Status: The hearing on this matter will go forward.

29.  Motion of Florida Department of Business & Professional Regulation, Division of Pari-Mutuel Wagering for an Order Enlarging Bar Date to Allow its Late Filed Claim as Timely Filed [Docket No. 2213; filed 3/31/10]

Objection Deadline:  April 13, 2010 at 4:00 p.m.

Objections/Responses Received:

A.  Objection of Official Committee of Unsecured Creditors of Magna Entertainment Corp., *et al.* to the Motion of the Florida Department of Business & Professional Regulation, Division of Pari-Mutuel Wagering for an Order Enlarging Bar Date to Allow its Late Filed Claim as Timely Filed [Docket No. 2283; filed 4/13/10]

Status: The hearing on this matter will go forward.

## V.  MATTER REQUESTED TO GO FORWARD

30.  **Motion of the Debtors for Authorization to Pursuant to Sections 363(b)(1) and 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019(a) to Enter into Settlement with Southern California Off Track Wagering Incorporated and Other Parties [Docket No. 2351; filed 4/16/10]**

**Objection Deadline:  April 19, 2010 at 12:00 p.m. (requested)**

**Objections/Responses Received:**

A.      **The Simulcast Sites' Objection to the Motion of the Debtors for Authorization Pursuant to Sections 363(b)(1) and 105(a) of the Bankruptcy Code and Bankruptcy Code 9019(a) to Enter into Settlement with Southern California Off Track Wagering Incorporated and Other Parties [Docket No. 2376; filed 4/19/10]**

**Related Documents:**

i.      **Motion of Debtors for Authorization Pursuant to Local Bankruptcy Rule 9006-1(e) for an Order Shortening the Time to Consider Motion of the Debtors for Authorization Pursuant to Sections 363(b)(1) and 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019(a) to Enter into Settlement with Southern California Off Track Wagering Incorporated and the Satellites [Docket No. 2352; filed 4/16/10]**

**Status:** The Debtors and requesting that the hearing on this matter go forward.

Dated:  April 19, 2010
        Wilmington, Delaware

_____
Mark D. Collins, Esq. (No. 2981)
L. Katherine Good, Esq. (No. 5101)
Drew G. Sloan, Esq. (No. 5069)
Tyler D. Semmelman, Esq. (No. 5386)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Marcia L. Goldstein, Esq.
Brian S. Rosen, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for the Debtors and
Debtors in Possession*

RLF1 3561816v.1

# EXHIBIT A

| No Liability Claims | | |
|---|---|---|
| **Name of Claimant** | **Claim Number** | **Status of Claim** |
| ACE USA Westchester Fire Insurance Company | 649 | Response filed on 3/9/10 [Dkt. No. 1997]. The Debtors are withdrawing their objection to this claim. |
| ACE USA Westchester Fire Insurance Company | 656 | Response filed on 3/9/10 [Dkt. No. 1997]. The Debtors are withdrawing their objection to this claim. |
| Anne Arundel County Maryland | 1615 | The hearing on this matter is going forward. |
| Blood Horse Publications | 1344 | The hearing on this matter is going forward. |
| Brinks | 239 | The hearing on this matter is going forward. |
| Deere & Company | 1181 | The hearing on this matter is going forward. |
| Graef Mary Frances | 1458 | The hearing on this matter is going forward. |
| Hearst Argyle TV | 1257 | The hearing on this matter is going forward. |
| Hearst Radio Inc. | 1226 | The hearing on this matter is going forward. |
| Pollard & Associates Inc. | 946 | The hearing on this matter is going forward. |
| Roberts Communications Network Inc. | 994 | The hearing on this matter is going forward. |
| Ryder Truck Rental Inc. | 516 | The hearing on this matter is going forward. |
| S Walter Packaging Corporation | 384 | The hearing on this matter is going forward. |
| The Perfect Wedding Guide | 438 | The hearing on this matter is going forward. |
| Tioga Downs | 427 | The hearing on this matter is going forward. |
| WTOP FM | 256 | Informal response received. The response was resolved and the hearing on this matter is going forward. |

