UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------x
                                              :
*In re*                                       :   Chapter 11
                                              :
MAGNA ENTERTAINMENT CORP., *et al.*,          :   Case No. 09-10720 (MFW)
                                              :
                                              :   Jointly Administered
                                              :
              Debtors.                        :
                                              :
------------------------------------------------------------x
ALAMEDA COUNTY AGRICULTURAL                   :
FAIR ASSOCIATION *et al.*,                    :
                                              :
              Plaintiffs,                     :
                                              :
v.                                            :   Adv. Proc. No. 10-50193 (MFW)
                                              :
MAGNA ENTERTAINMENT CORP. *et al.*,           :
                                              :
              Defendants.                     :
------------------------------------------------------------x

## RE-NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that on April 16, 2010, the Magna Entertainment Corp. ("Magna Entertainment") and its affiliated debtors, as debtors in possession (together, the "Debtors" and, collectively with Magna Entertainment's non-debtor subsidiaries, "MEC"),[1] filed their **Motion of Debtors for Authorization Pursuant to Sections 363(b)(1) and 105(a) of the**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: (i) Magna Entertainment Corp., 8374; (ii) The Santa Anita Companies, Inc., 6180; (iii) Los Angeles Turf Club, Incorporated, 6200; (iv) Pacific Racing Association, 5367; (v) MEC Land Holdings (California) Inc., 7410; (vi) Gulfstream Park Racing Association Inc., 6292; (vii) GPRA Thoroughbred Training Center, Inc., 2326; (viii) MEC Dixon, Inc., 7005; (ix) MEC Holdings (USA) Inc., 8494; (x) Sunshine Meadows Racing, Inc., 4288; (xi) Thistledown, Inc., 5742; (xii) MEC Maryland Investments, Inc., 4637; (xiii) 30000 Maryland Investments LLC, 1704, (xiv) Remington Park, Inc., 2024; (xv) GPRA Commercial Enterprises Inc., 6156; (xvi) Pimlico Racing Association, Inc., 4527; (xvii) The Maryland Jockey Club of Baltimore City, Inc., 3840; (xviii) Laurel Racing Association Limited Partnership, 0504; (xix) Laurel Racing Assoc., Inc., 0505; (xx) Prince George's Racing, Inc., 6493; (xxi) Southern Maryland Racing, Inc., 9850; (xxii) Southern Maryland Agricultural Association, 9661; (xxiii) Maryland Jockey Club, Inc., 3124; and (xxiv) AmTote International, Inc., 1143.

Bankruptcy Code and Bankruptcy Rule 9019(a) to Enter into Settlement with Southern California Off Track Wagering Incorporated and Other Parties** [Docket No. 2351 & Adv. Docket No. 9] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). **You were previously served with a copy of the Motion.**

PLEASE TAKE FURTHER NOTICE that on April 21, 2010, the Bankruptcy Court entered the **Order Shortening the Time to Consider Motion of the Debtors for Authorization Pursuant to Sections 363(b)(1) and 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019(a) to Enter into Settlement with Southern California Off Track Wagering Incorporated and the Satellites** [Docket No. 2397 & Adv. Docket No. 14] (the "Order"), a copy of which is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel on or before **April 27, 2010 at 12:00 p.m.**

PLEASE TAKE FURTHER NOTICE that the hearing with respect to the Motion will be held before The Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware at the Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801 on **April 28, 2010 at 3:00 p.m.**

Dated: April 21, 2010
Wilmington, Delaware

/s/ Katherine Good
Mark D. Collins, Esq. (No. 2981)
L. Katherine Good, Esq. (No. 5101)
Drew G. Sloan (No. 5069)
Tyler D. Semmelman, Esq. (No. 5386)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Marcia L. Goldstein, Esq.
Brian S. Rosen, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for the Debtors and
Debtors in Possession*

# Exhibit A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
*In re* : Chapter 11
:
MAGNA ENTERTAINMENT CORP., *et al.*, : Case No. 09-10720 (MFW)
:
: Jointly Administered
Debtors. :
:
---------------------------------------------------------------X
ALAMEDA COUNTY AGRICULTURAL :
FAIR ASSOCIATION *et al.*, :
:
Plaintiffs, :
:
v. : Adv. Proc. No. 10-50193 (MFW)
:
MAGNA ENTERTAINMENT CORP. *et al.*, :
: Re: 2352 & 10
Defendants. :
---------------------------------------------------------------X

ORDER SHORTENING THE TIME TO CONSIDER
MOTION OF THE DEBTORS FOR AUTHORIZATION
PURSUANT TO SECTIONS 363(b)(1) AND 105(A) OF
THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019(A)
TO ENTER INTO SETTLEMENT WITH SOUTHERN CALIFORNIA
OFF TRACK WAGERING INCORPORATED AND THE SATELLITES

Upon the motion, dated April 16, 2010 (the "Motion"), of Magna Entertainment Corp. ("Magna Entertainment") and its affiliated debtors, as debtors in possession (together, "Debtors"), for entry of an order pursuant to Local Bankruptcy Rule 9006-1(e) shortening the applicable notice period for the Court to consider the 9019 Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that granting the relief requested in the Motion is appropriate; and it appearing that due and adequate notice of

the Motion has been given, and after due deliberation and sufficient cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. A hearing regarding the 9019 Motion shall be held on April 28, 2010 at 3:00 pm ~~10:30 a.m.~~ (prevailing Eastern Time), and objections to the relief requested in the Motion, if any, must be filed by April 27, 2010 at 12:00 p.m. (prevailing Eastern Time).

3. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
April 20, 2010

THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE