UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------x
In re                                              :    Chapter 11
                                                   :
MAGNA ENTERTAINMENT CORP., et al.,[1]              :    Case No. 09-10720 (MFW)
                                                   :
            Debtors.                               :    Jointly Administered
                                                   :
------------------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 28, 2010 AT 3:00 P.M.[2]

I.  **CONTESTED MATTER**

    1.  Motion of the Debtors for Authorization to Pursuant to Sections 363(b)(1) and 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019(a) to Enter into Settlement with Southern California Off Track Wagering Incorporated and Other Parties [Docket No. 2351; filed 4/16/10]

        Objection Deadline: April 27, 2010 at 12:00 p.m.

        Objections/Responses Received:

        A.  The Simulcast Sites' Objection to the Motion of the Debtors for Authorization Pursuant to Sections 363(b)(1) and 105(a) of the Bankruptcy Code and Bankruptcy Code 9019(a) to Enter into Settlement with Southern California Off Track Wagering Incorporated and Other Parties [Docket No. 2376; filed 4/19/10]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: (i) Magna Entertainment Corp., 8374; (ii) The Santa Anita Companies, Inc., 6180; (iii) Los Angeles Turf Club, Incorporated, 6200; (iv) Pacific Racing Association, 5367; (v) MEC Land Holdings (California) Inc., 7410; (vi) Gulfstream Park Racing Association Inc., 6292; (vii) GPRA Thoroughbred Training Center, Inc., 2326; (viii) MEC Dixon, Inc., 7005; (ix) MEC Holdings (USA) Inc., 8494; (x) Sunshine Meadows Racing, Inc., 4288; (xi) Thistledown, Inc., 5742; (xii) MEC Maryland Investments, Inc., 4637; (xiii) 30000 Maryland Investments LLC, 1704, (xiv) Old RP, Inc., 2024; (xv) GPRA Commercial Enterprises Inc., 6156; (xvi) Pimlico Racing Association, Inc., 4527; (xvii) The Maryland Jockey Club of Baltimore City, Inc., 3840; (xviii) Laurel Racing Association Limited Partnership, 0504; (xix) Laurel Racing Assoc., Inc., 0505; (xx) Prince George's Racing, Inc., 6493; (xxi) Southern Maryland Racing, Inc., 9850; (xxii) Southern Maryland Agricultural Association, 9661; (xxiii) Maryland Jockey Club, Inc., 3124; and (xxiv) AmTote International, Inc., 1143; (xxv) MEC Pennsylvania Racing Services, Inc., 9924; and (xxvi) MEC Lone Star, LP, 0489.

[2] Parties wishing to appear telephonically at this hearing must contact CourtCall via telephone (866-582-6878) or facsimile (866-533-2946) no later than 12:00 p.m. on April 27, 2010.

Related Documents:

i. Motion of Debtors for Authorization Pursuant to Local Bankruptcy Rule 9006-1(e) for an Order Shortening the Time to Consider Motion of the Debtors for Authorization Pursuant to Sections 363(b)(1) and 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019(a) to Enter into Settlement with Southern California Off Track Wagering Incorporated and the Satellites [Docket No. 2352; filed 4/16/10]

ii. Statement in Support of Debtors' Motion for Authorization Pursuant to Sections 363(b)(1) and 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019(a) to Enter into Settlement with Southern California Off Track Wagering Incorporated and the Satellites [Docket No. 2387; filed 4/20/10]

iii. Order Shortening the Time to Consider Motion of the Debtors for Authorization Pursuant to Sections 363(b)(1) and 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019(a) to Enter into Settlement with Southern California Off Track Wagering Incorporated and the Satellites [Docket No. 2397; filed 4/21/10]

iv. Re-Notice of Motion and Hearing [Docket No. 2399; filed 4/21/10]

Status: The hearing on this matter will go forward.

Dated: April 26, 2010
Wilmington, Delaware

/s/ Katherine Good

Mark D. Collins, Esq. (No. 2981)
L. Katherine Good, Esq. (No. 5101)
Drew G. Sloan, Esq. (No. 5069)
Tyler D. Semmelman, Esq. (No. 5386)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

2

Marcia L. Goldstein, Esq.
Brian S. Rosen, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for the Debtors and
Debtors in Possession*

RLF1 3564338v.1