UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
*In re* : Chapter 11
:
MAGNA ENTERTAINMENT CORP., *et al.*, : Case No. 09-10720 (MFW)
:
: Jointly Administered
Debtors. :
: Rel Doc 2643
---------------------------------------------------------------x

ORDER SHORTENING THE
TIME TO CONSIDER THE MOTION OF THE
POST-EFFECTIVE DATE DEBTORS FOR AN ORDER
(I) AUTHORIZING THE SALE OF NEW THISTLEDOWN
LLC PURSUANT TO SECTIONS 105(a), 1146(a) AND 363 OF THE
BANKRUPTCY CODE AND (II) IN AID OF CONSUMMATION
PURSUANT TO SECTION 1142(b) OF THE BANKRUPTCY CODE

Upon the motion, dated June 7, 2010 (the "Motion"), of Magna Entertainment Corp. ("Magna Entertainment") and certain of its affiliated debtors (together, the "Post-Effective Date Debtors" or the "Debtors") for entry of an order pursuant to Local Bankruptcy Rule 9006-1(e) shortening the applicable notice period for the Court to consider the Thistledown Sale Motion; and the Court having jurisdiction to consider the Motion and the Thistledown Sale Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that granting the relief requested in the Motion is appropriate; and it appearing that due and adequate notice of the Motion has been given, and after due deliberation and sufficient cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. A hearing regarding the Thistledown Sale Motion shall be held on June 17, 2010 at 2:00 p.m. (prevailing Eastern Time), and objections to the relief requested in the Thistledown Sale Motion, if any, must be filed by June 15, 2010 at 4:00 p.m. (prevailing Eastern Time).

3. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: June 8, 2010
Wilmington, Delaware

_____
THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE