UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
*In re*                                                        :  Chapter 11
                                                               :
MAGNA ENTERTAINMENT CORP., *et al.*,[1]                        :  Case No. 09-10720 (MFW)
                                                               :
        Debtors.       :  Jointly Administered
                                                               :
---------------------------------------------------------------x
                                                               :
REDROCK ADMINISTRATIVE                                         :
SERVICES LLC, RACING AND GAMING                                :
SERVICES, LTD., AMWEST                                         :
ENTERTAINMENT, LLC, BETTOR                                     :
RACING, INC. D/B/A ROYAL RIVER                                 :
RACING, AND THE ELITE TURF CLUB,                               :
N.V.,                                                          :
        Plaintiffs,    :
                                                               :
    v.                                     :  Adv. Proc. No. 09-51155 (MFW)
                                                               :
MAGNA ENTERTAINMENT CORP.,                                     :
PACIFIC RACING ASSOCIATION, INC.,                              :
MEC LAND HOLDINGS (CALIFORNIA),                                :
INC., GULFSTREAM PARK RACING                                   :
ASSOC., INC., LOS ANGELES TURF                                 :
CLUB, INC., AND THE SANTA ANITA                                :
COMPANIES, INC.,                                               :
                                                               :
        Defendants.    :
---------------------------------------------------------------x

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: (i) Magna Entertainment Corp., 8374; (ii) The Santa Anita Companies, Inc., 6180; (iii) Los Angeles Turf Club, Incorporated, 6200; (iv) Pacific Racing Association, 5367; (v) MEC Land Holdings (California) Inc., 7410; (vi) Gulfstream Park Racing Association Inc., 6292; (vii) GPRA Thoroughbred Training Center, Inc., 2326; (viii) MEC Dixon, Inc., 7005; (ix) MEC Holdings (USA) Inc., 8494; (x) Sunshine Meadows Racing, Inc., 4288; (xi) Thistledown, Inc., 5742; (xii) MEC Maryland Investments, Inc., 4637; (xiii) 30000 Maryland Investments LLC, 1704, (xiv) Old RP, Inc., 2024; (xv) GPRA Commercial Enterprises Inc., 6156; (xvi) Pimlico Racing Association, Inc., 4527; (xvii) The Maryland Jockey Club of Baltimore City, Inc., 3840; (xviii) Laurel Racing Association Limited Partnership, 0504; (xix) Laurel Racing Assoc., Inc., 0505; (xx) Prince George's Racing, Inc., 6493; (xxi) Southern Maryland Racing, Inc., 9850; (xxii) Southern Maryland Agricultural Association, 9661; (xxiii) Maryland Jockey Club, Inc., 3124; and (xxiv) AmTote International, Inc., 1143; (xxv) MEC Pennsylvania Racing Services, Inc., 9924; and (xxvi) MEC Lone Star, LP, 0489.

```
-----------------------------------------------------------x
MAGNA ENTERTAINMENT CORP.,              :
                                        :
                Plaintiff,              :
                                        :
        v.                              :   Adv. Proc. No. 09-52212 (MFW)
                                        :
PA MEADOWS, LLC, PA MEZZCO, LLC,        :
and CANNERY CASINO RESORTS, LLC,        :
                                        :
                Defendants.             :
-----------------------------------------------------------x
```

## NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 17, 2010 AT 2:00 P.M.[3]

I. **CONTINUED/RESOLVED MATTERS**

1. Motion of the State of Maryland to Reconsider Order Entered on March 6, 2009 Pursuant to Section 105(a) of the Bankruptcy Code Enforcing the Protections of Sections 362 and 525 of the Bankruptcy Code [Docket No. 237; filed 4/3/09]

    Objection Deadline: April 21, 2009 at 4:00 p.m.

    Objections/Responses Received:

    A. Response of Magna Entertainment Corp., *et al.*, to Motions of the State of Maryland and the Mayor and City Counsel of Baltimore for Reconsideration and/or Clarification of this Court's Stay Order [Docket No. 379; filed 4/22/09]

    B. Joinder of the Official Committee of Unsecured Creditors to Debtors' Response to Motions of the State of Maryland and the Mayor and City Counsel of Baltimore for Reconsideration and/or Clarification of this Court's Stay Order [Docket No. 390; filed 4/23/09]

    Related Documents:

    i. Notice of Hearing on the State of Maryland's Motion to Reconsider Order Entered on March 6, 2009 Pursuant to Sections 105(a) of the Bankruptcy Code Enforcing the Protections of Sections 362 and 525 of the Bankruptcy Code [Docket No. 238; filed 4/3/09]

---

[2] **Amended agenda items appear in bold.**
[3] Parties wishing to appear telephonically at this hearing must contact CourtCall via telephone (866-582-6878) or facsimile (866-533-2946) no later than 12:00 p.m. on June 16, 2010.

