# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

**Debtor:** Magna Entertainment Corp.
**Case Number:** 09-10720-MFW  **Chapter:** 11
**Date / Time / Room:** THURSDAY, JUNE 17, 2010 02:00 PM  CRT#4, 5TH FL.
**Bankruptcy Judge:** MARY F. WALRATH
**Courtroom Clerk:** LAURIE CAPP
**Reporter / ECR:** BRANDON MCCARTHY

## Matter:

Omnibus
**R / M #:** 2,664 / 0

## Appearances:

See attached sign-in sheet

## Proceedings:

Agenda Matters:
    Items 1 through 4 - Continued
    Item 5 - Order entered under CNO
    Items 6 and 7 - Continued
    Item 8 - Order entered
    Items 9 and 10 - Order entered
    Item 11 - Order entered
    Item 12 - Order entered