# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **MAGNA ENTERTAINMENT** | : | **Case No. 09-10720 (MFW)** |
| **CORP.,** *et al.,*[1] | : | |
| | : | **Jointly Administered** |
| **Debtors.** | : | |
| | : | Objection Deadline: September 15, 2010 at 4:00 p.m. |
| | : | Hearing Date:  September 22, 2010 at 3:00 p.m. |

**FINAL APPLICATION OF RICHARDS, LAYTON & FINGER, P.A.
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE
DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD
FROM MARCH 5, 2009 THROUGH APRIL 30, 2010**

| | |
|---|---|
| Name of Applicant: | Richards, Layton & Finger, P.A. |
| Authorized to Provide Professional Services to: | the above-captioned debtors and debtors-in-possession |
| Date of Retention: | March 25, 2009 *nunc pro tunc* to March 5, 2009 |
| Period for which compensation and reimbursement are sought: | March 5, 2009 through April 30, 2010 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $923,663.50 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $96,354.99 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: (i) Magna Entertainment Corp., 8374; (ii) The Santa Anita Companies, Inc., 6180; (iii) Los Angeles Turf Club, Incorporated, 6200; (iv) Pacific Racing Association, 5367; (v) MEC Land Holdings (California) Inc., 7410; (vi) Gulfstream Park Racing Association Inc., 6292; (vii) GPRA Thoroughbred Training Center, Inc., 2326; (viii) MEC Dixon, Inc., 7005; (ix) MEC Holdings (USA) Inc., 8494; (x) Sunshine Meadows Racing, Inc., 4288; (xi) Thistledown, Inc., 5742; (xii) MEC Maryland Investments, Inc., 4637; (xiii) 30000 Maryland Investments LLC, 1704; (xiv) Old RP, Inc., 2024; (xv) GPRA Commercial Enterprises Inc., 6156; (xvi) Pimlico Racing Association, Inc., 4527; (xvii) The Maryland Jockey Club of Baltimore City, Inc., 3840; (xviii) Laurel Racing Association Limited Partnership, 0504; (xix) Laurel Racing Assoc., Inc., 0505; (xx) Prince George's Racing, Inc., 6493; (xxi) Southern Maryland Racing, Inc., 9850; (xxii) Southern Maryland Agricultural Association, 9661; (xxiii) Maryland Jockey Club, Inc., 3124; (xxiv) AmTote International, Inc., 1143; (xxv) MEC Pennsylvania Racing Services, Inc., 9924; and (xxvi) MEC Lone Star, LP, 0489.

This is a(n):____ monthly ____ interim  x  final application

## Prior Applications Filed (Bold entries indicate Interim fee applications):

| Docket No./ Date Filed | Period Covered | Requested | | Paid | |
|---|---|---|---|---|---|
| | | **Fees** | **Expenses** | **Fees** | **Expenses** |
| Docket No. 629 Date Filed: 5/29/09 | 3/5/09 - 4/30/09 | $103,237.50 | $11,237.79 | $103,237.50 | $11,237.79 |
| Docket No. 748 Date Filed: 6/26/09 | 5/1/09 - 5/31/09 | $29,916.00 | $1,725.94 | $29,916.00 | $1,725.94 |
| Docket No. 916 Date Filed: 7/30/09 | 6/1/09 - 6/30/09 | $27,518.50 | $1,749.29 | $27,518.50 | $1,749.29 |
| **Docket No. 965 Date Filed: 8/13/09 First Interim** | **3/5/09 - 6/30/09** | **$160,672.00** | **$14,713.02** | **$160,672.00** | **$14,713.02** |
| Docket No. 1044 Date Filed: 8/28/09 | 7/01/09 - 7/31/09 | $25,860.50 | $2,283.64 | $25,860.50 | $2,283.64 |
| Docket No. 1233 Date Filed: 9/30/09 | 8/1/09 - 8/31/09 | $27,534.00 | $1,932.56 | $27,534.00 | $1,932.56 |
| Docket No. 1395 Date Filed: 10/29/09 | 9/1/09 - 9/30/09 | $43,692.00 | $4,349.00 | $43,692.00 | $4,349.00 |
| Docket No. 1491 Date Filed: 11/30/09 | 10/1/09 - 10/31/09 | $53,636.50 | $4,823.65 | $53,636.50 | $4,823.65 |
| **Docket No. 1561 Date Filed: 12/15/09 Second Interim** | **7/1/09 - 10/31/09** | **$150,723.00** | **$13,388.85** | **$150,723.00** | **$13,388.85** |
| Docket No. 1632 Date Filed: 12/31/09 | 11/1/09 - 11/30/09 | $95,500.50 | $10,245.82 | $95,500.50 | $10,245.82 |

