**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) |
| MAGNA ENTERTAINMENT CORP., et al., | ) Case No. 09-10720 (MFW) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| _____ | ) |

**O R D E R**

**AND NOW**, this **30th** day of **JANUARY, 2012,** for the reasons

stated in that attached Memorandum Opinion, it is hereby

**HELD** that the Court is not divested of jurisdiction to

decide the Debtors' objection to the claim filed by Santa Anita

Associates Holding Co., LLC and Santa Anita Associates, LLC.

                                    BY THE COURT:


                                    Mary F. Walrath
                                    United States Bankruptcy Judge



cc: Mark D. Collins, Esquire[1]

---

    [1]  Counsel is to distribute a copy of this Order and the
accompanying Memorandum Opinion on all interested parties and
file a Certificate of Service with the Court.

SERVICE LIST

Mark D. Collins, Esquire
L. Katherine Good, Esquire
Tyler Semmelman, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Counsel for the Debtors

Kenneth H. Eckstein, Esquire
Gregory A. Horowitz, Esquire
Joshua K. Brody, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Special Counsel for the Debtors

Derek C. Abbott, Esquire
Matthew B. Harvey, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Counsel for Santa Anita Associates Holding Co., LLC and Santa
Anita Associates, LLC

Kenneth B. Bley, Esquire
Cox, Castle & Nicholson LLP
2049 Century Park East, 28th Floor
Los Angeles, CA 90067-3284
Counsel for Santa Anita Associates Holding Co., LLC and Santa
Anita Associates, LLC