In re: Magna Entertainment Corp. et al.
Case No.: 09-10720

1

| Disputed Claims | | |
|---|---|---|
| **Name of Claimant** | **Claim Number** | **Status of Claim** |
| Anne Arundel County, Maryland | 1616 | The hearing on this matter is going forward. |
| Bettor Racing Inc. dba Royal River Racing | 1331 | Response filed on 3/9/10 [Dkt. No. 1998]. The Debtors are withdrawing their objection to this claim. |
| BGE | 888 | The hearing on this matter is going forward. |
| Bowen & Kron Enterprises Inc. | 642 | The hearing on this matter is going forward. |
| Creditor Liquidity LP | 251 | The hearing on this matter is going forward. |
| Deere Credit Inc. | 1182 | The hearing on this matter is going forward. |
| Edrich Lumber Inc. | 536 | The hearing on this matter is going forward. |
| FPC Financial, f.s.b. | 1123 | The hearing on this matter is going forward. |
| Northeastern Supply Inc. | 381 | The hearing on this matter is going forward. |
| The Leffler Agency | 822 | The hearing on this matter is going forward. |
| United Tote Company | 725 | The hearing on this matter is going forward. |

In re: Magna Entertainment Corp. et al.
Case No.: 09-10720

1

# EXHIBIT B

| Name of Claimant | Claim Number | Status of Claim |
|---|---|---|
| | Disputed Claims | |
| American Plumbing & Electrical | 378 | The hearing on this matter is going forward. |
| Aristocrat Technologies Inc. | 1384 | The hearing on this matter is going forward. |
| Aroma Paper & Janitorial Supply | 288 | The hearing on this matter is going forward. |
| Banc of America Leasing & Capital LLC | 1475 | The hearing on this matter is going forward. |
| Bobs Barricades Inc. | 627 | The hearing on this matter is going forward. |
| Broward County Revenue Collector | 3 | The hearing on this matter is going forward. |
| CDW Corporation | 204 | The hearing on this matter is going forward. |
| CIT Technology Financing Services Inc. | 211 | The hearing on this matter is going forward. |
| City Sewer Cleaners Inc. | 651 | The hearing on this matter is going forward. |
| Creative Retail Communications | 612 | The hearing on this matter is going forward. |
| Dallas County | 1998 | The hearing on this matter is going forward. |
| Eagle Contracting & Demolition | 1145 | The hearing on this matter is going forward. |
| Entry Systems of Florida | 470 | The hearing on this matter is going forward. |
| Everglades Farm Equipment | 707 | The hearing on this matter is going forward. |
| Everglades Farm Equipment | 868 | The hearing on this matter is going forward. |
| Frank Parsons Paper Company | 1007 | The hearing on this matter is going forward. |
| Full Service Systems Corp | 363 | The hearing on this matter is going forward. |
| Giesecke & Devrient America | 1040 | The hearing on this matter is going forward. |
| Hampton Inn Hallandale Beach Aventura | 846 | The hearing on this matter is going forward. |
| Heartland Jockey Club, Ltd. | 1884 | The hearing on this matter is going forward. |
| Heilind Electronics Inc. | 4 | The hearing on this matter is going forward. |
| IGT | 1043 | The hearing on this matter is going forward. |
| John Deere Landscapes Inc. | 356 | The hearing on this matter is going forward. |
| LRI, Inc. | 1607 | The hearing on this matter is going forward. |
| Modular Space Corporation | 1511 | The hearing on this matter is going forward. |
| Murton Industries Inc. | 1446 | The hearing on this matter is going forward. |
| NASRIN LLC US | 1102 | The hearing on this matter is going forward. |
| Pennington Moore Wilkinson Bell & Dunbar P.A. | 434 | The hearing on this matter is going forward. |
| Plantcare Specialists, Inc. | 10 | Response filed on 3/26/10 [Dkt. No. 2183]. The Debtors are withdrawing their objection to this claim. |
| Pro Star Pool Supplies Inc | 53 | The hearing on this matter is going forward. |
| R&R Steel Fabricator and Erector Inc. | 148 | The hearing on this matter is going forward. |
| R.I. Division of Taxation | 236 | The hearing on this matter is going forward. |
| Roberts Communications Network LLC | 988 | The hearing on this matter is going forward. |
| Roberts Communications Network LLC | 992 | The hearing on this matter is going forward. |