Status: The movant has indicated it intends to withdraw this motion. Accordingly, no hearing is necessary.

2. Motion for Allowance of Administrative Expenses Claim Pursuant to § 11 U.S.C. 503(b) and Immediate Payment Thereof to Florida Department of Business & Professional Regulation, Division of Pari-Mutuel Wagering [Docket No. 2594; 5/28/10]

   Objection Deadline: June 10, 2010 at 4:00 p.m.

   Objections/Responses Received: None at this time.

   Status: The hearing on this matter is continued until July 19, 2010 at 10:30 a.m.

3. Red Rock Administrative Services, LLC, Racing and Gaming Services, Ltd., AmWest Entertainment, LLC, Bettor Racing, Inc. d/b/a Royal River Racing, and the Elite Turf Club, N.V., v. Magna Entertainment Corp., Pacific Racing Association, Inc., MEC Land Holdings (California), Inc. Gulfstream Park Racing Association Inc., Laurel Racing Assoc., Inc., Los Angeles Turf Club, Inc., and the Santa Anita Companies, Inc. (Adv. Proc. No. 09-51155)

   Related Documents:

   i. Complaint for Declaratory and Other Relief [Adv. Docket No. 1; filed 6/30/09]

   ii. Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Docket No. 2; filed 6/30/09]

   iii. Amended and Restated Complaint for Declaratory and Other Relief [Adv. Docket No. 3; filed 6/30/09]

   iv. Motion of Magna Entertainment Corp., et al., for an Order Dismissing the Amended and Restated Complaint [Adv. Docket No. 9; filed 8/12/09]

   v. Plaintiffs' Opposition to Debtors' Motion to Dismiss [Adv. Docket No. 12; filed 8/24/09]

   vi. Uncontested Motion Seeking Leave of Court to Amend Complaint [Adv. Docket No. 16; filed 9/17/09]

   vii. Notice of Completion of Briefing [Adv. Docket No. 20; filed 10/8/09]

   viii. Order Granting Uncontested Motion Seeking Leave of Court to Amend Complaint [Adv. Docket No. 26; filed 10/6/09]

   ix. Second Amended and Restated Complaint for Declaratory and Other Relief [Adv. Docket No. 26; filed 10/19/09]

3

x. Defendants' Motion for an Order Dismissing the Second Amended and Restated Complaint [Adv. Docket No. 31; filed 11/2/09]

xi. Defendants' Opening Brief in Support of Their Motion for an Order Dismissing the Second Amended and Restated Complaint [Adv. Docket No. 32; filed 11/2/09]

xii. Plaintiffs' Opposition to Defendants' Motion for an Order Dismissing the Second Amended and Restated Complaint [Adv. Docket No. 35; filed 11/16/09]

xiii. Defendants' Reply Brief in Support of Their Motion for an Order Dismissing the Second Amended and Restated Complaint [Adv. Docket No. 37; filed 11/23/09]

xiv. Request for Oral Argument [Adv. Docket No. 44; filed 11/30/09]

xv. Notice of Completion of Briefing [Adv. Docket No. 46; filed 12/3/09]

xvi. Joinder of the Official Committee of Unsecured Creditors to the Defendants' Motion for an Order Dismissing the Second Amended and Restated Complaint [Adv. Docket No. 52; filed 12/16/09]

Status: The pre-trial conference on this matter is continued to a date to be determined.