2

| Docket No./ Date Filed | Period Covered | Requested | | Paid | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| Docket No. 1733 Date Filed: 1/29/10 | 12/1/09 - 12/31/09 | $116,692.00 | $10,932.14 | $116,692.00 | $10,932.14 |
| Docket No. 1907 Date Filed: 2/25/10 | 1/1/10 - 1/31/10 | $73,585.00 | $5,588.13 | $73,585.00 | $5,588.13 |
| Docket No. 2181 Date Filed: 3/29/10 | 2/1/10 - 2/28/10 | $86,993.50 | $5,835.58 | $86,993.50 | $5,835.58 |
| **Docket No. 2295 Date Filed: 4/14/10 Third Interim** | **11/1/09 - 2/28/10** | **$372,771.00** | **$32,601.67** | **$372,771.00** | **$32,601.67** |
| Docket No. 2493 Date Filed: 4/30/10 | 3/1/10 - 3/31/10 | $159,753.00 | $14,453.33 | $127,802.40 | $14,453.33 |
| Docket No. 2598 Date Filed: 5/28/10 | 4/1/10 - 4/30/10 | $79,744.50 | $21,198.12 | $63,795.60 | $21,198.12 |
| | **TOTALS** | **$923,663.50** | **$96,354.99** | **$875,764.00** | **$96,354.99** |

RLF1 3593948v. 1

## COMPENSATION BY PROFESSIONAL
## MARCH 5, 2009 THROUGH APRIL 30, 2010

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Mark D. Collins | Joined firm as associate in 1993. Director in 1998. Member of DE Bar since 1991. | $610 $675 | 36.0 120.2 | $21,960.00 $81,135.00 |
| Bernard J. Kelley | Joined firm as associate in 1988. Director in 1996. Member of DE Bar since 1989. | $650 | 2.0 | $1,300.00 |
| Eric A. Mazie | Joined firm as associate in 1984. Director in 1991. Member of DE Bar since 1984. | $650 | 0.5 | $325.00 |
| Russell C. Silberglied | Joined firm as associate in 1995. Director in 2002. Member of DE Bar since 1996. | $600 | 203.5 | $122,100.00 |
| John H. Knight | Joined firm as associate in 1998. Director in 2003. Member of MD Bar since 1994. Member of NJ Bar since 1996. Member of DE Bar since 1999. | $600 | 0.3 | $180.00 |
| Srinivas M. Raju | Joined firm as associate in 1994. Director in 2001. Member of DE Bar since 1994. | $600 | 0.4 | $240.00 |
| Robert W. Whetzel | Joined firm as associate in 1984. Director in 1991. Member of DE Bar since 1984 | $600 | 2.8 | $1,680.00 |
| Robert J. Stearn, Jr. | Joined firm as associate in 1990. Director in 1998. Member of DE Bar since 1990. | $550 | 0.4 | $220.00 |

4

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Paul N. Heath | Joined firm as associate in 1999. Director in 2007. Member of DE Bar since 1998. | $525 | 0.2 | $105.00 |
| Chad M. Shandler | Joined firm as associate in 1998. Director in 2006. Member of DE Bar since 1999. | $500 | 39.8 | $19,900.00 |
| Michael J. Merchant | Joined firm as associate in 1999. Director in 2006. Member of DE Bar since 1999. | $475 $525 | 0.6 84.2 | $285.00 $44,205.00 |
| Stanford L. Stevenson III | Joined firm as Director in 2008. Member of DE Bar since 1995. | $450 $475 | 21.8 2.1 | $9,810.00 $997.50 |
| Steven J. Fineman | Joined firm as associate in 2000. Counsel in 2008. Director in 2009. Member of DE Bar since 2001. | $425 | 0.3 | $127.50 |
| Marcos A. Ramos | Joined firm as associate in 2002. Counsel in 2008. Director in 2010. Member of NY Bar since 1995. Member of CA Bar since 1998. Member of MD Bar since 2001. Member of DE Bar since 2003. | $390 $450 | 0.2 2.5 | $78.00 $1,125.00 |
| Jason M. Madron | Joined firm as associate in 2003. Member of DE Bar since 2003. | $390 | 0.1 | $39.00 |
| John D. Seraydarian | Joined firm as associate in 2002. Member of DE Bar since 2003. | $370 | 0.5 | $185.00 |
| Todd A. Coomes | Joined firm as associate in 2004. Member of DE Bar since 2005. | $365 | 12.2 | $4,453.00 |
| Chun I. Jang | Joined firm as associate in 2005. Member of DE Bar since 2006. | $300 $340 | 2.8 0.1 | $840.00 $34.00 |