| | | |
|---|---|---|
| Robinson Roy | 1474 | The hearing on this matter is going forward. |
| Shuffle Master Inc. | 832 | The hearing on this matter is going forward. |
| Thyssen Krupp Safway Inc. | 121 | The hearing on this matter is going forward. |
| TNCI | 609 | The hearing on this matter is going forward. |
| US Bancorp Business Equipment Finance Group | 908 | The hearing on this matter is going forward. |
| US Bancorp Business Equipment Finance Group | 907 | The hearing on this matter is going forward. |
| VFS Leasing Co | 323 | Informal response received. This matter is adjourned to the next hearing date. |
| WMS Gaming Inc | 1422 | The hearing on this matter is going forward. |

In re: Magna Entertainment Corp. et al.
Case No.: 09-10720

2

| No Liability Claims | | |
|---|---|---|
| **Name of Claimant** | **Claim Number** | **Status of Claim** |
| Citibank South Dakota NA | 926 | The hearing on this matter is going forward. |
| Citibank South Dakota NA | 925 | The hearing on this matter is going forward. |
| Commercial Appliance Parts & Service | 206 | The hearing on this matter is going forward. |
| Commonwealth of Massachusetts | 682 | The hearing on this matter is going forward. |
| Connecticut Department of Revenue Services | 1541 | The hearing on this matter is going forward. |
| Dolphin Capital Corp | 262 | The hearing on this matter is going forward. |
| Dolphin Capital Corp | 263 | The hearing on this matter is going forward. |
| Duke Martin Refrigeration Inc. | 156 | The hearing on this matter is going forward. |
| Eisenstadt Arnold | 1487 | The hearing on this matter is going forward. |
| Everglades Farm Equipment | 710 | The hearing on this matter is going forward. |
| Finley Bill | 756 | The hearing on this matter is going forward. |
| Island Oasis Frozen Cocktail Co Inc. | 964 | The hearing on this matter is going forward. |
| Kairnes Gerald | 739 | The hearing on this matter is going forward. |
| Louisiana Department of Revenue | 466 | The hearing on this matter is going forward. |
| National Electrical Benefit Fund | 448 | The hearing on this matter is going forward. |
| Ohio Department of Taxation | 711 | Response received on 4/8/10 [Dkt. No. 2260]. This matter is adjourned to the next hearing date. |
| Ohio Department of Taxation | 812 | Response received on 4/8/10 [Dkt. No. 2260]. This matter is adjourned to the next hearing date. |
| Ohio Department of Taxation | 1637 | The hearing on this matter is going forward. |
| Pennsylvania Department of Revenue | 1602 | Informal response received. The hearing on this matter is going forward. |
| Salver David | 332 | The hearing on this matter is going forward. |
| Scientific Games Racing LLC | 811 | Response received on 4/12/10 [Dkt. No. 2265]. **This matter is adjourned to the next hearing date.** |
| State of Michigan Department of Treasury | 1498 | Response received on 3/24/10 [Docket No. 2147]. This matter is adjourned to the next hearing date. |
| State of Michigan Department of Treasury | 1497 | Response received on 3/24/10 [Docket No. 2147]. This matter is adjourned to the next hearing date. |
| State of New Jersey | 633 | Response received on 4/1/10 [Dkt. No. 2217]. The hearing on this matter is going forward. |
| State of New Jersey | 660 | Response received on 4/1/10 [Dkt. No. 2217]. The hearing on this matter is going forward. |
| Tradewinds Power Corporation | 558 | The hearing on this matter is going forward. |
| VFS Leasing Co | 325 | Informal response received. This matter is adjourned to the next hearing date. |
| VSR Lock Inc. | 1445 | The hearing on this matter is going forward. |

| WHOR FM Radio | 241 | Informal response received. The response was resolved and the hearing on this matter is going forward. |
|---|---|---|