4. Magna Entertainment Corp. v. PA Meadows, LLC, PA Mezzo, LLC, and Cannery Casino Resorts, LLC (Adv. Proc. No. 09-52212)

Related Documents:

i. Complaint for Damages and Injunctive Relief [Adv. Docket No. 1; filed 9/21/09]

ii. Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Docket No. 2; filed 9/21/09]

iii. Amended Complaint for Damages and Injunctive Relief [Adv. Docket No. 4; filed 10/12/09]

iv. Answer of PA Meadows, LLC to Amended Complaint for Damages and Injunctive Relief [Adv. Docket No. 7; filed 10/22/09]

v. Motion of PA Mezzo, LLC and Cannery Casino Resorts, LLC to Dismiss Amended Complaint Under Fed. R. Civ. P. 12(b)(6) [Adv. Docket No. 8; filed 10/22/09]

4

vi. Opening Memorandum of Points and Authorities in Support of Motion to Dismiss Amended Complaint Under Fed. R. Civ. P. 12 (b)(6) [Adv. Docket No. 9; filed 10/22/09]

vii. Notice of Voluntary Dismissal of Defendants PA Mezzco, LLC and Cannery Casino Resorts, LLC Without Prejudice [Adv. Docket No. 21; filed 11/4/09]

viii. Scheduling Order [Adv. Docket No. 26; filed 11/24/09]

Status: By agreement of the parties and with the permission of the Court, the pre-trial conference on this matter is continued to a date to be determined.

## II. UNCONTESTED MATTER WITH CERTIFICATION OF COUNSEL

5. Debtors' Fifth Omnibus (Substantive) Objection to Claims [Docket No. 1735; filed 1/29/10]

Objection Deadline: February 16, 2010 at 4:00 p.m.

Remaining Objections/Responses Received:

A. Response of Claimant, Paula Manos, Claim No. 1687, to Debtors' Fifth Omnibus (Substantive) Objection to Claims [Docket No. 1895; filed 2/23/10]

B. Response of Claimant, Mary Alyce Gaibis, Claim No. 1683, to Debtors' Fifth Omnibus (Substantive) Objection to Claims [Docket No. 1896; filed 2/23/10]

Related Documents:

i. Order Granting Debtors' Fifth Omnibus (Substantive) Objection to Claims [Docket No. 1973; filed 3/3/10]

ii. Certification of Counsel Regarding Second Order Approving Debtors' Fifth Omnibus (Substantive) Objection to Claims [Docket No. 2659; filed 6/15/10]

iii. **Second Order Granting Debtors' Fifth Omnibus (Substantive) Objection to Claims [Docket No. 2663; filed 6/16/10]**

Status: A prior order has been entered resolving certain objections to claims. **On June 16, 2010, the Court entered an order granting the requested relief as to the remaining unresolved claims. Accordingly, no hearing with respect to this matter is necessary.**

III. **UNCONTESTED MATTERS**

6. Motion of Liberty Mutual Insurance Company for Order Modifying Automatic Stay to Permit Handling of Insurance Claims in the Ordinary Course of Business [Docket No. 2087; filed 3/19/10]

   Objection Deadline: April 13, 2010 at 4:00 p.m.

   Objections/Responses Received: None at this time.

   Related Documents:

   i. Notice of Liberty Mutual Insurance Group's Motion for Order Modifying Automatic Stay to Permit Handling of Insurance Claims in the Ordinary Course of Business [Docket No. 2119; filed 3/22/10]

   **Status: The hearing on this matter is continued until July 19, 2010 at 10:30 a.m.**

7. Application of Riverside Claims, LLC Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and (b)(4) for Allowance of Administrative Expense Incurred in Making a Substantial Contribution in Connection with Plan Treatment of AmTote Unsecured Creditors [Docket No. 2585; 5/27/10]

   Objection Deadline: June 10, 2010 at 4:00 p.m.; **extended to July 12, 2010 at 4:00 p.m. for MID**

   Objections/Responses Received: None at this time.

   **Status: The hearing on this matter is continued until July 19, 2010 at 10:30 a.m.**

8. Motion of the Post-Effective Date Debtors for an Order (I) Authorizing the Sale of New Thistledown LLC Pursuant to Sections 105(a), 1146(a) and 363 of the Bankruptcy Code and (II) in Aid of Consummation Pursuant to Section 1142(b) of the Bankruptcy Code [Docket No. 2642; filed 6/7/10]

   Objection Deadline: June 15, 2010 at 4:00 p.m.

   Objections/Responses Received: None at this time.