5

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Maris J. Finnegan | Joined firm as associate in 2007. Member of PA & NJ Bar since 2004. Member of DE Bar since 2007. | $300 | 231.0 | $69,300.00 |
| L. Katherine Good | Joined firm as associate in 2007. Member of PA Bar since 2007. Member of DE Bar since 2008. | $275<br>$340 | 289.4<br>206.9 | $79,585.00<br>$70,346.00 |
| Lee E. Kaufman | Joined firm as associate in 2006. Member of DE Bar since 2006. | $275<br>$315 | 0.9<br>0.1 | $247.50<br>$31.50 |
| Drew G. Sloan | Joined firm as associate in 2007. Member of DE Bar since 2007. | $255<br>$315 | 147.4<br>59.8 | $37,587.00<br>$18,837.00 |
| Cory D. Kandestin | Joined firm as associate in 2007. Member of DE Bar since 2008. | $245<br>$290 | 203.9<br>292.9 | $49,955.50<br>$84,941.00 |
| Zachary I. Shapiro | Joined firm as associate in 2007. Member of DE Bar since 2008. | $290 | 0.6 | $174.00 |
| Richard B. Carroll | Joined firm as associate in 2007. Member of DE Bar since 2007. | $290 | 0.8 | $232.00 |
| Christopher M. Samis | Joined firm as associate in 2006. Member of DE & PA Bars since 2006. | $275 | 0.7 | $192.50 |
| T. Max Riffin | Joined firm as associate in 2008. Member of DE Bar since 2009 | $245 | 8.7 | $2,131.50 |
| Andrew C. Irgens | Joined firm as associate in 2008. Member of DE Bar since 2009. | $230<br>$255 | 1.3<br>3.4 | $299.00<br>$867.00 |
| Marisa A. Terranova | Joined firm as associate in 2009. Member of NY & NJ Bars since 2008. Member of DE Bar since 2009. | $255 | 1.9 | $484.50 |

RLF1 3593948v. 1

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Aaron W. Stewart | Joined firm as associate in 2008. Member of DE Bar since 2008. | $255 | 0.8 | $204.00 |
| Kristine G. Manoukian | Joined firm as associate in 2009. | $255 | 9.6 | $2,448.00 |
| Julie A. Finocchiaro | Joined firm as associate in 2009. Member of DE Bar since 2009. | $240 | 2.8 | $672.00 |
| Robert C. Maddox | Joined firm as associate in 2009. Member of DE Bar since 2009. | $230<br>$240 | 48.1<br>9.8 | $11,063.00<br>$2,352.00 |
| Tyler D. Semmelman | Joined firm as associate in 2009. Member of DE Bar since 2009. | $230<br>$240 | 51.5<br>95.4 | $11,845.00<br>$22,896.00 |
| Travis A. McRoberts | Joined firm as associate in 2008. Member of DE Bar since 2009. | $230 | 8.9 | $2,047.00 |
| Barbara J. Witters | Paralegal since 2000. Joined firm in 2000. | $185<br>$195 | 188.4<br>353.7 | $34,854.00<br>$68,971.50 |
| Ann Jerominski | Paralegal since 19995. Registered Paralegal since 2000. Joined firm in 2000. | $185<br>$195 | 2.9<br>9.9 | $536.50<br>$1,930.50 |
| Rebecca V. Speaker | Paralegal since 2002. Joined firm in 2001. | $185<br>$195 | 5.0<br>28.5 | $925.00<br>$5,557.50 |
| Aja E. McDowell | Paralegal since 2003. Joined firm in 2002. | $185<br>$195 | 2.5<br>4.2 | $462.50<br>$819.00 |
| Cathy M. Greer | Paralegal since 1995. Joined firm in 2000. | $185<br>$195 | 1.8<br>5.0 | $333.00<br>$975.00 |
| Tracy Allen | Paralegal since 2000. Joined firm in 2006. | $185<br>$195 | 0.4<br>1.5 | $74.00<br>$292.50 |
| Janel Gates | Paralegal since 2007. Joined firm in 2007. | $185<br>$195 | 1.4<br>6.7 | $259.00<br>$1,306.50 |
| Yvonne A. Dalton | Paralegal since 1995. Joined firm in 2008. | $185 | 0.6 | $111.00 |