   Related Documents:

   i. Order Authorizing Debtors to Sell Thistledown Racetrack Pursuant to Sections 105(a), 365, and 363 of the Bankruptcy Code [Docket No. 1136; 9/15/09]

ii. Motion of Debtors for Authorization Pursuant to Local Bankruptcy Rule 9006-1(e) for an Order Shortening the Time to Consider the Motion of the Post-Effective Date Debtors for an Order (I) Authorizing the Sale of New Thistledown LLC Pursuant to Sections 105(a), 1146(a) and 363 of the Bankruptcy Code and (II) in Aid of Consummation Pursuant to Section 1142(b) of the Bankruptcy Code [Docket No. 2643; filed 6/7/10]

iii. Order Shortening the Time to Consider the Motion of the Post-Effective Date Debtors for an Order (I) Authorizing the Sale of New Thistledown LLC Pursuant to Sections 105(a), 1146(a) and 363 of the Bankruptcy Code and (II) in Aid of Consummation Pursuant to Section 1142(b) of the Bankruptcy Code [Docket No. 2649; filed 6/8/10]

iv. Notice of Revised Exhibit C to Motion of the Post-Effective Date Debtors for an Order (I) Authorizing the Sale of New Thistledown LLC Pursuant to Sections 105(a), and 1146(a) and 363 of the Bankruptcy Code and (II) in Aid of Consummation Pursuant to Section 1142(b) of the Bankruptcy Code [Docket No. 2656; filed 6/14/10]

Status: The hearing on this matter will go forward.

## IV. CONTESTED MATTERS

9. Debtors' Second Omnibus (Non-Substantive) Objection to Claims [Docket No. 1589; filed 12/22/09]

Objection Deadline: January 5, 2010 at 4:00 p.m.

Remaining Objections/Responses Received:[4]

A. Objection by Carol M. Curland Estate of Myrtle Curland to Debtors' Second Omnibus (Non-Substantive) Objection to Claims [Docket No. 1643; filed 1/4/10]

B. Response to Notice of Debtors' Second Omnibus (Non-Substantive) Objection to Claims by Carol M. Curland [Docket No. 1705; filed 1/22/10]

Related Documents:

i. Order Granting Debtors' Second Omnibus (Non-Substantive) Objection to Claims [Docket No. 1713; filed 1/26/10]

---

[4] Where the Court has previously conducted a hearing and entered an order with portions of the relief requested in an omnibus objection, only the unresolved objections and responses are listed in this agenda.

7

ii. Corrected Order Granting Debtors' Second Omnibus (Non-Substantive) Objection to Claims [Docket No. 1722; filed 1/28/10]

iii. Further Corrected Order Granting Debtors' Second Omnibus (Non-Substantive) Objection to Claims [Docket No. 2432; filed 4/27/10]

Status: A prior order has been entered resolving certain objections to claims. This matter with respect to the Carol M. Curland claims will go forward.

10. Urgent Motion for (I) Court's Clarification of Disposition of Claim No. 752, (II) Court's Review of Debtor's Corrected Order, (III) Court's Review of Historical Irregularities Regarding This Matter and (IV) Court's Allowance of Legal Fee Compensation filed by Carol M. Curland [Docket No. 1988; filed 3/5/10]

Objection Deadline: March 13, 2010 at 4:00 p.m.

Objections/Responses Received:

A. Debtors' Response to Urgent Motion filed by Carol M. Curland [Docket No. 2278; filed 4/12/10]

Related Documents:

i. Supplement to Docket No. 1988 with Leave to Amend Urgent Motion for Court's Review of Historical Irregularities Regarding this Matter [Docket No. 2299; filed 4/14/10]

Status: The hearing on this matter will go forward.

11. Debtors' Tenth Omnibus (Substantive) Objection to Claims [Docket No. 2067; filed 3/18/10]

Objection Deadline: April 1, 2010 at 4:00 p.m.; extended to April 8, 2010 at 4:00 p.m. for Ohio Department of Taxation

Remaining Objections/Responses Received:

A. Response by the State of Ohio, Department of Taxation to Debtors' Tenth Omnibus (Substantive) Objection to Claims [Docket No. 2260; filed 4/8/10]

B. Response of Scientific Games Racing, LLC to Debtors' Tenth Omnibus (Substantive) Objection to Claims [Docket No. 2275; filed 4/12/10]

C. Informal Response from VFS Leasing Co.

Related Documents:

i. Order Granting Debtors' Tenth Omnibus (Substantive) Objection to Claims [Docket No. 2564; filed 5/17/10]

Status: A prior order has been entered resolving certain objections to claims. The hearing with respect to certain remaining unresolved objections will go forward. The individual status of each remaining unresolved claim on this objection is set forth on Exhibit A.