7

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jamie E. Schairer | Paralegal since 2009. Joined firm in 2009. | $185 $195 | 0.1 17.8 | $18.50 $3,471.00 |
| Tracy A. Cameron | Case Management Assistant. Paralegal since 2005. Joined firm in 1992. | $100 $195 | 10.3 25.5 | $1,030.00 $4,972.50 |
| Marisa C. DeCarli | Paralegal since 2009. Joined firm in 2009. | $195 | 21.8 | $4,251.00 |
| Robyn K. Sinclair | Paralegal since 2010. Joined firm in 2010. | $195 | 3.0 | $585.00 |
| Wendy S. Cathers | Paralegal since 2003. Joined firm in 2003. | $195 | 4.1 | $799.50 |
| Sara J. Letnianczyn | Paralegal since 2003. Joined firm in 2003. | $195 | 1.1 | $214.50 |
| Debra A. Bartell | Paralegal since 1988. Joined firm in 2008 | $195 | 2.2 | $429.00 |
| Brenda D. Tobin | Case Management Assistant. | $100 | 73.8 | $7,380.00 |
| Rochelle I. Warren | Case Management Assistant. | $90 | 25.2 | $2,268.00 |
| Amy B. Anderson | Case Management Assistant. | $100 | 6.7 | $670.00 |
| William S. Stephens | MIS Dept | $175 | 0.6 | $105.00 |
| TOTAL | | | 3014.8 | $923,663.50 |

| | |
|---|---|
| Grand Total | $923,663.50 |
| Attorney Compensation | $780,062.00 |
| Total Attorney Hours | 2210.1 |
| Blended Rate | $352.95 |

Dated: July 28, 2010
      Wilmington, Delaware

RLF1 3593948v. 1

## COMPENSATION BY PROJECT CATEGORY
## MARCH 5, 2009 THROUGH APRIL 30, 2010

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (A) | 160.9 | $30,037.50 |
| Creditor Inquiries (B) | 10.3 | $2,766.00 |
| Meetings (C) | 31.7 | $8,734.50 |
| Executory Contracts/Unexpired Leases (D) | 107.8 | $40,416.00 |
| Automatic Stay/Adequate Protection (E) | 34.3 | $8,875.00 |
| Plan of Re-Organization/Disclosure Statement (F) | 109.3 | $37,761.00 |
| Use, Sale, Lease of Assets (G) | 161.6 | $47,645.50 |
| Cash Collateral/DIP Financing (H) | 53.6 | $14,437.00 |
| Claims Administration (I) | 247.3 | $71,830.00 |
| Court Hearings (J) | 666.8 | $196,266.50 |
| General Corporate/Real Estate (K) | 3.9 | $2,116.00 |
| Schedules/SOFA/U.S. Trustee Reports (L) | 118.8 | $29,354.50 |
| Employee Issues (M) | 18.7 | $4,607.00 |
| Environmental (N) | 0.0 | $0.00 |
| Tax Issues (O) | 4.5 | $1,172.50 |
| Litigation/Adversary Proceedings (P) | 959.7 | $351,392.00 |
| RL&F Retention (Q-1) | 6.1 | $1,417.50 |
| Retention of Others (Q-2) | 82.0 | $19,770.50 |
| RL&F Fee Applications (R-1) | 46.3 | $10,345.00 |
| Fee Applications of Others (R-2) | 188.5 | $44,113.50 |
| Vendor/Supplies (S) | 0.0 | $0.00 |
| Non-Working Travel (T) | 0.0 | $0.00 |
| Utilities (U) | 2.4 | $523.50 |
| Insurance (V) | 0.3 | $82.50 |
| **TOTAL** | **3014.8** | **$923,663.50** |

RLF1 3593948v. 1

## EXPENSE SUMMARY
## <u>MARCH 5, 2009 THROUGH APRIL 30, 2010</u>

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Facsimile | | $36.00 |
| Long Distance Telephone | | $3,011.08 |
| In-House Reproduction (Duplication/Printing) | Copies: 117,901 @ $.10/pg<br>Printing: 133,564 @ $.10/pg | $25,146.50 |
| Outside Reproduction | | $10,876.91 |
| Legal Research | | $28,027.66 |
| Filing/Court Fees | | $5,118.10 |
| Court Reporting | | $7,904.56 |
| Travel Expenses | | $467.95 |
| Inside Courier & Expense Carriers | | $0.00 |
| Outside Courier & Expense Carriers | | $3,018.78 |
| Postage | | $98.08 |
| Binding | | $252.00 |
| Business Meals | | $5,848.17 |
| Document Retrieval | | $4,694.00 |
| Record Retrieval | | $0.00 |
| Professional Services | | $0.00 |
| Overtime | | $705.70 |
| Room Rental | | $1,149.50 |
| **TOTAL** | | **$96,354.99** |

RLF1 3593948v. 1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **MAGNA ENTERTAINMENT** | : | **Case No. 09-10720 (MFW)** |
| **CORP., _et al.,_**[1] | : | |
| | : | **Jointly Administered** |
| **Debtors.** | : | |
| | : | Objection Deadline: September 15, 2010 at 4:00 p.m. |
| | : | Hearing Date: September 22, 2010 at 3:00 p.m. |

## FINAL APPLICATION OF RICHARDS, LAYTON & FINGER, P.A.
## FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
## AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE
## DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD
## FROM MARCH 5, 2009 THROUGH APRIL 30, 2010