12. Debtors' Twelfth Omnibus (Substantive) Objection to Claims [Docket No. 2574; filed 5/18/10]

   Objection Deadline: June 3, 2010 at 4:00 p.m.

   Objections/Responses Received:

   A. Response of Earl Robinson (Claim No. 267) to the Notice of Debtors' Twelfth Omnibus (Substantive) Objection to Claims [Docket No. 2595; filed 5/28/10]

   B. Response of the Elite Turf Club, N.V. to Debtors' Twelfth Omnibus (Substantive) Claims Objection [D.E. 2574] [Docket No. 2635; filed 6/3/10]

   C. Claimant Berger Kahn's Response to Twelfth Omnibus (Substantive) Objections to Claims [Docket No. 2640; filed 6/3/10]

   Related Documents:

   i. Notice of Submission of Copies of Proofs of Claims Relating to Debtors' Twelfth Omnibus (Substantive) Objection to Claims [Docket No. 2636; filed 6/3/10]

   Status: The hearing on this matter will go forward. The individual status of each remaining unresolved claim on this objection is set forth on Exhibit B.

Dated: June 16, 2010
       Wilmington, Delaware

/s/ Tyler Semmelman

Mark D. Collins, Esq. (No. 2981)
L. Katherine Good, Esq. (No. 5101)
Drew G. Sloan, Esq. (No. 5069)
Tyler D. Semmelman, Esq. (No. 5386)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Marcia L. Goldstein, Esq.
Brian S. Rosen, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for the Debtors*

# EXHIBIT A

Exhibit A

| Name of Claimant | Claim Number | Status of Claim |
|---|---|---|
| **Disputed Claims** | | |
| Murton Industries Inc. | 1446 | At the prior hearing on this matter, the Court had a question with respect to the Debtors' objection to this claim. The Debtors intend to address this question at the hearing. The hearing on this matter is going forward. |
| VFS Leasing Co | 323 | Informal response received. The hearing on this matter is adjourned. |

In re: Magna Entertainment Corp. et al.
Case No.: 09-10720

1

# Exhibit A

| No Liability Claims | | |
|---|---|---|
| Name of Claimant | Claim Number | Status of Claim |
| Ohio Department of Taxation | 711 | Response received on 4/8/10 [Dkt. No. 2260]. The Debtors have resolved this objection and intend to submit a revised order under certification of counsel. |
| Ohio Department of Taxation | 812 | Response received on 4/8/10 [Dkt. No. 2260]. The Debtors have resolved this objection and intend to submit a revised order under certification of counsel. |
| Scientific Games Racing LLC | 811 | Response received on 4/12/10 [Dkt. No. 2275]. The Debtors have resolved this objection and intend to submit a revised order under certification of counsel. |
| VFS Leasing Co | 325 | Informal response received. The hearing on this matter is adjourned. |