Pursuant to sections 330 and 331 of title 11 of the United States Code (the

"Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules"), and the Court's Administrative Order Establishing Procedures for Interim

Compensation and Reimbursement of Expenses of Professionals, dated March 25, 2009 [Docket

No. 164] (the "Administrative Order"), Richards, Layton & Finger, P.A. ("RL&F") hereby files

this Final Application for Allowance of Compensation for Services Rendered and for

Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the

Period From March 5, 2009 through April 30, 2010 (the "Application"). By this Application,

RL&F seeks a final allowance pursuant to the Administrative Order with respect to the sums of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: (i) Magna Entertainment Corp., 8374; (ii) The Santa Anita Companies, Inc., 6180; (iii) Los Angeles Turf Club, Incorporated, 6200; (iv) Pacific Racing Association, 5367; (v) MEC Land Holdings (California) Inc., 7410; (vi) Gulfstream Park Racing Association Inc., 6292; (vii) GPRA Thoroughbred Training Center, Inc., 2326; (viii) MEC Dixon, Inc., 7005; (ix) MEC Holdings (USA) Inc., 8494; (x) Sunshine Meadows Racing, Inc., 4288; (xi) Thistledown, Inc., 5742; (xii) MEC Maryland Investments, Inc., 4637; (xiii) 30000 Maryland Investments LLC, 1704, (xiv) Old RP, Inc., 2024; (xv) GPRA Commercial Enterprises Inc., 6156; (xvi) Pimlico Racing Association, Inc., 4527; (xvii) The Maryland Jockey Club of Baltimore City, Inc., 3840; (xviii) Laurel Racing Association Limited Partnership, 0504; (xix) Laurel Racing Assoc., Inc., 0505; (xx) Prince George's Racing, Inc., 6493; (xxi) Southern Maryland Racing, Inc., 9850; (xxii) Southern Maryland Agricultural Association, 9661; (xxiii) Maryland Jockey Club, Inc., 3124; (xxiv) AmTote International, Inc., 1143; (xxv) MEC Pennsylvania Racing Services, Inc., 9924; and (xxvi) MEC Lone Star, LP, 0489.

$923,663.50 as compensation and $96,354.99 for reimbursement of actual and necessary expenses for a total of $1,020,018.49 for the period March 5, 2009 through and including April 30, 2010 (the "Compensation Period"). In support of this Application, RL&F respectfully represents as follows:

## Background

1. On March 5, 2009, (the "Petition Date"), the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

2. RL&F was retained effective as of the Petition Date by this Court's Order dated March 25, 2009 (the "Retention Order"). The Retention Order authorized RL&F to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

3. On April 29, 2010, the Court entered an order [Docket No. 2461] (the "Confirmation Order") confirming the Second Modified Third Amended Joint Plan of Affiliated Debtors, The Official Committee of Unsecured Creditors, MI Developments Inc., and MI Developments US Financing Inc. Pursuant to Chapter 11 of the United States Bankruptcy Code, dated April 29, 2010 [Docket No. 2458] (the "Plan"). On April 30, 2010, the Plan became effective (the "Effective Date"). Pursuant to the terms of the Confirmation Order and the Plan, all professionals employed by the Debtors are required to file final fee application for all fees and expenses incurred through the Effective Date by no later than 90 days after the Effective Date.

## Compensation Paid and Its Source

4. All services for which compensation is requested by RL&F were performed for or on behalf of the Debtors.

2

5. Except to the extent of the retainer paid to RL&F as described in the application seeking approval of RL&F's employment by the Debtors during the period covered by this Application, RL&F has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between RL&F and any other person other than the directors of RL&F for the sharing of compensation to be received for services rendered in these cases.

## Fee Statements

6. The fee statements for the time period March 5, 2009 through and including April 30, 2010, have been attached as Exhibit A to each of the monthly fee applications previously filed in this case, and are incorporated herein as though fully set forth herein.[2] These statements contain daily time logs describing the time spent by each attorney and paraprofessional for this period. To the best of RL&F's knowledge, this Application and all of RL&F's previous fee applications comply with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Guidelines adopted by the Office of the United States Trustee, Del. Bankr. L.R. 2016-2, and the Administrative Order.

## Actual and Necessary Expenses

7. Summaries of actual and necessary expenses and daily logs of expenses incurred by RL&F for the period June 13, 2009 through and including April 30, 2010 have been attached as Exhibit B to each of the monthly fee applications previously filed in this case, and are incorporated herein as though fully set forth herein. RL&F charges all of its bankruptcy clients $0.10 per page for printing jobs of 10 pages or larger (and $0.10 per page for printing jobs of 10

---

[2] Docket numbers for each of the previously filed monthly fee applications are set forth on page 2 of this Application.

pages or larger for all non-bankruptcy clients). RL&F also charges all of its clients $0.25 per page for out-going facsimile transmissions. Actual long-distance carrier charges for outgoing facsimile transmissions are reflected in the long-distance telephone charges.