In re: Magna Entertainment Corp. et al.
Case No.: 09-10720

1

# EXHIBIT B

RLF1 3582142v.1

## Disputed Claims

| Name of Claimant | Claim Number | Status of Claim |
|---|---|---|
| Angel's Feed, Inc. | 283 | The hearing on this matter is going forward. |
| Baker Corp | 853 | The hearing on this matter is going forward. |
| Baze, Linda | 1252 | The hearing on this matter is going forward. |
| Berger Kahn, A Law Corporation | 1481 | Response received on 6/3/10 [Dkt. No. 2640]. The Debtors intend to withdraw their objection to this claim. |
| Berger Kahn, A Law Corporation | 1483 | Response received on 6/3/10 [Dkt. No. 2640]. The Debtors intend to withdraw their objection to this claim. |
| Breeders Cup Limited | 372 | The hearing on this matter is going forward. |
| Budget Uniform Rental Supply | 433 | The hearing on this matter is going forward. |
| Burke Engineering Co | 473 | The hearing on this matter is going forward. |
| California Horse Racing Board | 527 | The hearing on this matter is going forward. |
| California Horse Racing Board | 694 | The hearing on this matter is going forward. |
| Cambra, Gerald | 337 | The hearing on this matter is going forward. |
| Central Graphics Inc. (transferred to Blue Opportunities Fund LP) | 393 | The hearing on this matter is going forward. |
| Cushion Track Footing Usa Llc | 1330 | The hearing on this matter is going forward. |
| Double A Horse Transportation LLC | 225 | The hearing on this matter is going forward. |
| Driftwood Dairy (transferred to Creditor Liquidity LP) | 532 | The hearing on this matter is going forward. |
| Equestrian Surfaces Int'l Ltd., Equestrian Surfaces USA LLC & Cushion Track Footing USA LLC | 1194 | The hearing on this matter is going forward. |
| Hammersly, Michael | 97 | The hearing on this matter is going forward. |
| HF Hillman Inc. (transferred to Liquidity Solutions Inc.) | 415 | The hearing on this matter is going forward. |
| Hinek, Franz | 1460 | The hearing on this matter is going forward. |
| Oak Tree Racing Association | 836 | The hearing on this matter is going forward. |
| Peterson | 383 | The hearing on this matter is going forward. |
| Psomas Inc. | 528 | The hearing on this matter is going forward. |
| Roberts Communications Network Inc. | 993 | The hearing on this matter is going forward. |
| Robinson, Earl | 267 | Response received on 5/28/10 [Dkt. No. 2595]. **The hearing on this matter is adjourned.** |
| San Francisco Chronicle | 1386 | The hearing on this matter is going forward. |
| Santa Monica Seafood Co | 56 | The hearing on this matter is going forward. |
| Southern Wine & Spirits Of Northern California | 100 | The hearing on this matter is going forward. |
| Southland Racing Corp. d/b/a Southland Gaming & Racing | 902 | The hearing on this matter is going forward. |

| Ted Johnson Propane | 615 | The hearing on this matter is going forward. |
| The New York Racing Association, Inc. | 1072 | The hearing on this matter is going forward. |
| The New York Racing Association, Inc. | 1061 | The hearing on this matter is going forward. |
| Westfield LLC, Santa Anita Shoppingtown LP, Santa Anita Fashion Park LP | 1223 | The hearing on this matter is going forward. |
| Wheeling Island Racetrack And Gaming Center | 900 | The hearing on this matter is going forward. |

In re: Magna Entertainment Corp. et al.
Case No.: 09-10720

2

Exhibit B

## No Liability Claims

| Name of Claimant | Claim Number | Status of Claim |
|---|---|---|
| Caterpillar Financial Services Corporation | 1225 | Informal response received. The hearing on this matter is adjourned. |
| CHRIMS INC | 634 | The hearing on this matter is going forward. |
| Citibank South Dakota NA | 1506 | The hearing on this matter is going forward. |
| Citibank South Dakota NA | 1508 | The hearing on this matter is going forward. |
| Department of the Treasury Internal Revenue Service | 132 | The hearing on this matter is going forward. |
| Department of the Treasury Internal Revenue Service | 120 | The hearing on this matter is going forward. |
| Department of the Treasury Internal Revenue Service | 131 | The hearing on this matter is going forward. |
| Don Lockwood Horse Van Service | 1059 | The hearing on this matter is going forward. |
| Eriksson, Ruth | 640 | The hearing on this matter is going forward. |
| Eriksson, Ruth | 875 | The hearing on this matter is going forward. |
| Finger Lakes Gaming and Racetrack | 904 | The hearing on this matter is going forward. |
| GMAC | 192 | The hearing on this matter is going forward. |
| IBM Credit LLC | 299 | Informal response received and resolved. The hearing on this matter is going forward. |
| Plusmic Corporation USA | 174 | The hearing on this matter is going forward. |
| Refron Inc.-Airgas | 1039 | The hearing on this matter is going forward. |
| Riverside County Treasurer Tax Collector | 1499 | The hearing on this matter is going forward. |
| Roberts Communications Network LLC | 989 | The hearing on this matter is going forward. |
| Santa Monica Seafood Co. | 212 | The hearing on this matter is going forward. |
| So Cal Sanitation LLC | 176 | The hearing on this matter is going forward. |
| Sotomayor, Salvador | 95 | The hearing on this matter is going forward. |
| The Elite Turf Club NV | 1228 | Response received on 6/3/10 [Dkt. No. 2635]. The Debtors intend to withdraw their objection to this claim. |

In re: Magna Entertainment Corp. et al.
Case No.: 09-10720                                              1