8. Regarding providers of on-line legal research (e.g., LEXIS and WESTLAW), RL&F charges all of its clients the standard usage rates these providers charge, which, due to contractual flat fees, may not always equal RL&F's actual cost. RL&F currently is under contract to pay these providers a flat fee every month. Charging its clients the on-line providers' standard usage rates allows RL&F to cover adequately the monthly flat fees it must pay to these types of providers.

9. RL&F believes the foregoing rates are the market rates that the majority of law firms charges clients for such services. In addition, RL&F believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

**Summary of Services Rendered**

10. The directors and associates of RL&F who have rendered professional services in these cases are as follows: Mark D. Collins, Bernard J. Kelley, Eric A. Mazie, Russell C. Silberglied, John H. Knight, Srinivas M. Raju, Robert W. Whetzel, Robert J. Stearn, Jr., Paul N. Heath, Chad M. Shandler, Michael J. Merchant, Stanford L. Stevenson III, Steven J. Fineman, Marcos A. Ramos, Jason M. Madron, John D. Seraydarian, Todd A. Coomes, Chun I. Jang, Maris J. Finnegan, L. Katherine Good, Lee E. Kaufman, Drew G. Sloan, Cory D. Kandestin, Zachary I. Shapiro, Richard B. Carroll, Christopher M. Samis, T. Max Riffin, Andrew C. Irgens, Marisa A. Terranova, Aaron W. Stewart, Kristine G. Manoukian, Julie A. Finocchiaro, Robert C.

4

Maddox, Tyler D. Semmelman and Travis A. McRoberts. The paraprofessionals of RL&F who have provided service to these attorneys in these cases are as follows: Barbara J. Witters, Ann Jerominski, Rebecca V. Speaker, Aja E. McDowell, Cathy M. Greer, Tracy Allen, Janel Gates, Yvonne A. Dalton, Jamie E. Schairer, Tracy A. Cameron, Marisa C. DeCarli, Robyn K. Sinclair, Wendy S. Cathers, Sara J. Letnianczyn, Debra A. Bartell, Brenda D. Tobin, Rochelle I. Warren, Amy B. Anderson, and William S. Stephens.

11.     RL&F, by and through the above-named persons, has prepared and/or assisted in the preparation of various applications and orders submitted to the Court for consideration, advised the Debtors on a regular basis with respect to various matters in connection with these cases, and has performed all necessary professional services which are described and narrated in detail hereinafter.

## Summary of Services By Project

12.     The services rendered by RL&F during the Application Period can be grouped into the categories set forth below. The attorneys and paralegals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, on Exhibit A to each of the monthly fee applications previously filed in this case.

A.     Case Administration/Miscellaneous Matters

Fees: $30,037.50; Total Hours: 160.9

This category includes all matters related to filing documents with the Court, service thereof, maintenance of calendars, communications with the U.S. Trustee, review of work in process reports, review of notices of appearance and maintaining service lists.

B.     Creditor Inquiries

Fees: $2,766.00; Total Hours: 10.3

This category includes all matters related to responding to creditor inquiries.

C.     Meetings

Fees: $8,734.50; Total Hours: 31.70

This category includes all matters related to preparing for and attending meetings with Debtors, the creditors' committees, individual creditors, the U.S. Trustee and co-counsel.

D.     Executory Contracts/Unexpired Leases

Fees: $40,416.00; Total Hours: 107.8

This category includes all matters related to contract and lease analysis and matters related to assumption, assignment or rejection of executory contracts and unexpired leases.

E.     Automatic Stay/Adequate Protection

Fees: $8,875.00; Total Hours: 34.3

This category includes all matters related to and including all motions to modify the automatic stay, issues related to the effect of the automatic stay or pending matters, and all other types of actions where adequate protection is the central issue.

F.     Plan of Reorganization/Disclosure Statement

Fees: $37,761.00; Total Hours: 109.3

This category includes all matters related to review, formulation, negotiation, preparation and promulgation of plans of reorganization, disclosure statements, and related corporate documentation and research relating thereto.

G. Use, Sale, Lease of Assets

Fees: $47,645.50; Total Hours: 161.6

This category includes all matters relating to acquisitions, dispositions and other postpetition uses of property of the estate.

H. Cash Collateral/DIP Financing

Fees: $14,437.00; Total Hours: 53.6

This category includes all matters relating to negotiation and documentation of debtor in possession financing and post-confirmation financing, all cash collateral issues and related pleadings.

I. Claims Administration

Fees: $71,830.00; Total Hours: 247.3

This category includes all matters related to and including claims administration matters and bar date matters, including claims objections and related contested matters.

J. Court Hearings

Fees: $196,266.50; Total Hours: 666.8

This category includes all matters relating to preparation for and attendance at court hearings.

K. General Corporate/Real Estate

Fees: $2,116.00; Total Hours: 3.9

This category includes all matters relating to transactional, corporate governance and related matters involving the debtors' business operations that are not part of a plan of reorganization or disclosure statement.

L.     Schedules/SOFA/U.S. Trustee Reports

Fees: $29,354.50; Total Hours: 118.8

This category includes preparation of schedules and amendments, statements of financial affairs and amendments, operating reports and other reports required by the U.S. Trustee or Bankruptcy Court.

M.     Employee Issues

Fees: $4,607.00; Total Hours: 18.7

This category includes all matters related to employee wages, benefits, collective bargaining issues, other employee relations matters, ERISA, and retirement benefits.

N.     Environmental

Fees: $0.00; Total Hours: 0.0

This category includes all environmental matters, other than environmental aspects of plan of reorganization.

O.     Tax Issues

Fees: $1,172.50; Total Hours: 4.5

This category includes all federal and state income, property, employment, excise and other tax matters, other than the tax aspects of plan of reorganization.

P.     Litigation/Adversary Proceedings

Fees: $351,392.00; Total Hours: 959.70

This category includes all matters relating to litigation and adversary proceedings.

RLF1 3593948v. 1

Q-1.  RL&F Applications

Fees: $1,417.50; Total Hours: 6.1

This category includes all matters related to preparing applications to retain RL&F and supplements thereto.

Q-2.  Retention of Others

Fees: $19,770.50; Total Hours: 82.0

This category includes time spent reviewing applications for retention by other professionals, objecting to the retention of other professionals and assisting other professionals with preparing and filing retention applications.

R-1.  RL&F Fee Application

Fees: $10,345.00; Total Hours: 46.3

This category includes all time spent preparing, reviewing, filing, circulating and/or relating to monthly invoices and fee applications for RL&F.

R-2.  Fee Application of Others

Fees: $44,113.50; Total Hours: 188.5

This category includes time spent reviewing invoices or applications of other professionals, objecting to fees of other professionals and assisting other professionals with filing and circulating monthly invoices and applications.

S.  Vendor/Supplies

Fees: $0.00; Total Hours: 0.0

This category includes all matters related to vendors and suppliers, including reclamation issues.

9

T.  Non-Working Travel

Fees: $0.00; Total Hours: 0.0

This category includes all travel time not otherwise chargeable.

U.  Utilities

Fees: $523.50; Total Hours: 2.4

This category includes all matters related to utility issues.

V.  Insurance

Fees: $82.50; Total Hours: 0.3

This category includes all matters related to insurance policies or coverage.

**Valuation of Services**

13.  Attorneys and paraprofessionals of RL&F have expended a total of 3014.8 hours in connection with this matter during the Compensation Period, as follows:

| ATTORNEYS | HOURS | HOURLY RATE |
|---|---|---|
| Mark D. Collins | 36.0 | $610 |
| Mark D. Collins | 120.2 | $675 |
| Bernard J. Kelley | 2.0 | $650 |
| Eric A. Mazie | 0.5 | $650 |
| Russell C. Silberglied | 203.5 | $600 |
| John H. Knight | 0.3 | $600 |
| Srinivas M. Raju | 0.4 | $600 |
| Robert W. Whetzel | 2.8 | $600 |
| Robert J. Stearn, Jr. | 0.4 | $550 |
| Paul N. Heath | 0.2 | $525 |
| Chad M. Shandler | 39.8 | $500 |
| Michael J. Merchant | 0.6 | $475 |
| Michael J. Merchant | 84.2 | $525 |
| Stanford L. Stevenson, III | 21.8 | $450 |
| Stanford L. Stevenson, III | 2.1 | $475 |
| Steven J. Fineman | 0.3 | $425 |
| Marcos A. Ramos | 0.2 | $390 |
| Marcos A. Ramos | 2.5 | $450 |
| Jason M. Madron | 0.1 | $390 |
| John D. Seraydarian | 0.5 | $370 |
| Todd A. Coomes | 12.2 | $365 |

| | | |
|---|---|---|
| Chun I. Jang | 2.8 | $300 |
| Chun I. Jang | 0.1 | $340 |
| Maris J. Finnegan | 231.0 | $300 |
| L. Katherine Good | 289.4 | $275 |
| L. Katherine Good | 206.9 | $340 |
| Lee E. Kaufman | 0.9 | $275 |
| Lee E. Kaufman | 0.1 | $315 |
| Drew G. Sloan | 147.4 | $255 |
| Drew G. Sloan | 59.8 | $315 |
| Cory D. Kandestin | 203.9 | $245 |
| Cory D. Kandestn | 292.9 | $290 |
| Zachary I. Shapiro | 0.6 | $290 |
| Richard B. Carroll | 0.8 | $290 |
| Christopher M. Samis | 0.7 | $275 |
| T. Max Riffin | 8.7 | $245 |
| Andrew C. Irgens | 1.3 | $230 |
| Andrew C. Irgens | 3.4 | $255 |
| Marisa A. Terranova | 1.9 | $255 |
| Aaron W. Stewart | 0.8 | $255 |
| Kristine G. Manoukian | 9.6 | $255 |
| Julie A. Finocchiaro | 2.8 | $240 |
| Robert C. Maddox | 48.1 | $230 |
| Robert C. Maddox | 9.8 | $240 |
| Tyler D. Semmelman | 51.5 | $230 |
| Tyler D. Semmelman | 95.4 | $240 |
| Travis A. McRoberts | 8.9 | $230 |

| PARAPROFESSIONALS | HOURS | HOURLY RATE |
|---|---|---|
| Barbara J. Witters | 188.4 | $185 |
| Barbara J. Witters | 353.7 | $195 |
| Ann Jerominski | 2.9 | $185 |
| Ann Jerominski | 9.9 | $195 |
| Rebecca V. Speaker | 5.0 | $185 |
| Rebecca V. Speaker | 28.5 | $195 |
| Aja E. McDowell | 2.5 | $185 |
| Aja E. McDowell | 4.2 | $195 |
| Cathy M. Greer | 1.8 | $185 |
| Cathy M. Greer | 5.0 | $195 |
| Tracy Allen | 0.4 | $185 |
| Tracy Allen | 1.5 | $195 |
| Janel Gates | 1.4 | $185 |
| Janel Gates | 6.7 | $195 |
| Yvonne A. Dalton | 0.6 | $185 |
| Jamie E. Schairer | 0.1 | $185 |
| Jamie E. Schairer | 17.8 | $195 |
| Tracy A. Cameron | 10.3 | $100 |

| | | |
|---|---|---|
| Tracy A. Cameron | 25.5 | $195 |
| Marisa C. DeCarli | 21.8 | $195 |
| Robyn K. Sinclair | 3.0 | $195 |
| Wendy S. Cathers | 4.1 | $195 |
| Sara J. Letnianczyn | 1.1 | $195 |
| Debra A. Bartell | 2.2 | $195 |
| Brenda D. Tobin | 73.8 | $100 |
| Rochelle I. Warren | 25.2 | $90 |
| Amy B. Anderson | 6.7 | $100 |
| William S. Stephens | 0.6 | $175 |

The nature of the work performed by these persons is attached as Exhibit A to each of the previously filed monthly fee applications in this case. These are RL&F's normal hourly rates for work of this character. The reasonable value of the services rendered by RL&F during the Application Period is $923,663.50.

14. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by RL&F is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title. Moreover, RL&F has reviewed the requirements of Del. Bankr. L.R. 2016-2 and believes that this Application complies with that Rule.

WHEREFORE, RL&F respectfully requests that the Court authorize that for the Compensation Period, a final allowance be made to RL&F pursuant to the terms of the Administrative Order, with respect to the sum of $923,663.50 compensation for necessary professional services rendered, and the sum of $96,354.99 as reimbursement of actual necessary costs and expenses, for a total of $1,020,018.49 and that such sums be authorized for final payment, less what has been paid previously to RL&F pursuant to the Administrative Order, and for such other and further relief as this Court may deem just and proper.

12

Dated: July 28, 2010
Wilmington, Delaware

*Katherine Good*

Mark D. Collins, Esq. (No. 2981)
L. Katherine Good, Esq. (No. 5101)
Drew G. Sloan, Esq. (No. 5069)
Tyler D. Semmelman, Esq. (No. 5386)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

13

# VERIFICATION

STATE OF DELAWARE )
                             ) SS:
COUNTY OF NEW CASTLE )

         L. Katherine Good, after being duly sworn according to law, deposes and says:

         a)      I am an associate with the applicant firm, Richards, Layton & Finger, P.A., and have been admitted to appear before this Court.

         b)      I am familiar with the work performed on behalf of the Debtors by the lawyers in the firm.

         c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. L.R. 2016-2, and submit that the Application substantially complies with such rule.

                                               *Katherine Good*

                                               L. Katherine Good (No. 5101)

SWORN AND SUBSCRIBED before me
this 28th day of July 2010.

     *Janel R Gates*

Notary Public
My Commission Expires:    **JANEL R. GATES**
                         **Notary Public - State of Delaware**
                         **My Comm. Expires Feb. 2, 2011**